Genevieve Nadeau (*pro hac vice*) (MA SBN 677566)
genevieve.nadeau@protectdemocracy.org
PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582

*Attorney for Plaintiff*
*Kaji Dousa*

[Additional counsel listed on following page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>              Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; and PETER FLORES, Director of Field Operations for CBP, San Diego,<br><br>              Defendants. | Case No. 3:19-cv-1255-LAB-KSC<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Oscar Ramallo (CA SBN 241487)
oscar.ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Jaba Tsitsuashvili (CA SBN 309012)
jaba.tsitsuashvili@arnoldporter.com
R. Stanton Jones (*pro hac vice*) (DC SBN 987088)
stanton.jones@arnoldporter.com
William C. Perdue (*pro hac vice*) (DC SBN 995365)
william.perdue@arnoldporter.com
Christian Sheehan (*pro hac vice*) (DC SBN 1045233)
christian.sheehan@arnoldporter.com
Jean Chang* (DC SBN 1035614)
jean.chang@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Ada Añon (*pro hac vice*) (NY SBN 5030697)
ada.anon@arnoldporter.com
Leah Harrell (*pro hac vice*) (NY SBN 5623335)
leah.harrell@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th St.
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Stephanie Llanes (*pro hac vice*) (NY SBN 5580014)
stephanie.llanes@protectdemocracy.org
PROTECT DEMOCRACY PROJECT, INC.
222 Broadway, 19th Floor
New York, NY 10038
Telephone: (202) 579-4582

---

AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

Anne Tindall (*pro hac vice*) (DC SBN 494607)
anne.tindall@protectdemocracy.org
PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582

Ben Berwick (*pro hac vice*) (MA SBN 679207)
ben.berwick@protectdemocracy.org
PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582

*Attorneys for Plaintiff*
*Kaji Dousa*

*\* revised application for pro hac vice admission forthcoming*

---

AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I, Sonya Petri, declare:

1. I am a citizen of the United States and am over the age of eighteen. I am not a party to the above-captioned action. The following facts are within my knowledge and, if called to testify as a witness, I would testify competently thereto.

2. On July 11, 2017, I served true and correct copies of the summons and complaint via the United States Postal Service, Certified Mail, to the following:

> U.S. DEPARTMENT OF HOMELAND SECURITY
> Office of General Counsel
> Mail Stop 0485
> 245 Murray Lane SW
> Washington, DC 20528-0485
>
> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
> Office of Chief Counsel
> Mail Stop 5902
> 500 12th Street SW
> Washington, DC 20536-5902
>
> U.S. CUSTOMS AND BORDER PROTECTION
> Office of Chief Counsel
> 1300 Pennsylvania NW
> Washington, DC 20229
>
> KEVIN K. MCALEENAN, Acting Secretary of DHS
> Office of General Counsel, U.S. Department of Homeland Security
> Mail Stop 0485
> 245 Murray Lane SW
> Washington, DC 20528-0485
>
> MATTHEW T. ALBENCE, Acting Director of ICE
> Office of Chief Counsel, U.S. Immigration and Customs Enforcement
> Mail Stop 5902
> 500 12th Street SW
> Washington, DC 20536-5902

MARK A. MORGAN, Acting Commissioner of CBP
Office of Chief Counsel, U.S. Customs and Border Protection
1300 Pennsylvania NW
Washington, DC 20229

PETER FLORES, Director of Field Operations (CBP, San Diego)
Office of Chief Counsel, U.S. Customs and Border Protection
1300 Pennsylvania NW
Washington, DC 20229

Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101-8893

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of July, 2019, in Melrose, Massachusetts.

_____
Sonya Petri, Paralegal
PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document with the Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

/s/ Genevieve Nadeau

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20528

Certified Mail Fee $3.50      0176 03

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $1.60

Total Postage and Fees $5.10

Postmark Here 07/11/2019

Sent To: DHS, Office of General Counsel
Street and Apt. No., or PO Box No.: Mail Stop 0485, 245 Murray Ln
City, State, ZIP+4: Washington DC 20528

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20536

Certified Mail Fee $3.50      0176 03

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $1.60

Total Postage and Fees $5.10

Postmark Here 07/11/2019

Sent To: ICE, Office of Chief Counsel
Street and Apt. No., or PO Box No.: Mail Stop 5902
City, State, ZIP+4: 500 12th Street SW

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20229

Certified Mail Fee $3.50      0176 03

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $1.60

Total Postage and Fees $5.10

Postmark Here 07/11/2019

Sent To: CBP, Office of Chief Counsel
Street and Apt. No., or PO Box No.: U.S. Customs + Border Protection
City, State, ZIP+4: 1300 Pennsylvania NW, Wash DC

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Receipt 1 (top-left):**
- USPS Certified Mail Receipt
- WASHINGTON, DC 20528
- Certified Mail Fee: $3.50
- Postage: $1.60
- Total Postage and Fees: $5.10
- Date: 07/11/2019
- Tracking: 7019 0700 0000 5649 1128
- Sent To: McAleenan, Acting Secretary, DHS
- Office of General Counsel, Mail Stop 0485
- 245 Murray Lane SW, Washington DC

**Receipt 2 (top-right):**
- USPS Certified Mail Receipt
- WASHINGTON, DC 20229
- Certified Mail Fee: $3.50
- Postage: $1.60
- Total Postage and Fees: $5.10
- Date: 07/11/2019
- Tracking: 7019 0700 0000 5649 1067
- Sent To: Morgan, Acting Commissioner, CBP
- Office of Chief Counsel
- 1300 Pennsylvania Ave, Washington DC 20229

**Receipt 3 (bottom-left):**
- USPS Certified Mail Receipt
- WASHINGTON, DC 20536
- Certified Mail Fee: $3.50
- Postage: $1.60
- Total Postage and Fees: $5.10
- Date: 07/11/2019
- Tracking: 7019 0700 0000 5649 1142
- Sent To: Albence, Acting Director, ICE
- Office of Chief Counsel, Mail Stop 5902
- 500 12th Street SW, Washington DC

**Receipt 4 (bottom-right):**
- USPS Certified Mail Receipt
- WASHINGTON, DC 20229
- Certified Mail Fee: $3.50
- Postage: $1.60
- Total Postage and Fees: $5.10
- Date: 07/11/2019
- Tracking: 7019 0700 0000 5649 1074
- Sent To: Flores, Director of Field Operations
- CBP San Diego, Office of Chief Counsel CBP
- 1300 Pennsylvania Ave, NW, DC 20229

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

SAN DIEGO, CA 92101

Certified Mail Fee: $3.50
Extra Services & Fees: $0.00
Postage: $1.60
Total Postage and Fees: $5.10

0176 03
Postmark Here
07/11/2019

Sent To: Civil Process Clerk, US Attorney Office
Street: Southern District California
City: 880 Front St. Rm 6293 San Diego

Tracking: 7019 0700 0000 5649 1098

---



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

WASHINGTON, DC 20530

Certified Mail Fee: $3.50
Extra Services & Fees: $0.00
Postage: $1.60
Total Postage and Fees: $5.10

0176 03
Postmark Here
07/11/2019

Sent To: US Attorney General, US DOJ
Street: 950 Pennsylvania Ave NW
City: Washington, DC 20530

Tracking: 7019 0700 0000 5649 1104

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70190700000056491135

Your item was delivered to the front desk, reception area, or mail room at 8:36 am on July 15, 2019 in WASHINGTON, DC 20528.

## ⊘ Delivered

July 15, 2019 at 8:36 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |

| Tracking History | ⌄ |

| Product Information | ⌄ |

See Less ⌃

Remove ✕

**Tracking Number:** 70190700000056491081

Your item was delivered to the front desk, reception area, or mail room at 8:34 am on July 15, 2019 in WASHINGTON, DC 20536.

## ✓ Delivered

July 15, 2019 at 8:34 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536

Get Updates ∨

See More ∨

**Tracking Number:** 70190700000056491111

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 8:37 am on July 15, 2019 in WASHINGTON, DC 20229.

Feedback

## ✓ Delivered

July 15, 2019 at 8:37 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229

Get Updates ∨

See More ∨

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70190700000056491128

Your item was delivered to the front desk, reception area, or mail room at 8:36 am on July 15, 2019 in WASHINGTON, DC 20528.

## ⊘ Delivered

July 15, 2019 at 8:36 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528

Get Updates ⌄

Feedback

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

Remove ✕

**Tracking Number:** 70190700000056491142

Your item was delivered to the front desk, reception area, or mail room at 8:34 am on July 15, 2019 in WASHINGTON, DC 20536.

## Delivered

July 15, 2019 at 8:34 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536

Get Updates ∨

See More ∨

Remove ✕

**Tracking Number:** 70190700000056491067

Your item was delivered to the front desk, reception area, or mail room at 8:37 am on July 15, 2019 in WASHINGTON, DC 20229.

Feedback

## Delivered

July 15, 2019 at 8:37 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229

Get Updates ∨

See More ∨

Remove ✕

**Tracking Number:** 70190700000056491074

Your item was delivered to the front desk, reception area, or mail room at 8:37 am on July 15, 2019 in WASHINGTON, DC 20229.

## Delivered

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70190700000056491104

Your item was delivered at 4:57 am on July 15, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

July 15, 2019 at 4:57 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

Feedback

| Text & Email Updates | ∨ |

| Tracking History | ∨ |

| Product Information | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

### FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70190700000056491098

Your item was delivered to the front desk, reception area, or mail room at 2:11 pm on July 15, 2019 in SAN DIEGO, CA 92101.

## Delivered

July 15, 2019 at 2:11 pm
Delivered, Front Desk/Reception/Mail Room
SAN DIEGO, CA 92101

Get Updates ∨

Feedback

| Text & Email Updates | ∨ |

| Tracking History | ∨ |

| Product Information | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

### FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)