Oscar Ramallo (Bar No. 241487)
oscar.ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorney for Plaintiff*
*Kaji Dousa*

[Additional counsel listed on following page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP") KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; AND PETER FLORES, Director of Field Operations for CBP, San Diego,<br><br>Defendants. | Case No. 19-cv-01255 (LAB)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:   September 23, 2019<br>Time:  11:30 a.m.<br>Place:  Courtroom 14A<br>Judge: Hon. Larry Alan Burns<br><br>**Oral Argument Requested**<br><br>[Filed concurrently with Memorandum of Points & Authorities and Declaration of Pastor Kaji Dousa] |

1
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

US 165324210v5

R. Stanton Jones (*pro hac vice*) (DC SBN 987 987088)
stanton.jones@arnoldporter.com
William C. Perdue (*pro hac vice*) (DC SBN 995365)
William.Perdue@arnoldporter.com
Christian D. Sheehan (*pro hac vice*) (DC 1045233)
christian.sheehan@arnoldporter.com
Jaba Tsitsuashvili (Bar No. 309012)
jaba.tsitsuashvili@arnoldporter.com
Jean Chang* (DC SBN 1035614)
jean.chang@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Ada Añon (*pro hac vice*) (NY 5030697)
ada.anon@arnoldporter.com
Leah J. Harrell (*pro hac vice*) (NY 5623335)
leah.harrell@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th St.
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Stephanie Llanes (*pro hac vice*) (NY SBN 5580014)
stephanie.llanes@protectdemocracy.org
PROTECT DEMOCRACY
222 Broadway, 19th Floor
New York, NY 10038
Telephone: (202) 579-4582

Anne Tindall (*pro hac vice*) (DC SBN 494607)
anne.tindall@protectdemocracy.org
PROTECT DEMOCRACY
2020 Pennsylvania Avenue NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582

2
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

US 165324210v5

1  Genevieve Nadeau (*pro hac vice*) (MA SBN 677566)
2  genevieve.nadeau@protectdemocracy.org
   Ben Berwick (*pro hac vice*) (MA SBN 679207)
3  PROTECT DEMOCRACY
   82 Nassau St. #601
4  New York, NY 10038
5
6  *Attorneys for Plaintiff*
   *Kaji Dousa*
7
8  \**Amended pro hac vice application forthcoming*

28  PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

3

US 165324210v5

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, on September 23, 2019, at 11:30 a.m., in Courtroom 14A of this Court located at 333 West Broadway, San Diego, California, Plaintiff Kaji Dousa will move, and hereby does move, for a preliminary injunction against the United States Department of Homeland Security ("DHS"); United States Immigration and Customs Enforcement ("ICE"); United States Customs and Border Patrol ("CBP"); Kevin K. McAleenan, Acting Secretary of DHS; Matthew T. Albence, Acting Director of ICE; Mark A. Morgan, Acting Commissioner of CBP), and Peter Flores, Director of Field Operations for CBP, San Diego (together, "Defendants) for their violation of the First Amendment's Free Exercise and Free Speech Clauses, which prohibit Defendants from discriminating or retaliating against her based on religious exercise or protected expression, and the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb *et seq.*, which prohibits Defendants from substantially burdening Pastor Dousa's exercise of her chosen religion.

Pastor Kaji Dousa is a Christian pastor who ministers to, and advocates for, immigrant communities as part of the exercise of her faith. Because she engages in these activities protected by the First Amendment, Defendants have targeted Pastor Dousa for adverse treatment, including revoking border-crossing privileges they once provided her, and subjecting her to unwarranted surveillance, detention, interrogation, and harassment. Defendants' actions are part of a disturbing pattern and practice of targeting faith leaders, journalists, and advocates for adverse treatment in order to stifle opposition to U.S. immigration policy, and to punish those who offer comfort, aid, or ministry to migrants.

Accordingly, for these reasons and the reasons set forth in the accompanying memorandum of points and authorities, Pastor Dousa seeks a preliminary injunction ordering Defendants to comply with the United States Constitution and federal law, to cease their adverse treatment of her, to restore her status as a "trusted traveler" as part of the Secure Electronic Network for Travelers Rapid Inspection program, and restrain Defendants from taking any future adverse action against her based on her protected expression, association, or religious exercise.

This motion is based upon this notice of motion and motion, the accompanying memorandum of point and authorities, and the supporting declaration of Pastor Kaji Dousa and upon other testimony, evidence, records and pleadings in this matter that the Court may allow or admit.

Dated: July 25, 2019

Respectfully submitted,
ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Oscar Ramallo

Oscar Ramallo
Oscar.Ramallo@arnoldporter.com
R. Stanton Jones (*pro hac vice*)
Stanton.Jones@arnoldporter.com
William C. Perdue (*pro hac vice*)
William.Perdue@arnoldporter.com
Ada Añon (*pro hac vice*)
Ada.Anon@arnoldporter.com
Christian D. Sheehan (*pro hac vice*)
Christian.Sheehan@arnoldporter.com
Jaba Tsitsuashvili (Bar No. 309012)
Jaba.Tsitsuashvili@arnoldporter.com
Leah J. Harrell (*pro hac vice*)
Leah.Harrell@arnoldporter.com
Jean Chang*
Jean.Chang@arnoldporter.com

5
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

US 165324210v5

|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
| 1  | ARNOLD & PORTER KAYE SCHOLER LLP                                                     |
| 2  |                                                                                      |
| 3  | Stephanie Llanes (*pro hac vice*) stephanie.llanes@protectdemocracy.org              |
| 4  | Anne Tindall (*pro hac vice*)                                                        |
| 5  | anne.tindall@protectdemocracy.org Genevieve Nadeau (*pro hac vice*)                  |
| 6  | Ben Berwick (*pro hac vice*)                                                         |
| 7  | PROTECT DEMOCRACY                                                                    |
| 8  | Attorneys for Plaintiff Kaji Dousa                                                   |
| 9  | *Amended pro hac vice application forthcoming                                        |

**Certificate of Service**

I hereby certify that on July 25, 2019, I electronically filed the foregoing with the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    Respectfully,

    ARNOLD & PORTER KAYE SCHOLER LLP

    */s/ Oscar Ramallo*
    Oscar Ramallo
    Oscar.Ramallo@arnoldporter.com

US 165324210v5