ROBERT S. BREWER, JR.
United States Attorney
ERNEST CORDERO, JR
Assistant U. S. Attorney
California Bar No. 131865
MICHAEL A. GARABED
Assistant U.S. Attorney
California Bar No. 223511
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7478/7703
Facsimile: (619) 546-7751
Email: ernest.cordero@usdoj.gov
Email: michael.garabed@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; and PETER FLORES, Director of Field Operations for CBP, San Diego,<br><br>Defendants. | Case No.: 19-cv-1255-LAB (KSC)<br><br>**DECLARATION OF SARO OLIVERI** |

1

1   I, Saro Oliveri, declare as follows:

2   I am the Customs and Border Protection ("CBP") Branch Chief at the Port of Otay
3   Mesa. I have held the position for ten years. I have personal knowledge of all facts contained
4   in this declaration. If called upon to do so, I could and would competently testify thereto.

5   1. As the Branch Chief, I am responsible for the Trusted Traveler Enrollment Center.
6   In this capacity, I have access to the Global Enrollment System ("GES") maintained by
7   CBP. The GES has been set up to maintain records and information on CBP's Trusted
8   Traveler Programs, including Global Entry and Secure Electronic Network for Travelers
9   Rapid Inspection ("SENTRI"). Through the GES, I can check on the history of a person's
10  enrollment in any of the Trusted Traveler Programs, including his or her current status.

11  2. In connection with the above-referenced lawsuit, I personally retrieved
12  information from the GES information pertaining to Kaji Dousa. The records indicate she
13  is enrolled in the Global Entry Program which allows expedited clearance for pre-approved,
14  low risk travelers upon their entry into the United States by land, air and sea. Each person
15  enrolled receives a "known traveler number" that can be used when making airline
16  reservations. CBP maintains a website where program members may login to check their
17  program status.

18  3. Global Entry and SENTRI are both Trusted Traveler Programs that provide some
19  overlapping benefits, but they also have differences. For example, both Global Entry and
20  SENTRI allow for expedited entry at land ports when crossing from Mexico and Canada.
21  However, Global Entry also can be linked to a passport for use when arriving by air. With
22  respect to someone returning to the United States from Mexico on foot or in an automobile,
23  Global Entry and SENTRI provide the same expedited clearance benefits.

24  4. Attached to this Declaration as Exhibit "A" is a true and correct copy of a record
25  I retrieved from the GES. The document has been redacted but contains information
26  showing that Kaji Dousa's Global Entry card was issued on December 14, 2016 and has
27  never been revoked or suspended. It currently is valid and expires on August 22, 2022.
28

5. I also retrieved information from CBP's ATS-L system to determine the dates Kaji Dousa entered the United States over the past eighteen months. This information includes the times she entered the United States through any Port of Entry on the U.S.-Mexico border. Attached as Exhibit "B" to this declaration is a true and correct redacted copy of a record from the ATS-L system indicating that she entered the United States at the San Ysidro Port of Entry ("SYPOE") four times during the eighteen-month period. Three times, she used her Global Entry card. Specifically, she used it when she crossed as a pedestrian on (1) November 27, 2018; (2) January 2, 2019; and (3) April 4, 2019. She also crossed on November 28, 2018, but this time she used her U.S. Passport.

6. The ATS-L records also indicate that Kaji Dousa was sent to the secondary inspection area during only one of the four crossings at the SYPOE – on January 2, 2019. That day, the time between her referral to the secondary inspection area at the SYPOE, and her release by officers questioning her in secondary, was 43 minutes. Months later, on April 4, 2019, she again presented herself at the SYPOE using her Global Entry card. This time, she crossed without referral to the secondary inspection area. I also note that on August 6, 2019, she left New York City on a flight to the Bahamas without incident.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on August 15, 2019 at San Diego, California.

_____
Saro Oliveri

# EXHIBIT A



**CTTP Card**

| | |
|---|---|
| Status: | Activated |
| First Name: | KAJI ROSA SPELLMAN |
| Last Name: | DOUSA |
| Birth Date: | |
| Gender: | F |
| Citizenship: | USA |
| AIS Program: | GLOBAL ENTRY |
| Expiration Date: | 22 AUG 2022 |
| Document Number: | |
| Application ID: | |
| Issue RFID: | |
| Issue Date: | 14 DEC 2016 |
| Tag ID: | |
| Version: | C01 |
| Street: | |
| Suite: | |
| City: | LA MESA |
| State/Province: | CA |
| Country: | US |
| Postal Code: | 919421701 |



# EXHIBIT B

# ATS-L Superquery

**PERSON QUERY:** DOUSA, KAJI  DOB: █

## Registrant Data:

| Name | Birthdate | Address | City | State | Country | License Nbr | Record Last Updated |
|---|---|---|---|---|---|---|---|
| DOUSA, KAJI | █ | | | | () | | |

## Person TECS Records

| TECS Record ID | Status Code | Primary Action Code | Name | Middle Name | DOB | Entry Date/Time |
|---|---|---|---|---|---|---|
| █ | █ | █ | DOUSA, KAJI | R | █ | 12/02/2018 15 05 |

## NCIC Response - Request ID █

### Last en Crossings

| Comply | API | Results | Status | A S | Rfrl | DCL | Dir | Lane ype | Pkg ID | Vehicle | erm | Loc CD | Cross ime | Cross Day | Cross Date | Doc ype | CR | Doc ID | DOB | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R | N | | | | N | | I  O | | | | | 14 :00 | UESDA | 08/06/19 | P | US | █ | █ | DOUSA, KAJI ROSA PELLMAN |
| | | N | Adm t | | | N | | P  I | | | | SZ64 | L2 E | 20 28 08 | HURSDA | 04/04/19 | IG | US | █ | █ | DOUSA, KAJI |
| | | N | Rafer | | US Customs(C) | N | | P  I | | | | SZ64 | L2 E | 21 47 10 | WEDNE DA | 01/02/19 | IG | US | █ | █ | DOUSA, KAJI |
| es | | N | Adm t | N | | N | | P  I | | | | SZ57 | L2 E | 22 22 40 | WEDNE DA | 11/28/18 | P | US | █ | █ | DOUSA, KAJI ROSA PELLMAN |
| | | N | Adm t | | | N | | P  I | | | | SZ59 | L2 E | 21 23 25 | UESDA | 11/27/18 | IG | US | █ | █ | DOUSA, KAJI |

Click on the magnifying glass next to the package ID to v ew p ma y mages captu ed fo  het package  D  mages a e o ly available fo  c ossings up o a yea f om ou ent da e
ep esents the pe son ma led as the D ve  of the veh cle within the V C system  Click here fo V C Status Codes

## 18 Months Crossing History Rollup

| Loc CD | Location Name | Xing |
|---|---|---|
| █ | CB -SAN  SIDRO WES (2504) | 4 |

Click he e fo  the 18 months crossing history

### C

| Name | DOB | Nations ity | Birth Place | Passport Book ID | VISA Control Num | Site ID | Foil List | US Visit FIN | Photo |
|---|---|---|---|---|---|---|---|---|---|
| █ | | | | | | | | | |

## EID - Enforcement Integrated Database

| Activity Date | Activity Type | Activity ID | Event Desc | Subject Data |
|---|---|---|---|---|
| █ | | | | |

## S/A/S

| Incident Number | Port Code | Topic Line | Name | DOB | Seizure Date | Incident Data |
|---|---|---|---|---|---|---|

## IOIL

| Incident Number | Port Code | Incident Type | Incident Date | Name | DOB | License Plate | License State |
|---|---|---|---|---|---|---|---|
| █ | SAN SIDRO (2504) | █ | 01/03/2019 00 15 00 | DOUSA, KAJI | █ | | |

**Remarks:** ON JANUARY 2, 2019 AT APPROXIMATELY 1847 HOURS, KAJI DOUSA (DOB █) APPLIED FOR ENTRY INTO THE US FROM MEXICO VIA THE SAN YSIDRO PORT OF ENTRY PEDESTRIAN WEST AREA. DOUSA PRESENTED HER VALID GLOBAL ENTRY CARD BEARING #998027698  HER NAME  AND PICTURE FOR ENTRY INTO THE UNITED STATES.

█ NO DEROGATORY INFORMATION WAS FOUND DURING INTERVIEW DOUSA WAS RELEASED AT APPROXIMATELY 1930 HOURS.

## INS Secondary Referrals - IO05

| Conveyance | Passenger | DOB | Nationality | Date Rfrd | Time Rfrd | Dis CD | Exd Chg | Location | Port CD | Doc ID |
|---|---|---|---|---|---|---|---|---|---|---|
| █ | | | | | | | | | | |

## Secondary Referrals - IO25

| Passenger | DOB | Doc Ctry | Doc ID | Doc Type | Carrier | Flight # | Cross Date | Cross Time | Arrival Airport | Departure Airport | Inspection Results | Violation Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| █ | | | | | | | | | | | | |

## Secondary Referrals (IO04)

| Plate | Driver | DOB | Gender | Race | CNV | Date Rfr d | Referral RSN | Personal Search | POS/NEG | Loc Code | Loc Name | Port | Enf. # | IOIL/SAS # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NP FOOT | KAJI DOUSA | █ | | B | W | 01/02/2019 21 47 | █ | N | N | 25E | CB -SAN  SIDRO WES | 2504 | █ | █ |

**Remarks** █ ON JANUARY 2, 2019 AT APPROXIMATELY 1847 HOURS, KAJI DOUSA (DOB: █) APPLIED FOR ENTRY INTO THE US FROM MEXICO VIA THE SAN YSIDRO PORT OF ENTRY PEDESTRIAN WEST AREA. DOUSA PRESENTED HER VALID GLOBAL ENTRY CARD BEARING #998027698  HER NAME  AND PICTURE FOR ENTRY INTO THE UNITED STATES.

█ NO DEROGATORY INFORMATION WAS FOUND DURING INTERVIEW DOUSA WAS RELEASED AT APPROXIMATELY 1930 HOURS.

## I94 Travel

| Name | DOB | Citizenship | Admission NO | Admission Date | Arrival INS Port CD | Arrival INS Port Name | Passport |
|---|---|---|---|---|---|---|---|
| █ | | | | | | | |

| Passenger | DOB | Carrier | Flight # | Departure Date | Departure Port | Arrival Date | Arrival Port | Photo |
|---|---|---|---|---|---|---|---|---|
| DOUSA, KAJI ROSA SPELLMAN | █ | DE A AIR INES, INC (D ) | 0000494 | 08/06/2019 | New  o k J  Kennedy Inte national Apt (J K) | 08/06/2019 02 00 00 pm | Nassau Inte national Apt (NAS) | No Photo Available |

### G

| Photo | Passenger ID | First Name | Last Name | DOB | Program | Program Status | Enro lment Effective Date | Enrollment Expiration Date |
|---|---|---|---|---|---|---|---|---|
| [photo] | █ | KAJI | DOUSA | █ | Global Ent y (U ) | App oved (A) | 12/14/2016 | 08/22/2022 |