ROBERT S. BREWER, JR.
United States Attorney
ERNEST CORDERO, JR
Assistant U. S. Attorney
California Bar No. 131865
MICHAEL A. GARABED
Assistant U.S. Attorney
California Bar No. 223511
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7478/7703
Facsimile: (619) 546-7751
Email: ernest.cordero@usdoj.gov
Email: michael.garabed@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; and PETER FLORES, Director of Field Operations for CBP, San Diego,<br><br>　　　　　Defendants. | Case No.:  19-cv-1255-LAB (KSC)<br><br>**DECLARATION OF ERNEST CORDERO, JR.** |

I, Ernest Cordero Jr., declare:

1.　I am an Assistant United States Attorney and a member of the United States Attorney's Office for the Southern District of California.  I am lead trial counsel for the

1

Federal Defendants in this action and have personal knowledge of the statements contained in this declaration. If called upon to do so, I could and would competently testify thereto.

2.  Attached to my declaration as Exhibit 1 is a printout of a downloaded set of pages I obtained from Plaintiff's Twitter feed @KajiDousa posted and available for public viewing on August 14, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2019 in San Diego, California.

*s/ Ernest Cordero*
ERNEST CORDERO, JR.

# EXHIBIT 1

 Home     Moments

Search Twitter

Have an account? Log in

# Pastor Kaji Douša
@KajiDousa

Jesus-follower. Senior Pastor, @ThePark1010 . Co-Chair, @NewSanctuaryNYC . she/her/ella

🔗 parkavenuechristian.com
📅 Joined June 2015

🖼 14 Photos and videos





**Tweets** | Tweets & replies | Media

📌 Pinned Tweet

 **Pastor Kaji Douša** @KajiDousa · Jul 8
Because I have a voice and won't be intimidated - even by the most powerful government in the world - I am suing #DHS #ICE #CBP .

So grateful to @aflores & @BuzzFeedNews for sharing my story.

We MUST be #FreeToPray for every and anyone who needs us.

> **The Park** @ThePark1010
> "Under this system of surveillance nobody is safe, nobody gets to question, nobody gets to dissent," @KajiDousa told @BuzzFeedNews. "I'm the nobody for now because I'm a black woman & we're always the testing group, but I'm going to come out stronger bcause I have a great case." ...

💬 14    🔁 112    ♥ 260

🔁 Pastor Kaji Douša Retweeted



 **Pastor Kaji Douša**
@KajiDousa

Tweets **889** | Following **477** | Followers **1,428** | Likes **2,529**

Follow

💬 209    🔁 284    ♥ 7.4K

Show this thread

🔁 Pastor Kaji Douša Retweeted

 Home    Moments               Search Twitter            Have an account? Log in

call officials, go to protests, get arrested if you're able, visit people in detention, accompany immigrants to court.

@JFREJNYC @MaketheRoadNY @CosechaMovement @NewSanctuaryNYC @BAJItweet

💬 4     🔁 43     ❤ 83

Show this thread

 **Pastor Kaji Douša** @KajiDousa · 5h
Doxing is horrific, y'all. I'm so sorry @IjeomaOluo is having to deal with this.

> **Ijeoma Oluo** ✓ @IjeomaOluo
> Someone apparently called and said there were two dead bodies in my house. These monsters.
> Show this thread

💬     🔁     ❤ 1

 **Pastor Kaji Douša** @KajiDousa · 5h
Is it just me, or is anyone else wondering if the CO & overtime guard who "fell asleep" at #MCC are black? Because I have expectations of what will happen if they are.
#Epstein

💬 1     🔁     ❤ 1

🔁 Pastor Kaji Douša Retweeted
 **deray** ✓ @deray · 6h
I am being sued by an officer in Baton Rouge who was allegedly hit with a rock in 2016 during the protests. This case was dismissed. Then the 5th Circuit overruled that & said I can be held liable. It makes no sense.



 **Pastor Kaji Douša**
@KajiDousa

Tweets **889**   Following **477**   Followers **1,428**   Likes **2,529**        Follow

In 2021, GOP-controlled states will try to use this citizenship data from the Census Bureau to draw new congressional and state leg districts. Their goal, in the words of the GOP's longtime redistricting guru Dr. Hofeller, is to advantage "Republicans and Non-Hispanic Whites."

Home   Moments                                    Search Twitter               Have an account? Log in

NEW via Rep. Pressley's office: Census Bureau, in written response confirms, that it will be producing block level data on citizenship voting age population

Show this thread

💬    🔁 1    ❤ 3

🔁 Pastor Kaji Douša Retweeted

**Robbie Gramer** ✓ @RobbieGramer · 22h
The grubby legacy of British imperialism remains in Asia, where two seemingly distinct crises—in Hong Kong and Kashmir—share the same legacy

**The World Is Reaping the Chaos the British Empire Sowed**
Locals are still paying for the mess the British left behind in Hong Kong and Kashmir.
foreignpolicy.com

💬 20    🔁 86    ❤ 161

🔁 Pastor Kaji Douša Retweeted

**Suzanne F. Boswell** @sf_boswell · Aug 12
Last night, Simone Biles successfully performed a triple double, and the entire world is (correctly) freaking out.

For those interested in the background, here is a short thread explaining *why* the triple double is so difficult.




**Pastor Kaji Douša**
@KajiDousa

Tweets **889** | Following **477** | Followers **1,428** | Likes **2,529**     Follow


Show this thread

🔁 Pastor Kaji Douša Retweeted

**Suzanne F. Boswell** @sf_boswell · Aug 12

Home   Moments                          Search Twitter          Have an account? Log in

one job. You literally had one job and you couldn't protect us.



**Olympic Channel** @olympicchannel
Emotional @Simone_Biles expresses frustration toward USA gymnastics at the 2019 U.S. Championships.
Show this thread

0:45

💬 160       ⟲ 684       ♡ 7.2K

Show this thread

⟲ **Pastor Kaji Douša Retweeted**



**Morgan Jerkins** ✓ @MorganJerkins · Aug 13
If you're an Indigenous WOC who wants to do more reporting on issues in tribal nations, contact me: mjerkins@medium.com.

I love @RuthH_Hopkins's work and I know there's more stories out there.

💬 4       ⟲ 38       ♡ 42

⟲ **Pastor Kaji Douša Retweeted**



**The Economist** ✓ @TheEconomist · Aug 11
America cannot have a cheap currency, a trade conflict and a thriving economy all at once

**Dangerous miscalculations**



**Pastor Kaji Douša**          Tweets   Following   Followers   Likes            Follow
@KajiDousa                     **889**  477         1,428       2,529

⟲ **Pastor Kaji Douša Retweeted**



**Stephanie Kendell** @skendell · Aug 10
Join me tomorrow at 11am at @ThePark1010 and see what Kris Kross's Jump, Toni Morrison, Psalm 28, and 400 people showing up to a birthday party have to do



Home Moments Search Twitter Have an account? **Log in**

2 2

**Pastor Kaji Douša** @KajiDousa · Aug 10
The *only* person I trust right now in this is NY AG @TishJames .

2 15 80

Show this thread

**Pastor Kaji Douša** @KajiDousa · Aug 10
So. I don't know the law. But I do know MCC is in NYC. @JumaaneWilliams & others: what's the chain of custody? Who watches over the evidence?

Bc we cannot allow any more inconvenient/convenient mess ups in this #epsteinDead case.

> **Seth Abramson** @SethAbramson
> BREAKING: twitter.com/PaulaReidCBS/s...

1 5 21

Show this thread

Pastor Kaji Douša Retweeted
**Preet Bharara** @PreetBharara · Aug 10
There should be — and almost certainly is — video of Epstein's suicide at MCC. One hopes it is complete, conclusive, and secured.

3.1K 14K 56K

**Pastor Kaji Douša** @KajiDousa · Aug 10
THIS

> **jelani cobb** @jelani9
> He slit his wrists with Occam's Razor. twitter.com/CrookedKnight/...

Pastor Kaji Douša Retweeted
**Marc Lamont Hill** @marclamonthill · Aug 10

**Pastor Kaji Douša**
@KajiDousa

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 889 | 477 | 1,428 | 2,529 |

Follow

**Pastor Kaji Douša** @KajiDousa · Aug 9
"Cutting through the hedges, caveats and non-denial denials..."

I am a sucker for a good turn of phrase. Especially in pursuit of justice in the land. The lying liars who keep lying to wrest control from the people must be stopped.

Home   Moments                                      Search Twitter                Have an account? **Log in**

**Daniel Jacobson** @Dan_F_Jacobson
We have some things to say about the government's response to our request for sanctions in the Census case. From the reply we just filed:

🔁 Pastor Kaji Douša Retweeted

**Sherrilyn Ifill** @Sifill_LDF · Aug 9
Under oath before Congress last month, FBI Director Wray testified two weeks ago that white supremacists were the biggest domestic terror threat - not this fabricated "black identity extremists" myth. We want answers from Wray on this.

**FBI ranks "black identity extremists" bigger threat than Al Qaeda, wh…**
White supremacist groups are mentioned in the files, however they are described as a "medium threat."
newsweek.com

💬 122    🔁 1.8K    ♡ 4.1K

Show this thread

🔁 Pastor Kaji Douša Retweeted



**Pastor Kaji Douša**
@KajiDousa

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| **889** | 477 | 1,428 | 2,529 |

Follow

'They want to erase us.' California Uighurs fear for family members i…
Members of the Uighur diaspora in Southern California say every one of them has a friend or family member who has been "disappeared" by

Case 3:19-cv-01255-LAB-KSC   Document 36-2   Filed 09/10/19   PageID.387   Page 10 of 14

Home   Moments                    Search Twitter              Have an account? Log in

♡ 11      ⟳ 295       390

Show this thread

⟳ **Pastor Kaji Douša Retweeted**

**Make the Road NY**  @MaketheRoadNY · Aug 9
#BREAKING: PNC Bank will pull out of financing private prison & immigrant detention companies.

This comes after years of organizing with our #BackersofHate and #FamiliesBelongTogether allies, who've successfully got 9 banks to pledge to pull out.



♡ 60      ⟳ 1.6K       4.5K

**Pastor Kaji Douša** @KajiDousa · Aug 9
God prosper our strength. Shield our faces. Help us survive. Build our thriving. Bless our enemies, wherever they may be. May they never reach closer than we can bear. Amen. 6/6 🙏🏾

♡          ⟳ 1         1



**Pastor Kaji Douša**
@KajiDousa

Tweets  Following  Followers  Likes
**889**   477       1,428     2,529          Follow

♡ 1        ⟳          1

Show this thread



**Pastor Kaji Douša** @KajiDousa · Aug 9

Home   Moments                    Search Twitter                Have an account? Log in 



The most effective prayers for abusers are offered from the strength garnered with distance. Pray with your cheek far from the strike and find your strength. 👇🏽 3/6

💬 1     🔁     ❤ 1

Show this thread



**Pastor Kaji Douša** @KajiDousa · Aug 9

People in places of spiritual authority who encourage a victim to keep turning cheeks for intimate partner violence weaponize Scripture and enforce weakness that is not grounded in God's love. 👇🏽 2/6

💬 1     🔁     ❤ 1

Show this thread

**Pastor Kaji Douša** @KajiDousa · Aug 9

I don't know who this is for today but: "Love heals. Love does not strike.

"Turn the other cheek" weaponized is the opposite of strength: it requires weakness." 👇🏽 1/6

> **Lillian Daniel** @lillianfdaniel
> "The most effective prayers for abusers are offered from the strength garnered with distance. Pray with your cheek far from the strike and find your strength. Sometimes the best way to love your enemy is to name them as such." - @KajiDousa on Abusers ucc.org/daily_devotion…

💬 1     🔁     ❤ 2

Show this thread



🔁 Pastor Kaji Douša Retweeted

**Jen Parker** @JenParker393 · Aug 7

Angela Davis and @FJasmineG grace our pages with this lovely essay on their friend Toni Morrison, which I had the honor of editing



**Pastor Kaji Douša**
@KajiDousa

Tweets **889** | Following **477** | Followers **1,428** | Likes **2,529**

Follow



**Pastor Kaji Douša** @KajiDousa · Aug 9

This blessed me on today, @imaniperry. Thank you. "She saw the writer black, and bid her sing."

Home • Moments                                                   Search Twitter          Have an account? **Log in** ▾

letters. She made the world pay rapt attention to the interior lives of Black women—ordinary, struggling Black women—to care about our imaginations and hearts," writes @imaniperry thecut.io/2KvYFhS

💬         🔁              1

🔁 **Pastor Kaji Douša Retweeted**

 **Amanda Crump** @amandavcrump · Aug 8
10/10. This is a destruction of science by this administration. By @SecretarySonny. This ends my angry rant but not my anger. And not my sadness.

💬 125     🔁 1.1K        3.9K

Show this thread

 **Pastor Kaji Douša** @KajiDousa · Aug 9
I expect that every effort will be made to cancel citizenship

> **Black Identity Extremist** ✔ @WilGafney
> In 10 years our crime rates and societal dysfunction will track back to these acts.(If we don't find a way to strip their citizenship.)
> Show this thread

💬         🔁              2

🔁 **Pastor Kaji Douša Retweeted**

 **Black Identity Extremist** ✔ @WilGafney · Aug 8
So many of the children we are traumatizing are our citizens, meaning they will live out their trauma, rage, hurt, emotional damage and subsequent harmful acts - including self-harm - in our midst. We will not care for them. We will institutionalize and incarcerate them.

💬 4       🔁 56        190

Show this thread

🔁 **Pastor Kaji Douša Retweeted**

 **Lynn Johnston** @lynnjohnstonlit · Aug 7
Replying to @readingrenee @wallerABC7 and 2 others



**Pastor Kaji Douša**
@KajiDousa

Tweets **889**    Following **477**    Followers **1,428**    Likes **2,529**        **Follow**

Wendy Cervantes @WendyDC5 · Aug 8
Worksite raids often result in the loss of income for affected families, making it more difficult to make ends meet. Schools, child care centers, & other providers will be left to help families pick up the pieces after these man-made disasters. #ICEraids (9/10)

 Home    Moments

Search Twitter

Have an account? **Log in**

Show this thread

↻ **Pastor Kaji Douša Retweeted**

**Claire McCaskill** ✓ @clairecmc · Aug 8
When 600 agents were making a show of arresting 680 undocumented immigrants working at Mississippi processing plants, did anyone bother to arrest the employers? Or did they leave them undisturbed in the back room counting their money?

💬 4.2K   ↻ 38K   ♡ 136K

**Pastor Kaji Douša** @KajiDousa · Aug 8
I, for one, as a pastor included on this political hitlist, would love some real answers. Which is why we are suing for some accountability.

> **#NBC7 San Diego** ✓ @nbcsandiego
> NBC 7 Investigates: The Department of Homeland Security has launched a widespread investigation into the secret government surveillance of journalists and activists at the U.S.-Mexico border. on.nbc7.com/LKCik0p

💬   ↻ 5   18



**Want to take advantage of all the new Twitter features?**
It's simple – just log in.



 **Pastor Kaji Douša**
@KajiDousa

Tweets **889**   Following **477**   Followers **1,428**   Likes **2,529**

**Follow**

 United Chur…
@unitedchu…

 **Peter Heltzel**
@PeterHeltzel

Home  Moments

Search Twitter

Have an account? Log in

**Worldwide trends**

#TrumpRecession
48.1K Tweets

Steve King
17.4K Tweets

#WednesdayWisdom
81K Tweets

#AskDC

#WednesdayThoughts
30.8K Tweets

#GeekyThingsAboutMe
6,871 Tweets

Devers
7,320 Tweets

Brandon Roy

WeWork
WeWork discloses financial details as it files for IPO

JA Happ

© 2019 Twitter   About
Help Center   Terms
Privacy policy   Cookies
Ads info