| | |
|---|---|
| Oscar Ramallo (Bar No. 241487) | Robert S. Brewer, Jr. |
| Oscar.Ramallo@arnoldporter.com | United States Attorney |
| ARNOLD & PORTER KAYE SCHOLER LLP | Ernest Cordero, Jr. (Bar No. 131865) |
| 777 South Figueroa Street, 44th Floor | Assistant U.S. Attorney |
| Los Angeles, CA 90017 | ernest.cordero@usdoj.gov |
| Telephone: (213) 243-4000 | Michael A. Garabed (Bar No 223511) |
| Facsimile: (213) 243-4199 | Assistant U.S. Attorney |
| | michael.garabed@usdoj.gov |
| *Attorney for Plaintiff* | UNITED STATES ATTORNEY'S OFFICE |
| *Kaji Dousa* | 880 Front Street, Room 6293 |
| | San Diego, CA 92101-8893 |
| [Additional counsel listed on following page.] | Telephone: (619) 546-7478/7703 |
| | Facsimile: (619) 546-7751 |
| | *Attorneys for Federal Defendants* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA, | Case No. 19-cv-01255 (LAB) |
| Plaintiff, | **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP") KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; AND PETER FLORES, Director of Field Operations for CBP, San Diego, | |
| Defendants. | |

R. Stanton Jones (*pro hac vice*) (DC SBN 987088)
Stanton.Jones@arnoldporter.com
William C. Perdue (*pro hac vice*) (DC SBN 995365)
William.Perdue@arnoldporter.com
Christian D. Sheehan (*pro hac vice*) (DC 1045233)
Christian.Sheehan@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Ada Añon (*pro hac vice*) (NY 5030697)
Ada.Anon@arnoldporter.com
Leah J. Harrell (*pro hac vice*) (NY 5623335)
Leah.Harrell@arnoldporter.com
Neesha Chhina (*pro hac vice*) (NY 5726021)
Neesha.Chhina@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th St.
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Stephanie Llanes (*pro hac vice*) (NY SBN 5580014)
Stephanie.Llanes@protectdemocracy.org
THE PROTECT DEMOCRACY PROJECT, INC.
222 Broadway, 19th Floor
New York, NY 10038
Telephone: (202) 579-4582

Anne Tindall (*pro hac vice*) (DC SBN 494607)
Anne.Tindall@protectdemocracy.org
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Genevieve Nadeau (*pro hac vice*) (MA SBN 677566)
Genevieve.Nadeau@protectdemocracy.org
Ben Berwick (*pro hac vice*) (MA SBN 679207)

1 | Ben.Berwick@protectdemocracy.org
2 | THE PROTECT DEMOCRACY PROJECT, INC.
3 | 15 Main Street, Suite 312
  | Watertown, MA 02472
4 | Telephone: (202) 579-4582

5 | *Attorneys for Plaintiff*
6 | *Kaji Dousa*

Pursuant to Federal Rule of Civil Procedure 26(c) and this Court's November 22, 2019 Order (Dkt. 49), the parties respectfully move the Court to enter the attached order governing the disclosure, use, and handling by the parties of certain information and items produced and received in discovery in the above-captioned action. In support of this motion, the parties state as follows:

1. In response to Plaintiff's request for expedited discovery, Defendants have produced documents and other materials containing confidential information.

2. The parties may exchange additional discovery requests that seek documents or other information that is confidential.

3. To protect the confidentiality of such materials and information as much as is practical during the litigation, the parties have conferred and agreed on a procedure governing the use and disclosure of such information pursuant to Federal Rule of Civil Procedure 26(c).

4. As the Court directed, the proposed stipulated protective order is based on the Model Protective Order available on the Court's website.

5. Accordingly, the parties respectfully request that the Court enter the attached order.

Dated: December 3, 2019

Respectfully submitted,

By: /s/ Oscar Ramallo

ARNOLD & PORTER KAYE SCHOLER LLP

Oscar Ramallo
Oscar.Ramallo@arnoldporter.com
R. Stanton Jones  (*pro hac vice*)
Stanton.Jones@arnoldporter.com
William C. Perdue (*pro hac vice*)
William.Perdue@arnoldporter.com
Ada Añon (*pro hac vice*)

Ada.Anon@arnoldporter.com
Christian D. Sheehan (*pro hac vice*)
Christian.Sheehan@arnoldporter.com
Jaba Tsitsuashvili (Bar No. 309012)
Jaba.Tsitsuashvili@arnoldporter.com
Leah J. Harrell (*pro hac vice*)
Leah.Harrell@arnoldporter.com
Neesha Chhina (*pro hac vice*)
Neesha.Chhina@arnoldporter.com

THE PROTECT DEMOCRACY PROJECT, INC.

Stephanie Llanes (*pro hac vice*)
Stephanie.Llanes@protectdemocracy.org
Anne Tindall (*pro hac vice*)
Anne.Tindall@protectdemocracy.org
Genevieve Nadeau (*pro hac vice*)
Genevieve.Nadeau@protectdemocracy.org
Ben Berwick (*pro hac vice*)
Ben.Berwick@protectdemocracy.org

*Attorneys for Plaintiff Kaji Dousa*


By: /s/ Ernest Cordero, Jr.

Robert S. Brewer, Jr.
United States Attorney

Ernest Cordero, Jr.
Assistant United States Attorney
ernest.cordero@usdoj.gov
Michael A. Garabed
Assistant United States Attorney
michael.garabed@usdoj.gov

*Attorneys for Federal Defendants*