LAW ENFORCEMENT SENSITIVE/
PRIVACY-PII

[redacted]



**SPELLMAN, Kaji Dousa**
**DOB:** [redacted]

[redacted]

# SAN DIEGO SECTOR INTEL UNIT



**Name:** Kaji Dousa SPELLMAN
**DOB:** [redacted]
**Nationality:** USC
**PPN:** [redacted]
**SSN:** [redacted]
**Telephone Number:** [redacted]
**Address:** [redacted]

**Capabilities:**
- Suspected Organizer, Pastor

**Impact Areas:**
- San Diego, California

**TTP/Trends Identified:**
- Identified as performing marriage ceremonies in Tijuana, MX (Ref: LAW ENFORCEMENT SENSITIVE [redacted]

**Target Discovery:**
- Identified in migrant Caravan workspace LAW ENFORCEMENT SENSITIVE [redacted]

**Target Significance:**
- Possible connection to recent ANTIFA movement along southwestern border.
- TECS for TTRT exam.

**Target Expectation:**
- Identify and disrupt acts of violence related with migrant the caravan.

## 18 U.S.C. § 2101 -RIOTS

(a) Whoever travels in interstate or foreign commerce or uses any facility of interstate or foreign commerce, including, but not limited to, the mail, telegraph, radio, or television, with intent-

-To incite a riot: or
-To organize, promote, encourage, participate in, or carry on a riot; or
-To commit any act of violence in furtherance of a riot; or
-To aid or abet any person in inciting or participating in or carrying on a riot or committing any act of violence in furtherance of a riot; and who either during the course of any such travel or use of thereafter performs or attempts to perform any other overt act for any purpose specified in subparagraph (A), (B), (C), or (D0 of this paragraph- Shall be fined under this title, or imprisoned not more than five years, or both.

**Intelligence Gaps**
Who is associated to ?
Does SPELLMAN have connections to ANTIFA, BLF, or Pueblos Sin Fronteras?
What is SPELLMAN's role in the organization?

**Collection Requirements**
LAW ENFORCEMENT SENSITIVE [redacted]
Identify SPELLMAN's associates.
Identify SPELLMAN's role and with organization she is associated to.

**Collection**
1. LAW ENFORCEMENT SENSITIVE [redacted]

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Query

06/19/2019 12:42 PM EDT

Generated By: HATUEY GRULLON



**TECS RECORD ID:** LAW ENFORCEMENT SENSITIVE [redacted]

**IMAGE INFORMATION - PART I (0)**

**PERSON SUBJECT QUERY DETAILS INFORMATION**

| Tecs Record ID | Entry Date | Update Date |
|---|---|---|
| LAW ENFORCEMENT SENSITIVE [redacted] | 12/02/2018 | 05/13/2019 |

| Record Status | Category |
|---|---|
| SO - SUSPECT, OTHER | 1D - ONE DAY LOOKOUT |

| Query Notification |
|---|
| 1 - Notification to record owner |

| Primary Action | Start Date | Stop Date |
|---|---|---|
| 0 - NOT ON PRIMARY | | |

| Last Name | First Name | Middle Name |
|---|---|---|
| DOUSA | KAJI | R |

**Alias (0)**

| Approval Status | Hispanic Indicator |
|---|---|
| Y - Approved | N - NOT OF HISPANIC OR LATINO ORIGIN |

| Date of Birth (1) | Race (1) | Gender (1) |
|---|---|---|
| 1) [redacted] (40 years old) | 1) B - BLACK OR AFRICAN AMERICAN | 1) FEMALE |

| No Fly Indicator | Selectee Indicator |
|---|---|
| N | N |

**REMARKS INFORMATION (1)**

| No | Date | Remarks |
|---|---|---|
| 1 | 03/08/2019 | Migrant caravan FY 2019. Information Only.<br><br>TTRT exam. Do not revoke SENTRI based on this lookout. Portpass#: |

**PERSONAL DATA INFORMATION**

| Nickname (0) | Hair (0) | Eyes (0) |
|---|---|---|
| | | |

| Height | Weight | Units | Scars/Marks/Tattoos |
|---|---|---|---|
| | | ENGLISH | |

**PERSONAL IDENTIFICATION INFORMATION**

| Citizenship (1) | SSN (0) | Residency Status |
|---|---|---|
| 1) USA - UNITED STATES | | |

**BIRTH PLACE INFORMATION (1)**

| No | Country | State | City |
|---|---|---|---|
| 1 | USA - UNITED STATES | DC - DISTRICT OF COLUMBIA | |

**For Official Use Only / Law Enforcement Sensitive**

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Query

06/19/2019 12:42 PM EDT

Generated By: HATUEY GRULLON



**ALIEN INFORMATION (0)**

**EXCLUSION INFORMATION (0)**

**PASSPORT INFORMATION (1)**

| No | Passport Number | Passport Type | Country of Issue | Issue Date | Expiration Date |
|---|---|---|---|---|---|
| 1 | [redacted] | I - REGULAR - INDIVIDUAL | USA - UNITED STATES | | |

**ADDRESS INFORMATION (0)**

**DRIVERS' LICENSE INFORMATION (0)**

**PHONE INFORMATION (0)**

**ALTERNATE COMMUNICATION INFORMATION (0)**

**MISCELLANEOUS INFORMATION (0)**

**CRIMINAL AFFILIATION INFORMATION (0)**

**CONTACT INFORMATION**

| Organization | Full Name | Telephone |
|---|---|---|
| CBP FIELD OPS - SAN DIEGO CA | LILIANA OBREGON | LAW ENFORCEMENT SENSITIVE [redacted] |

**CASE NUMBER INFORMATION (0)**

**FINGER PRINT INFORMATION**

| No | Left | | Right | |
|---|---|---|---|---|
| | Code | Description | Code | Description |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**SPOUSE INFORMATION (0)**

**WARRANT INFORMATION (0)**

**ATF PROFILE INFORMATION (0)**

**BAGGAGE DECLARATION (CF6059) INFORMATION (0)**

**FINANCIAL INFORMATION (0)**

**EMPLOYMENT INFORMATION (0)**

**PILOT LICENSE INFORMATION (0)**

**IMAGE INFORMATION - PART II (0)**

**DEPARTMENT OF HOMELAND SECURITY**

**CUSTOMS AND BORDER PROTECTION**

**SDC-SAN DIEGO BORDER PATROL SECTOR HQS**

**IMB-IMPERIAL BEACH STATION**

---

# FIELD INFORMATION REPORT

**Product Title:** POSSIBLE MIGRANT CARAVAN INTEL

**Product ID:** LAW ENFORCEMENT SENSITIVE [redacted]

---

(U) **FOR OFFICIAL USE ONLY WARNING:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.

(U) **FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES) WARNING:** This document is FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES). This document may be shared with DHS personnel who have a need to know but any sharing outside of DHS requires the written approval of the author. If approved for dissemination outside of DHS, the report may only be used for intelligence and investigative lead purposes. Any other use is prohibited unless prior written authorization is received from the author. Prior written authorization from CBP Office of Chief Counsel is required before providing this material to the Department of Justice or other authority for purposes of litigation, including disclosure in a civil or criminal case.

**Prepared By: MORALES, Joshua, Secure (e):** LAW ENFORCEMENT SENSITIVE [redacted]

**Published Date: 12/03/2018**

# METADATA

| | |
|---|---|
| **Associated Workspace** | [redacted] - POSSIBLE MIGRANT CARAVAN INTEL |
| **Intelligence Collection Requirements:** | |
| **HSEC SINs:** | HSEC-9: Transnational Violent Crimes |
| **CBP SINs:** | CBP-SIN-3: Cross-border Criminal Activity<br>CBP-SIN-4: Border Violence |
| **CBP PIRs:** | - |
| **Other Collection Requirements:** | |
| **Geographical and Operational Environments:** | |
| **GEO AREAs:** | CONUS: SOUTHWEST: CALIFORNIA |
| **USBP OEs:** | USBP-OE-1: Land Border |
| **OFO OEs:** | - |
| **Product Categorization:** | |
| **Restrictions:** | Unrestricted |
| **Alerts:** | No |
| **BOLO:** | No |
| **Category/Subcategory:** | INTELLIGENCE / BORDER COORDINATION ACTIVITY & RELATED INFORMATION<br>INTELLIGENCE / ORGANIZED CRIMINAL ACTIVITIES/INTERNAL CONSPIRACIES |
| **Special Operations/Project Code:** | - |
| **Reliability:** | Unknown |
| **Evaluation:** | Probable |
| **Source Type:** | Unknown/Other |
| **Source Description:** | Caravan Member/Worker Statements |

## Report Title

POSSIBLE MIGRANT CARAVAN INTEL

## Date And Time Of Information

11/30/2018 21:00

## Executive Summary

Honduran national admitted to being a member of the Migrant Caravan as well as a volunteer worker [redacted] Information was also gathered that indicated a foreign organization's intent to force a closure of the San Ysidro Port of Entry in San Diego, California on December 1, 2018.

## Narrative

On November 30, 2018 Imperial Beach Border Patrol Station Strike Team Agents interviewed Honduran national [redacted] FIN: [redacted]. [redacted] admitted to being a part of the Migrant Caravan that arrived in Mexico from Central America. Prior to November 30, 2018, [redacted] was in Tijuana for approximately two weeks. Prior to Tijuana, [redacted] claimed she was travelling with the caravan through various parts of Mexico [redacted] later admitted to being a volunteer worker for the Park Avenue Christian Church.

[redacted] stated that while in Tijuana, she was sitting with other members of the caravan at their camp site when an organizer began addressing the crowd. [redacted] states that the person is a Reverend by the name Kaji S. Dousa. [redacted] stated that Kaji S. Dousa told her and others that were present at the camp site that they should all get married to each other. According to [redacted], Dousa told everyone that if they get married, they will get papers to live in the United States. [redacted] stated that she is currently married to a man in Honduras and that he is currently caring for her children. [redacted] stated that despite being married in Honduras, they forced her to get married. [redacted] stated that the site where the marriages are being performed is called “Clave Caracol” and that marriage certificates are being provided to facilitate their political asylum claim once in the United States.

[redacted] stated that an organizer from the Park Avenue Christian Church provided her with a phone since [redacted] volunteered to help the group. [redacted] stated that her duties as a volunteer were to communicate information through the [redacted] and to assist in maintaining order within the caravan in order to avoid fighting.

A photo of Rev. Kaji S. Dousa was taken from the internet and shown to [redacted]. [redacted] was unable to identify Rev. Kaji S. Dousa. [redacted] stated that a woman fitting the description of Rev. Kaji S. Dousa provided her with a red business card, with Dousa’s name on it above the title “Senior Minister, Park Avenue Christian Church”. The business card also has an address of 1010 Park Avenue, New York City, NY 10028.

[redacted] gave verbal and written consent for Agents to search her cell phone. [redacted] stated the [redacted] was loaded on the phone when she received it, and there were multiple group chats already created as well. One group was created under the name [redacted] The [redacted] conversation string is for the migrant caravan to share information regarding locations, events, people involved and pictures among other things.

One of the messages in the [redacted] conversation is from a contact named [redacted] (Phone#: [redacted]). This text message stated that a group named [redacted] is organizing a protest at the San Ysidro Port of Entry to be held on Saturday December 1, 2018. The message states that the intent of the protest is to shut down the San Ysidro Port of Entry. In this group chat, it was also stated that the organizers of [redacted] go by the names of [redacted] According to the messages, this group is intending to gather just outside of the Benito Juarez Sport Complex Center. The group chat also contains a recorded voice message that states that [redacted] intends to initiate a violent confrontation with caravan members in order to gather media attention on the date of the protest.

[redacted] was questioned as to who initiated the caravan, and she stated that a man named [redacted] was the man that started the caravan in Honduras. It is the opinion of the interviewing Agents that she is referencing [redacted] DOB: [redacted] [redacted] has multiple TECS alerts regarding his involvement in the migrant caravan.

There were two other groups in [redacted] phone on [redacted] One conversation is named [redacted] and another conversation named [redacted]. Both were created by an individual named [redacted] (Phone#: [redacted]). According to the texts, [redacted] works for an organization named [redacted] and also works for the website [redacted] Under these two conversation threads, [redacted] informs these two chat group's participants of the current affairs of the caravan.

The following subjects are the ones designated as [redacted] administrators on the [redacted]

[redacted]

The [redacted] administrator on the [redacted]" and [redacted] is listed as [redacted]

Searches were performed on the phone contact [redacted] from the [redacted] application. The phone number is linked to a subject named [redacted] DOB: [redacted] [redacted] has multiple TECS alerts, including alerts regarding his involvement in the migrant caravan [redacted] was shown a passport photo of [redacted] and she confirmed that she has seen him while in Mexico City [redacted] stated that [redacted] was coordinating and delegating tasks to members of the migrant caravan when she saw him in Mexico City.




## Information Gaps

- Are religious organizations coercing individuals in the caravan to get married in Tijuana?
- Are these alleged marriage certificates legally binding in Mexico or the U.S.?
- What is the number of cellphones distributed to caravan workers? Who is providing these phones?
- Who started the caravan?

## Reporting Notice

Border Patrol Agent Fabian Lopez ([redacted])
Border Patrol Agent Joshua Morales ( [redacted])

[redacted]

**Prepared By: MORALES, Joshua, Secure (e):** [redacted]
**LOPEZ, FABIAN, Secure (e):** [redacted]

**DEPARTMENT OF HOMELAND SECURITY**

**CUSTOMS AND BORDER PROTECTION**

**SDC-SAN DIEGO BORDER PATROL SECTOR HQS**

**SDC-SAN DIEGO SECTOR**

# FIELD INFORMATION REPORT

**Product Title:** Migrant Caravan-Possible Marriage Fraud

**Product ID:** [redacted]

(U) **FOR OFFICIAL USE ONLY WARNING:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.

(U) **FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES) WARNING:** This document is FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES). This document may be shared with DHS personnel who have a need to know but any sharing outside of DHS requires the written approval of the author. If approved for dissemination outside of DHS, the report may only be used for intelligence and investigative lead purposes. Any other use is prohibited unless prior written authorization is received from the author. Prior written authorization from CBP Office of Chief Counsel is required before providing this material to the Department of Justice or other authority for purposes of litigation, including disclosure in a civil or criminal case.

(U) **SENSITIVE SECURITY INFORMATION WARNING:** This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know", as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil

penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

(U) **US PERSON INFORMATION WARNING:** This product contains U.S. person information that has been deemed necessary for the intended recipient to understand, assess, or act on the information provided. It has been highlighted in this document with the label USPER and should be handled in accordance with the recipient's intelligence oversight/information handling procedures. U.S. person information must be protected in accordance with all relevant laws and policies of the receiving entity.

**Prepared By: TRUEBLOOD, Nathaniel, Secure (e):** [redacted]

**Published Date: 01/14/2019**

## METADATA

| | |
|---|---|
| **Associated Workspace** | LAW ENFORCEMENT SENSITIVE - SDC MIGRANT CARAVANS |
| **Intelligence Collection Requirements:** | |
| **HSEC SINs:** | HSEC-3: Illicit Alien Operations |
| **CBP SINs:** | CBP-SIN-2: Illicit Movement of People |
| **CBP PIRs:** | Border Security / Illicit Migration: What are the routes, tactics, techniques, and procedures used by human smugglers?<br>Border Security / Illicit Migration: What emerging factors, foreign or domestic, social or economic, military, natural disaster, or political that will serve to push/pull migration into the United States? |
| **Other Collection Requirements:** | |
| **Geographical and Operational Environments:** | |
| **GEO AREAs:** | CONUS: NORTHEAST: VIRGINIA<br>CONUS: SOUTHWEST: CALIFORNIA<br>OCONUS: NORTH AMERICA: MEXICO |
| **USBP OEs:** | USBP-OE-1: Land Border<br>USBP-OE-2: Checkpoints<br>USBP-OE-4: Interior |
| **OFO OEs:** | - |
| **Product Categorization:** | |
| **Restrictions:** | Unrestricted |
| **Alerts:** | No |
| **BOLO:** | No |
| **Category/Subcategory:** | FRAUD / GENERAL INVESTIGATIVE ACTIVITIES<br>GENERAL ALIEN INVESTIGATIONS / GENERAL INVESTIGATIVE ACTIVITIES |
| **Special Operations/Project Code:** | - |
| **Reliability:** | Highly Reliable |
| **Evaluation:** | Highly Probable |
| **Source Type:** | Non-Confidential Foreign Source |
| **Source Description:** | ASID Interviews, Document Analysis, Open Source |

## REPORT TITLE

Migrant Caravan-Possible Marriage Fraud

## DATE AND TIME OF INFORMATION

From: 11/12/2018 00:00 To: 11/12/2018 00:00

## EXECUTIVE SUMMARY

Imperial Beach Border Patrol Intelligence Group (IMB Intel Group) was able to identify several subjects involved in performing marriages in Tijuana, Mexico (MX) as a tactic to assist members of the migrant caravan with their asylum claims. On December 17, 2018, IMB Strike Team discovered a marriage certificate linking a Virginia notary and reverend with performing a marriage for two Guatemalan Nationals. Further analysis linked the reverend to another open border activist/attorney named [redacted] who works with the migrant caravan, and initiates active protests at the Otay Mesa Port of Entry (OTM POE). [redacted] is linked to another pastor involved in marrying migrant caravan members that was previously identified by the IMB Intelligence Group.

## NARRATIVE

**Narrative:**
On December 17, 2018, IMB Border Patrol Agents apprehended a Guatemala National family unit comprised of [redacted] and three children near the United States/Mexico International Boundary fence south of an area commonly known as "91X" for illegally entering the United States (U.S.). IMB Agents transported all aliens to the IMB Border Patrol Station for further processing [redacted]).

During the search of their personal belongings by IMB Strike Team, a marriage certificate was found showing [redacted] and [redacted] were recently married on December 03, 2018 in Tijuana, MX. The certificate has a simple generic overlay with no distinct markings other than an official notary stamp from the Commonwealth of Virginia. The registered notary public is a subject named [redacted]. The reverend who performed the ceremony is a subject named [redacted] from the United Church of Christ located in Charlottesville, VA.

Imperial Beach Station Intelligence Team (IMB-SIT) conducted a more extensive analysis on the subjects connected to the marriage certificate with the following results.

**Notary:**

LAW ENFORCEMENT SENSITIVE

LAW ENFORCEMENT SENSITIVE/ PRIVACY-PII

[redacted]

LAW ENFORCEMENT SENSITIVE/
PRIVACY-PII

[redacted]




Additional Social Media shows [redacted] was possibly part of a December 04, 2018 attempt of eight unaccompanied minors attempt to present themselves at the OTM POE. The minors were stopped by Mexican authorites. The organizer was named [redacted] who is the organizer of [redacted] and a former public defender in Alabama.

**Associate:**

LAW ENFORCEMENT SENSITIVE [redacted]

LAW ENFORCEMENT SENSITIVE/ PRIVACY-PII

[redacted]

Her Facebook Profile is politically active with multiple videos of protests at the POE. RAMOS was attempting to get aslyum seekers past the prelimary checkpoint. Previous public posts show her traveling to Guatemala, pushing for support of the "2018 Refugee Caravan" and working near the Mexico/Guatemala Border.







**Profile Page** LAW ENFORCEMENT SENSITIVE [redacted]


Verizon LTE 8:39 PM 22%

LES/PRIVACY-PII [redacted]

LES/PRIVACY-PII LES/PRIVACY-PII [redacted] is with LES/PRIVACY-PII [redacted] in Guatemala.

October 8 ·

God has a dramatic sense of irony. On Indigenous People's Day, the day many once celebrated (and many still do) as Columbus Day, Al Otro Lado's team of defenders met with Vida Digna, an organization that works to provide holistic services to indigenous Guatemalans. At the helm of this organization is the inspiring Don Carlos, a real deal Mayan priest. He is a quiet elderly man of wisdom that simply cannot be measured.

Al Otro Lado is now partnering with Vida Digna to provide wraparound services to indigenous parents who were deported from the United States without their children, in what can only be defined as an act of genocide committed by the United States government. We are grateful that organizations like Vida Dgna exist, are inspired by their work, and excited about this collaboration.

We remain driven by rage that our government, which holds itself out on the world stage to be champion of human rights, is not being held accountable by the world's nations, in particular, the governments whose children and parents have suffered so profoundly and so needlessly.

We demand the criminal prosecution of every

9+


Verizon LTE 8:49 PM 20%

LES/PRIVACY-PII [redacted]

LES/PRIVACY-PII [redacted] was looking for recommendations.

June 24 ·

Attorney Hunt - Support the 2018 Refugee Caravan! I am looking for a volunteer attorney who can visit with a detained asylum seeker in Conroe, Texas. This legal work is in direct support of the 2018 Refugee Caravan. Stand up to the Trump Administration and fight against the criminalization of asylum seekers who come to our border for protection. Help me find a volunteer attorney for a legal visit with this detained asylum seeker in Conroe, Texas!



Looking for

Recommendations

2 people recommended 2 places

You can ask for recommendations too. Post a question and get a personalized map.

Try It

48 22 Comments 22 Shares

9+

LAW ENFORCEMENT SENSITIVE

LAW ENFORCEMENT SENSITIVE




[redacted]

On November 27, 2018, [redacted] posted about how Al Otro Lado was partnering with New Sanctuary Coalition. She linked Kaji DOUSA and DOUSA was in the photograph. DOUSA was previously indentified by IMB Strike Team as another pastor performing marriage cermonies in Tijuana, MX (See FIR [redacted] for more informaiton).

LAW ENFORCEMENT SENSITIVE [redacted]






LAW ENFORCEMENT SENSITIVE [redacted] LAW ENFORCEMENT SENSITIVE [redacted]

**Associate:**






LAW ENFORCEMENT SENSITIVE [redacted]

**Name:** Kaji Rosa DOUSA Spellman
**DOB:** [redacted]
**Association: Pastor for Park Avenue Christian Church/Coordinator for the Migrant Caravan**
**CA DL:** [redacted] **DOI:** 09/09/2013
**CA DL Address:** [redacted]
**US PP:** [redacted] **DOI:** 05/06/2015
**US PP Address:** [redacted]

**Criminal History/TECS Alert:**
**12/02/2018:** [redacted] MIGRANT CARAVAN FY2019 SECONDARY FOR A TTRT EXAM

On November 30, 2018, an illegal alien named [redacted] was interviewed regarding her role in the migrant caravan. [redacted] stated that while in Tijuana, she was sitting with other members of the caravan at their campsite when an organizer began addressing the crowd. [redacted] states was Reverend Kaji S. DOUSA. [redacted] stated that DOUSA told her and others that were present at the migrant campsite that they should all get married to each other. According to [redacted], DOUSA told everyone that if they get married, they would get papers to live in the United States.

**Conclusion**
The Migrant Caravan is a common cause for numerous open border, humanitarian, and other groups with the goal to challenge U.S. immigration laws. [redacted] works for one of these groups named Al Otro Lado. According to their website, this organization assists deportees, migrants, and refugees in Tijuana, MX. They attempt to use mechanisms such as the U Visa, the Credible Fear screening process for refugees, and Humanitarian Parole to allow aliens to gain legal status in the U.S. [redacted] has documented travel to Guatemala and the southern Mexico Border in order to assist migrants with their goal of entering the U.S. [redacted] is a common connection between both DOUSA and [redacted] who have married an unknown number of migrants with a promise it will help their asylum claims.

Further investigation into the regulations pertaining to the violations of notary law of the Commonwealth of Virginia shows possible violations and/or criminal activity. [redacted] possibly violated the prohibition of a notary public to offer legal advice on immigration or other legal matters, unless she is authorized or licensed to practice law within the Commonwealth or accredited pursuant to 8 C.F.R 292.2 to practice immigration law (Handbook for Virginia, 2017 pg. 16).

## Information Gaps

It is unknown if [redacted] or AL Otro Lado is directly involved in any marriage ceremonies.

It is unknown how involved Kaji Rosa DOUSA, [redacted], [redacted] or [redacted] is with the organization of the Migrant Caravan.

## Reporting Notice

Respectfully,

Nathaniel M. Trueblood
Border Patrol Agent-(Intel)
[redacted]

LAW ENFORCEMENT SENSITIVE [redacted]

**Prepared By: TRUEBLOOD, Nathaniel, Secure (e):** LAW ENFORCEMENT SENSITIVE [redacted]

# Entities

## Persons (4)

| Person 1 - DOUSA SPELLMAN, Kaji | | | | |
|---|---|---|---|---|
| NO PHOTO | **Gender:** | Female | **Marital Status:** | - |
| | **Height:** | - | **Weight (lbs):** | - |
| | **Eye Color:** | - | **Hair Color:** | - |
| | **Race:** | Black Or African American | | |
| | **Hispanic:** | Not of Hispanic or Latino Origin | | |
| | **Immigration Status:** | United States Citizen | | |

| Person 1 - DOUSA SPELLMAN, Kaji - DOBs | |
|---|---|
| **DOB** | **Source** |
| [redacted] | - |

| Person 1 - DOUSA SPELLMAN, Kaji - Citizenships | |
|---|---|
| **Citizenship** | **Source** |
| USA | - |

| Person 1 - DOUSA SPELLMAN, Kaji - Places of Birth | | | | |
|---|---|---|---|---|
| | **City** | **State** | **Country** | **Source** |
| 1 | - | - | USA | - |

| Person 2 - HORST, Alicia | | | | |
|---|---|---|---|---|
| NO PHOTO | **Gender:** | Female | **Marital Status:** | - |
| | **Height:** | - | **Weight (lbs):** | - |
| | **Eye Color:** | - | **Hair Color:** | - |
| | **Race:** | White | | |
| | **Hispanic:** | Unknown | | |
| | **Immigration Status:** | United States Citizen | | |

| Person 2 - HORST, Alicia - DOBs | |
|---|---|
| **DOB** | **Source** |
| [redacted] | - |

| Person 2 - HORST, Alicia - Citizenships | |
|---|---|
| **Citizenship** | **Source** |
| USA | - |

| Person 2 - HORST, Alicia - Places of Birth | | | | |
|---|---|---|---|---|
| | **City** | **State** | **Country** | **Source** |
| 1 | - | - | USA | - |

| Person 2 - HORST, Alicia - Monikers | | |
|---|---|---|
| 1 | **Moniker:** | Rose |
| | **Source of Data:** | - |
| | **Remark:** | - |

| Person 3 - CAINE-CONLEY, Brittany | | | | |
|---|---|---|---|---|
| NO PHOTO | **Gender:** | Female | **Marital Status:** | - |
| | **Height:** | - | **Weight (lbs):** | - |
| | **Eye Color:** | - | **Hair Color:** | - |
| | **Race:** | White | | |
| | **Hispanic:** | Not of Hispanic or Latino Origin | | |
| | **Immigration Status:** | United States Citizen | | |

| Person 3 - CAINE-CONLEY, Brittany - DOBs | |
|---|---|
| **DOB** | **Source** |
| [redacted] | - |

| Person 3 - CAINE-CONLEY, Brittany - Citizenships | |
|---|---|
| **Citizenship** | **Source** |
| USA | - |

| Person 3 - CAINE-CONLEY, Brittany - Places of Birth | | | | |
|---|---|---|---|---|
| | **City** | **State** | **Country** | **Source** |
| 1 | - | - | USA | - |

| Person 4 - RAMOS, Nicole Elizabeth | | | | |
|---|---|---|---|---|
| NO PHOTO | **Gender:** | Female | **Marital Status:** | - |
| | **Height:** | - | **Weight (lbs):** | - |
| | **Eye Color:** | - | **Hair Color:** | - |
| | **Race:** | White | | |
| | **Hispanic:** | Hispanic or Latino Origin | | |
| | **Immigration Status:** | United States Citizen | | |

| Person 4 - RAMOS, Nicole Elizabeth - DOBs | |
|---|---|
| **DOB** | **Source** |
| [redacted] | - |

| Person 4 - RAMOS, Nicole Elizabeth - Citizenships | |
|---|---|
| **Citizenship** | **Source** |
| USA | - |

| Person 4 - RAMOS, Nicole Elizabeth - Places of Birth | | | | |
|---|---|---|---|---|
| | **City** | **State** | **Country** | **Source** |
| 1 | - | - | USA | - |

**DEPARTMENT OF HOMELAND SECURITY**

**CUSTOMS AND BORDER PROTECTION**

**SAN DIEGO FIELD OFFICE**

**SYS-SAN YSIDRO, CA - POE**

---

# FIELD ENCOUNTER

**Product Title:** MIGRANT CARAVAN 2019/ KAJI DOUSA

**Product ID:** [redacted]

---

(U) **FOR OFFICIAL USE ONLY WARNING:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.

**Prepared By: TAMAYO, Allen, Secure (e):**[redacted]

**Published Date: 01/04/2019**

## METADATA

| | |
|---|---|
| **Associated Workspace** | 24705125 - MIGRANT CARAVAN 2019/ KAJI DOUSA |
| **Intelligence Collection Requirements:** | |
| **HSEC SINs:** | HSEC-3: Illicit Alien Operations |
| **CBP SINs:** | CBP-SIN-2: Illicit Movement of People |
| **CBP PIRs:** | Border Security / Illicit Migration: What emerging factors, foreign or domestic, social or economic, military, natural disaster, or political that will serve to push/pull migration into the United States?<br>Border Security / Illicit Migration: What nationalities, other than Mexican, will engage in migration over the next 1 - 2 years and what will be their methods and points of entry? |
| **Other Collection Requirements:** | |
| **Geographical and Operational Environments:** | |
| **GEO AREAs:** | CONUS: MIDWEST<br>CONUS: NORTHEAST<br>CONUS: NORTHWEST<br>CONUS: SOUTHEAST<br>CONUS: SOUTHWEST<br>OCONUS: SOUTH AMERICA<br>OCONUS: US AND TERRITORIES |
| **USBP OEs:** | USBP-OE-1: Land Border<br>USBP-OE-2: Checkpoints<br>USBP-OE-4: Interior |
| **OFO OEs:** | OFO-OE: Air Cargo<br>OFO-OE: CSI<br>OFO-OE: Commercial Air<br>OFO-OE: Commercial Sea (Cruise Ship)<br>OFO-OE: Express Consignment<br>OFO-OE: General Aviation<br>OFO-OE: International - IAP<br>OFO-OE: International - JSP<br>OFO-OE: International - Preclearance<br>OFO-OE: Land Border<br>OFO-OE: Land Cargo<br>OFO-OE: Mail (Intl Facility)<br>OFO-OE: Private Sea (Pleasure Boat)<br>OFO-OE: Rail (Amtrak)<br>OFO-OE: Rail Cargo<br>OFO-OE: Sea Cargo |

| Product Categorization: | |
|---|---|
| **Restrictions:** | Unrestricted |
| **Alerts:** | No |
| **BOLO:** | No |
| **Category/Subcategory:** | OTHER CRIMINAL / GENERAL INVESTIGATIVE ACTIVITIES<br>FRAUD / GENERAL INVESTIGATIVE ACTIVITIES<br>FOREIGN/DOMESTIC COOPERATION / IMMIGRATION AND NATURALIZATION SERVICE<br>FOREIGN/DOMESTIC COOPERATION / DEPARTMENT OF STATE<br>HUMAN SMUGGLING/TRAFFICKING / GENERAL INVESTIGATIVE ACTIVITIES<br>BENEFIT FRAUD / GENERAL INVESTIGATIVE ACTIVITIES<br>BENEFIT FRAUD / MARRIAGE FRAUD<br>BENEFIT FRAUD / REFUGEE FRAUD<br>BENEFIT FRAUD / ASYLUM FRAUD<br>BENEFIT FRAUD / CITIZENSHIP/NATURALIZATION FRAUD |
| **Special Operations/Project Code:** | CARAVAN MIGRATION<br>TACTICAL TERRORISM RESPONSE TEAM |
| **Reliability:** | Unknown |
| **Evaluation:** | Unknown |
| **Source Type:** | Unknown/Other |
| **Source Description:** | Agent Field Encounter |

## Report Title

MIGRANT CARAVAN 2019/ KAJI DOUSA

## Date And Time Of Information

01/02/2019 00:00

## Executive Summary

On January 2, 2019 at approximately 1847 hours, Kaji DOUSA (DOB: [redacted]) applied for entry into the US from Mexico via the San Ysidro Port of Entry Pedestrian West area. DOUSA presented her valid Global Entry card bearing #[redacted], her name, and picture for entry into the United States. Primary Customs and Border Protection Officer Salazar received two negative customs declarations from DOUSA and she stated she was going to San Diego. Primary CBPO Salazar Queried DOUSA'S name in CBP systems and received a computer generated alert. DOUSA was referred and escorted to the Pedestrian West secondary area for further inspection. CBPO Tamayo and CBPO Burnett were notified of the alert and responded.

An interview of DOUSA was conducted by CBPO Burnett and CBPO Tamayo. DOUSA made the following statements:

## Narrative

DOUSA arrived in San Diego on Sunday December 30, 2018 and spent New Year's in Los Angeles. She traveled to Tijuana on this date, January 2, 2019 and spent the day with immigrants as part of her "Aid Organization." She is a Pastor for Park Avenue Christian Church located at 1010 Park Ave. (At E. 85th) New York, New York 10028. They may be found on Facebook: /parkavenuechristian. Instagram and Twitter: @ThePark1010. She is now going to San Diego and tomorrow, Thursday, January 3, 2019 she will return to Tijuana. She will be returning to New York on Saturday, January 5, 2019.

DOUSA stated she speaks to migrants who want to cross over to the US "the right way" by "preparing them" to share their credible fear story truthfully. She has been helping the migrants who's numbers are coming up at the shelters in Tijuana, Mexico. When she talks to people at the shelter, she sees them frustrated and "at a breaking point." Some of them want to cross through the desert. DOUSA does not encourage them to go through the desert because it is dangerous.

DOUSA has been a pastor since 2006 and has been working on this project since 2009, when she was with "New Sanctuary" in New York. Open source reveals the full name New Sanctuary Coalition. Their website is http://www.newsanctuarynyc.org/ . They are located at 239 Thompson St. New York, NY 10012. In the past she has worked with Immigration and Customs Enforcement in New York as well as CBP New York but was not too clear as to what her dealings were/are with them.

DOUSA provided the following contact information: Home address: [redacted]. Phone# [redacted]. Email: [redacted]. No derogatory information was found during interview DOUSA was released at approximately 1930 hours.

## Reporting Notice

CBPO Allen Tamayo

[redacted]

[redacted]

This product was prepared by U.S. Customs and Border Protection, [redacted] Comments and queries may be directed to the Terrorist Response Team at: [redacted]

**Prepared By: TAMAYO, Allen, Secure (e):** [redacted]

## ENTITIES

## PERSONS (1)

| Person 1 - DOUSA SPELLMAN, Kaji | | | | |
|---|---|---|---|---|
|  | **Gender:** | Female | **Marital Status:** | - |
| | **Height:** | - | **Weight (lbs):** | - |
| | **Eye Color:** | - | **Hair Color:** | - |
| | **Race:** | Black Or African American | | |
| | **Hispanic:** | Not of Hispanic or Latino Origin | | |
| | **Immigration Status:** | United States Citizen | | |

**Person 1 - DOUSA SPELLMAN, Kaji - SSNs**

| SSN | Source |
|---|---|
| [redacted] | CBP SYSTEMS |

**Person 1 - DOUSA SPELLMAN, Kaji - DOBs**

| DOB | Source |
|---|---|
| [redacted] | - |
| [redacted] | Passport |

**Person 1 - DOUSA SPELLMAN, Kaji - Citizenships**

| Citizenship | Source |
|---|---|
| USA | - |

**Person 1 - DOUSA SPELLMAN, Kaji - Places of Birth**

| | City | State | Country | Source |
|---|---|---|---|---|
| 1 | - | - | USA | - |
| 2 | WASHINGTON DC | DC | USA | CBP SYSTEMS |
| 3 | - | DC | USA | Passport |

**Person 1 - DOUSA SPELLMAN, Kaji - Aliases**

| | | | | |
|---|---|---|---|---|
| 1 | **Alias:** | DOUSA, Kaji Rosa Spellman | **DOB:** | - |

| | | | | |
|---|---|---|---|---|
| | Citizenship: | - | SSN: | - |
| | Source: | CBP SYSTEMS | | |
| 2 | Alias: | SPELLMAN, Kaji Rosa | DOB: | - |
| | Citizenship: | - | SSN: | - |
| | Source: | Driver's License | | |
| 3 | Alias: | DOUSA, Kaji Rosa Spellman | DOB: | [redacted] |
| | Citizenship: | - | SSN: | - |
| | Source: | Passport | | |

**Person 1 - DOUSA SPELLMAN, Kaji - Phone Numbers**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Phone Number: | (212) 288-3246 | Extension: | - | Type: | OTHER |
| | Description: | PARK AVENUE CHRISTIAN CHURCH | | | | |
| | Source of Data: | CBP INTERVIEW | | | | |
| 2 | Phone Number: | [redacted] | Extension: | - | Type: | CELL |
| | Description: | - | | | | |
| | Source of Data: | CBP INTERVIEW | | | | |

**Person 1 - DOUSA SPELLMAN, Kaji - Email**

| | Email Address | Description | Source of Data |
|---|---|---|---|
| 1 | [redacted] | - | CBP INTERVIEW |
| 2 | [redacted] | - | CBP SYSTEMS |

**Person 1 - DOUSA SPELLMAN, Kaji - Locations/Addresses**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Address: | 1010 PARK AVE (AT E 85TH) | | | | |
| | City: | NEW YORK | State/Province: | NEW YORK | Postal Code: | 10028 |
| | Country: | USA | Type: | Religious Institution | | |
| | Latitude: | - | Longitude: | - | | |
| | Description: | PARK AVENUE CHRISTIAN CHURCH. DOUSA GIVES SERMON HERE | | | | |
| | Source of Data: | CBP INTERVIEW | | | | |
| 2 | Address: | [redacted] | | | | |
| | City: | NEW YORK | State/Province: | NEW YORK | Postal Code: | 10128 |

LAW ENFORCEMENT SENSITIVE [redacted]

| | | | | |
|---|---|---|---|---|
| | **Country:** | USA | **Type:** | Home |
| | **Latitude:** | - | **Longitude:** | - |
| | **Description:** | HOME ADDRESS | | |
| | **Source of Data:** | CBP INTERVIEW | | |

**Person 1 - DOUSA SPELLMAN, Kaji- Driver's Licenses**

| | | | | |
|---|---|---|---|---|
| 1 | **Name:** | SPELLMAN, Kaji Rosa | | |
| | **Driver's License #:** | [redacted] | **Status:** | - |
| | **Issue Date:** | --- | **Expiration Date:** | --- |
| | **State of Issue:** | DISTRICT OF COLUMBIA | **Country of Issue:** | USA |
| | **Source of Data:** | CBP SYSTEMS | | |

**Person 1 - DOUSA SPELLMAN, Kaji - Passports**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | **Name:** | DOUSA, Kaji Rosa Spellman | | | **Gender:** | Female |
| | **State of Birth:** | DISTRICT OF COLUMBIA | **Country of Birth:** | USA | | |
| | **Passport #:** | [redacted] | | | **Passport DOB:** | [redacted] |
| | **Booklet #:** | - | | | **Status:** | Valid |
| | **Issuing Country:** | USA | **Issuing Post:** | - | **Issue Date:** | 05/06/2015 |
| | **Passport Type:** | Regular | **Document Type:** | PASSPORT | **Exp. Date:** | 05/05/2025 |
| | **VISA Waiver Permanent Program:** | No | **Alien Resident Card:** | No | | |
| | **Source of Data:** | CBP SYSTEMS | | | | |

**Person 1 - DOUSA SPELLMAN, Kaji - Remarks**

| | | | | |
|---|---|---|---|---|
| 1 | **Author:** | TAMAYO, Allen | **Date:** | 01/03/2019 |
| | **Remark:** | Imported from Person: LAW ENFORCEMENT SENSITIVE [redacted] Event: LAW ENFORCEMENT SENSITIVE [redacted] | | |

# San Diego Sector
# Foreign Operations Branch

Migrant Caravan FY-2019

Suspected Organizers, Coordinators, Instigators, and Media

**01/09/2019**

# LAW ENFORCEMENT SENSITIVE/PRIVACY-PII

[redacted]

***LEGEND***

- *USC*
- *MEX*
- *OTM*
- *ARRESTED*
- *VISA/SENTRI CANCELED*
- *INTERVIEWED*

LAW ENFORCEMENT SENSITIVE/PRIVACY-PII

[redacted]



**Kaji Dousa SPELLMAN**
**DOB:** [redacted]
**COC: US**
**Role: Associate**
**Alert Placed: Yes**
**Disposition: SENTRI Revoked**

[redacted]

***LEGEND***

- *USC*
- *MEX*
- *OTM*
- *ARRESTED*
- *VISA/SENTRI CANCELED*
- *INTERVIEWED*

LAW ENFORCEMENT SENSITIVE/PRIVACY-PII

[redacted]

**LEGEND**

- USC
- MEX
- OTM
- ARRESTED
- VISA/SENTRI CANCELED
- INTERVIEWED

LAW ENFORCEMENT SENSITIVE/PRIVACY-PII

[redacted]

***LEGEND***

- *USC*
- *MEX*
- *OTM*
- *ARRESTED*
- *VISA/SENTRI CANCELED*
- *INTERVIEWED*

[redacted]

LAW ENFORCEMENT SENSITIVE/PRIVACY-PII

[redacted]

***LEGEND***

*USC*

*MEX*

*OTM*

*ARRESTED*

*VISA/SENTRI CANCELED*

*INTERVIEWED*

LAW ENFORCEMENT SENSITIVE/PRIVACY-PII

[redacted]

***EGEND***

*USC*

*MEX*

*OTM*

*ARRESTED*

*VISA/SENTRI CANCELED*

*INTERVIEWED*

[redacted]

LAW ENFORCEMENT SENSITIVE/PRIVACY-PII

[redacted]

***LEGEND***

- *USC*
- *MEX*
- *OTM*
- *ARRESTED*
- *VISA/SENTRI CANCELED*
- *INTERVIEWED*

LAW ENFORCEMENT SENSITIVE/PRIVACY-PII

[redacted]

***LEGEND***

*USC*

*MEX*

*OTM*

*ARRESTED*

*VISA/SENTRI CANCELED*

*INTERVIEWED*

LAW ENFORCEMENT SENSITIVE/PRIVACY-PII

[redacted]

***LEGEND***

*USC*

*MEX*

*OTM*

*ARRESTED*

*VISA/SENTRI CANCELED*

*INTERVIEWED*

GLOBAL ENROLLMENT SYSTEM (GES)

Homeland Security

Welcome | Search | Create | Reports | Administration

Text Only

Help

Logout

**Summary**

**Traveler Menu**

- Summary
- Request List
- Request
- Security Queries
- AIS Program Status
- Interdictions

**PASSID:** [redacted] **Name:** DOUSA, KAJI ROSA SPELLMAN **DOB:** [redacted]

**Review Biographic comments**

Show All | Biographic | Other ID | Address | Employment | Document | Conveyance | Request | RFID | Travel History | APEC | Comment | Attachment | CTTP Card | Parents Info | RAW

## Biographic

Biographic Detail



Image Capture

| | | | |
|---|---|---|---|
| **PASSID:** | [redacted] | **GEC Number:** | |
| **GOES User ID:** | KAJIDOUSA | | |
| **First Name:** | KAJI | **Birth Date:** | [redacted] |
| **Middle Name:** | ROSA SPELLMAN | **Gender:** | Female |
| **Last Name:** | DOUSA | **Height:** | 5 ft. 4 in. |
| **Maternal Name:** | DOUSA | **Eye Color:** | Brown |
| **Other Last Names:** | SPELLMAN | **Hair Color:** | |
| **Other First Names:** | | | |
| **Birth Country:** | UNITED STATES | **Fingerprint Capture Date:** | 23 Jun 2016 |
| **Birth City:** | Washington | **Canada Iris Capture Date:** | |
| **Birth State/Province:** | DISTRICT OF COLUMBIA | **Canada Iris Not Captured Date:** | |
| **Primary Citizenship:** | UNITED STATES | **APEC Eligible:** | |
| **Other Citizenship:** | | **TSA Hazmat:** | NO |
| **Primary Residence:** | UNITED STATES | **E-mail Address:** | [redacted] |
| **Residency Status:** | | **Language Preference:** | English |

## Other ID

**GOES USER ID:** KAJIDOUSA
**GEC NUMBER:**
**FAST NORTH ID:**
**FAST SOUTH ID:**
**FLUX ID:**
**MEXICO PVC MEMBERSHIP NO.:**
**MEXICO CURP NO.:**
**MEXICO RFC NUMBER - OWN:**
**MEXICO RFC NUMBER - OTHER:**
**GERMANY ABG MEMBERSHIP NO.:**
**QATAR NATIONAL ID:**
**SAUDI ARABIA NATIONAL ID:**
**UK ACCESS CODE:**

**CBP-00045**

**COLOMBIA NATIONAL ID:**
**SINGAPORE NATIONAL REGISTRATION ID:**
**ISRAEL IDENTITY NO.:**
**ARGENTINA NATIONAL ID:**
**TAIWAN NATIONAL ID:**
**NETHERLAND NATIONAL NUMBER:**

**Address** Address List

**Main resident address**
**Name:**
**Effective Date:** Jun 2014 - Present
**Street:** [redacted]
**City:** LA MESA **State/Province:** CALIFORNIA
**Country:** UNITED STATES **Postal Code:** 919421701
**Colonia/Neighborhood:**
**Home Phone Number:** [redacted]
**Cell Phone Number:**
**Work Phone Number:**

**Main resident address**
**Name:**
**Effective Date:** Jun 2013 - May 2014
**Street:** [redacted]
**City:** San Diego **State/Province:** CALIFORNIA
**Country:** UNITED STATES **Postal Code:** 92104
**Colonia/Neighborhood:**

**Main resident address**
**Name:**
**Effective Date:** Apr 2013 - Jun 2013
**Street:** [redacted]
**City:** Minneapolis **State/Province:** MINNESOTA
**Country:** UNITED STATES **Postal Code:** 55419
**Colonia/Neighborhood:**

**Main resident address**
**Name:**
**Effective Date:** Jan 2013 - Apr 2013
**Street:** [redacted]
**City:** Minneapolis **State/Province:** MINNESOTA
**Country:** UNITED STATES **Postal Code:** 55408
**Colonia/Neighborhood:**

**Main resident address**
**Name:**
**Effective Date:** Jul 2009 - Dec 2012
**Street:** [redacted]
**City:** New York **State/Province:** NEW YORK
**Country:** UNITED STATES **Postal Code:** 10003
**Colonia/Neighborhood:**

**Employment** Employment List

**Employment Status:** Employed **Occupation:** Pastor
**Name:** United Church of Christ of La Mesa
**Date:** Sep 2013 - Present
**Street:** 5940 KELTON AVE
**City:** LA MESA **State/Province:** CALIFORNIA
**Country:** UNITED STATES **Postal Code:** 919422836
**Colonia/Neighborhood:**
**Phone Number:** (N) 619 4641519

**CBP-00046**

**Employment Description:**

**Employment Status:** Unemployed **Occupation:**
**Name:**
**Date:** May 2013 - Aug 2013
**Street:**
**City:** **State/Province:**
**Country:** **Postal Code:**
**Colonia/Neighborhood:**
**Phone Number:**
**Employment Description:**

**Employment Status:** Employed **Occupation:** Pastor
**Name:** Plymouth Congregational Church
**Date:** Jan 2013 - Apr 2013
**Street:** 1900 Nicollet Ave S
**City:** Minneapolis **State/Province:** MINNESOTA
**Country:** UNITED STATES **Postal Code:** 55403
**Colonia/Neighborhood:**
**Phone Number:**
**Employment Description:**

**Employment Status:** Employed **Occupation:** Pastor
**Name:** Saint Peter's Church
**Date:** Jul 2009 - Dec 2012
**Street:** 619 Lexington Ave
**City:** New York **State/Province:** NEW YORK
**Country:** UNITED STATES **Postal Code:** 10022
**Colonia/Neighborhood:**
**Phone Number:**
**Employment Description:**

**Document** Document List

**Type:** Passport **Document Number:** [redacted]
**Issue Date:** 06 May 2015 **Expiration Date:** 05 May 2025
**First Name:** KAJI **Birth Date:** [redacted]
**Middle Name:** ROSA SPELLMAN
**Last Name:** DOUSA
**Maternal Name:**
**Issue Country:** UNITED STATES
**City Name:** **State/Province:**
**Province Name:** **Visa Class Code:**
**Alien Number:** **Petition Date:**
**AIS Programs:** **Registry Group:**
**Proof of Admissibility:** YES **Proof of Citizenship:** YES
**Proof of Residency:** NO **Proof Country:** UNITED STATES
**Document Name:**
**Enhanced Drivers License:** NO **Commercial Drivers License:** NO
**Hazmat:** NO **MRZ Certification:** YES

**Type:** Driver's License **Document Number:** [redacted]
**Issue Date:** **Expiration Date:** [redacted]
**First Name:** Kaji **Birth Date:** [redacted]
**Middle Name:** Rosa Spellman
**Last Name:** Dousa

CBP-00047

| | | | |
|---|---|---|---|
| **Maternal Name:** | | | |
| **Issue Country:** | UNITED STATES | | |
| **City Name:** | | **State/Province:** | CALIFORNIA |
| **Province Name:** | | **Visa Class Code:** | |
| **Alien Number:** | | **Petition Date:** | |
| **AIS Programs:** | SENTRI Highway | **Registry Group:** | |
| **Proof of Admissibility:** | NO | **Proof of Citizenship:** | NO |
| **Proof of Residency:** | NO | **Proof Country:** | |
| **Document Name:** | | | |
| **Enhanced Drivers License:** | NO | **Commercial Drivers License:** | NO |
| **Hazmat:** | NO | **MRZ Certification:** | NO |

**Conveyance** Conveyance List

---

**Request** Request List

---

| | | | |
|---|---|---|---|
| **AIS Program:** | Global Entry | **Request Type:** | Initial Enrollment |
| **Request Date:** | 16 Apr 2016 | **Request Source:** | [redacted] |
| **Request Reason:** | | **Request Status:** | Approved |
| **Enrollment POE:** | OTAY MESA, CA | **Citizenship/Nationality:** | USC |
| **Entry Purpose Description:** | | | |

**RFID** RFID List

---

| | | | |
|---|---|---|---|
| **Radio Freq. ID:** | 2c283537b3fa0c0010bd8ca6 | **Type:** | Global Entry Card |
| **Effective Date:** | 23 Dec 2016 | | |
| **Conveyance:** | | | |

**Travel History** Travel History

---

Countries visited in the last 5 years:

- GREECE
- TURKEY

**APEC Card**

---

**Comment**

---

| USER ID | DATE | COMMENT TYPE | COMMENT |
|---|---|---|---|
| EFG8TG1 | 2019-07-25 | Biographic | Interdiction canceled, Tecs record was a one day LO based limited information received. No other derogatory information found. Oliveri. |
| ZCZCSO0 | 2018-12-05 | Biographic | |

**CBP-00048**

| | | | |
|---|---|---|---|
| | | | Recurrent vetting result. Positive match to P3K86563900C25. Refer related to lookout. Interdiction entered. |
| FAD15BB | 2016-06-23 | Biographic | RECOMMEND APPROVAL - Global interview complete. No derogatory information. Applicant is a pastor and plans to travel to Mexico to volunteer at the orphanages. RAW reviewed and recommended approval. Residency and Employment verified. IAFIS pending, applicant advised that any derogatory information found would subject application to denial. No Fee, $100.00 paid on-line. DNevarez/SYS |
| FAD15BB | 2016-06-23 | Biographic | LINK SPOUSE: [redacted] |

**Attachment**

**CTTP Card**



| | | | |
|---|---|---|---|
| **Status:** | Activated | | |
| **First Name:** | KAJI ROSA SPELLMAN | **Last Name:** | DOUSA |
| **Birth Date:** | [redacted] | **Gender:** | F |
| **Citizenship:** | USA | | |
| **AIS Program:** | GLOBAL ENTRY | **Expiration Date:** | [redacted] 2022 |
| **Document Number:** | [redacted] | **Application ID:** | [redacted] |
| **Issue RFID:** | 2c283537b3fa0c0010bd8ca6 | **Issue Date:** | 14 DEC 2016 |
| **Tag ID:** | E2003412E18EFA002183AB1B | **Version:** | C01 |
| **Street:** | [redacted] | **Suite:** | |
| **City:** | LA MESA | **State/Province:** | CA |
| **Country:** | US | **Postal Code:** | 919421701 |

**Parent Information**

**Father First Name:**
**Father Last Name:**

**Mother First Name:**
**Mother Last Name:**

**RAW** RAW List

| | | | |
|---|---|---|---|
| **AIS Program:** | Global Entry | **Request Type:** | Initial Enrollment |
| **RAW Id:** | [redacted] | **Application Sequence ID:** | [redacted] |

**CBP-00049**

U.S. Customs & Border Protection
U.S. Department of Homeland Security
ATS-L ATS

PORT: SAN YSIDRO (2504) Logout
USER: SARO OLIVERI (EFG8TG1)
National TSD Help Desk (800)927-8729

HOME FIND CREATE SECONDARY Ref-DB ANALYSIS REPORT HELP

**ATS-L Superquery**

## PERSON QUERY: DOUSA, KAJI DOB: [redacted]

### Registrant Data

| Name | Birthdate | Address | City | State | Country |
|---|---|---|---|---|---|
| DOUSA, KAJI | [redacted] | | | | |

### Person TECS Records

| TECS Record ID | Status Code | Primary Action Code | Name |
|---|---|---|---|
| P3K86563900C25 | SUSPECT, OTHER (SO) | NOT ON PRIMARY (0) | DOUSA, KAJI |

| NCIC Response - Request ID: 3977417418 |
|---|
| NCIC RETURNED WITH NO ROWS |

### Last Ten Crossings

| Name | DOB | Cit | Doc ID | Doc Type | Cross Date | Cross Day | Cross Time | Loc CD | Term | Vehicle | Pl |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOUSA, KAJI ROSA SPELLMAN | [redacted] | US | [redacted] | P | 08/06/19 | TUESDAY | 14:00:00 | | | | |
| DOUSA, KAJI | [redacted] | US | [redacted] | IG | 04/04/19 | THURSDAY | 20:28:08 | L25E | SZ64 | | |
| DOUSA, KAJI | [redacted] | US | [redacted] | IG | 01/02/19 | WEDNESDAY | 21:47:10 | L25E | SZ64 | | |
| DOUSA, KAJI ROSA SPELLMAN | [redacted] | US | [redacted] | P | 11/28/18 | WEDNESDAY | 22:22:40 | L25E | SZ57 | | |
| DOUSA, KAJI | [redacted] | US | [redacted] | IG | 11/27/18 | TUESDAY | 21:23:25 | L25E | SZ59 | | |

Click on the magnifying glass next to the package ID to view primary images captured for that package ID. Images are only available for crossings up to a year from current date.
Click here to view crossing history in a 24 hour or week timeline.
* represents the person marked as the Driver of the vehicle within the VPC system.
Click here for VPC Status Codes.

### 18 Months Crossing History Rollup

| Loc CD | Location Name |
|---|---|
| L25E | CBP-SAN YSIDRO WEST(2504) |

Click here for the 18 months crossing history.

### CCD

| Name | DOB | Nationality | Birth Place | Passport Book ID | VISA Control Num |
|---|---|---|---|---|---|
| NO DATA FOUND. | | | | | |

### EID - Enforcement Integrated Database

| Activity Date | Activity Type | Activity ID | Event |
|---|---|---|---|
| NO DATA FOUND | | | |

### S/A/S

| Incident Number | Port Code | Topic Line | Name | DOB |
|---|---|---|---|---|
| NO DATA FOUND | | | | |

### IOIL

| Incident Number | Port Code | Incident Type | Incident Date | Name |
|---|---|---|---|---|
| 20192504902658 | SAN YSIDRO (2504) | Other(O) | 01/03/2019 00:15:00 | DOUSA, KAJI |

**Remarks:** ON JANUARY 2, 2019 AT APPROXIMATELY 1847 HOURS, KAJI DOUSA (DOB: [redacted]) APPLIED FOR ENTRY INTO THE US FROM MEXICO VIA THE SAN YSIDRO PORT OF ENTRY PEDESTRI
PICTURE FOR ENTRY INTO THE UNITED STATES. PRIMARY CUSTOMS AND BORDER PROTECTION OFFICER SALAZAR RECEIVED TWO NEGATIVE CUSTOMS DECLARATIONS FROM DOUSA AND SHE STAT
RECEIVED A COMPUTER GENERATED ALERT. DOUSA WAS REFERRED AND ESCORTED TO THE PEDESTRIAN WEST SECONDARY AREA FOR FURTHER INSPECTION. CBPO TAMAYO AND CBPO BURNETT W
CBPO TAMAYO. DOUSA MADE THE FOLLOWING STATEMENTS: DOUSA ARRIVED IN SAN DIEGO ON SUNDAY DECEMBER 30, 2018 AND SPENT NEW YEAR'S IN LOS ANGELES. SHE TRAVELED TO TIJUAN
SHE IS A PASTOR FOR PARK AVENUE CHRISTIAN CHURCH LOCATED AT 1010 PARK AVE. (AT E. 85TH) NEW YORK, NEW YORK 10028. THEY MAY BE FOUND ON FACEBOOK: /PARKAVENUECHRISTIAN. I
JANUARY 3, 2019 SHE WILL RETURN TO TIJUANA. SHE WILL BE RETURNING TO NEW YORK ON SATURDAY, JANUARY 5, 2019. DOUSA STATED SHE SPEAKS TO MIGRANTS WHO WANT TO CROSS OVER
HAS BEEN HELPING THE MIGRANTS WHO'S NUMBERS ARE COMING UP AT THE SHELTERS IN TIJUANA, MEXICO. WHEN SHE TALKS TO PEOPLE AT THE SHELTER, SHE SEES THEM FRUSTRATED AND "A
COURAGE THEM TO GO THROUGH THE DESERT BECAUSE IT IS DANGEROUS. DOUSA HAS BEEN A PASTOR SINCE 2006 AND HAS BEEN WORKING ON THIS PROJECT SINCE 2009, WHEN SHE WAS WIT
WEBSITE IS HTTP://WWW.NEWSANCTUARYNYC.ORG/ . THEY ARE LOCATED AT 239 THOMPSON ST. NEW YORK, NY 10012. IN THE PAST SHE HAS WORKED WITH IMMIGRATION AND CUSTOMS ENFOR
WERE/ARE WITH THEM. DOUSA PROVIDED THE FOLLOWING CONTACT INFORMATION: HOME ADDRESS: [redacted] PHONE# [redacted] EMAIL: [redacted]
RELEASED AT APPROXIMATELY 1930 HOURS.

### INS Secondary Referrals – I095

| Conveyance | Passenger | DOB | Nationality | Date Rfrd | Time Rfrd | Dis CD |
|---|---|---|---|---|---|---|
| NO DATA FOUND | | | | | | |

### Secondary Referrals – I025

| Passenger | DOB | Doc Ctry | Doc ID | Doc Type | Carrier | Flight # | Cross Date | Cross Time | Arrival Airport |
|---|---|---|---|---|---|---|---|---|---|
| NO DATA FOUND | | | | | | | | | |

### Secondary Referrals (I004)

| Plate | Driver | DOB | Gender | Race | CNVY | Date Ref'd | Referral RSN | Personal Search | POS |
|---|---|---|---|---|---|---|---|---|---|
| NP FOOT | KAJI DOUSA | [redacted] | F | B | W | 01/02/2019 21:47 | TTR | N | N |

**Remarks:**
**Insp Type BG:** LOST/STOLEN DOCUMENT:N COMMENT:OFFICER NAME=TAMAYO, ALLEN, CREATE DTTM=2019-01-03 00:13:42.179376; COMMENT=ON JANUARY 2, 2019 AT APPROXIMATELY 1847 HO
OF ENTRY PEDESTRIAN WEST AREA. DOUSA PRESENTED HER VALID GLOBAL ENTRY CARD BEARING [redacted] HER NAME, AND PICTURE FOR ENTRY INTO THE UNITED STATES. PRIMARY CUSTOM
AND SHE STATED SHE WAS GOING TO SAN DIEGO. PRIMARY CBPO SALAZAR QUERIED DOUSA'S NAME IN CBP SYSTEMS AND RECEIVED A COMPUTER GENERATED ALERT. DOUSA WAS REFERRED AND
BURNETT WERE NOTIFIED OF THE ALERT AND RESPONDED. AN INTERVIEW OF DOUSA WAS CONDUCTED BY CBPO BURNETT AND CBPO TAMAYO. DOUSA MADE THE FOLLOWING STATEMENTS: DOUS
TRAVELED TO TIJUANA ON THIS DATE, JANUARY 2, 2019 AND SPENT THE DAY WITH IMMIGRANTS AS PART OF HER "AID ORGANIZATION." SHE IS A PASTOR FOR PARK AVENUE CHRISTIAN CHURCH L
FACEBOOK: /PARKAVENUECHRISTIAN. INSTAGRAM AND TWITTER: @THEPARK1010. SHE IS NOW GOING TO SAN DIEGO AND TOMORROW, THURSDAY, JANUARY 3, 2019 SHE WILL RETURN TO TIJUA
MIGRANTS WHO WANT TO CROSS OVER TO THE US "THE RIGHT WAY" BY "PREPARING THEM" TO SHARE THEIR CREDIBLE FEAR STORY TRUTHFULLY. SHE HAS BEEN HELPING THE MIGRANTS WHO'S
SHE SEES THEM FRUSTRATED AND "AT A BREAKING POINT." SOME OF THEM WANT TO CROSS THROUGH THE DESERT. DOUSA DOES NOT ENCOURAGE THEM TO GO THROUGH THE DESERT BECAUSE
**Insp Type BG:** A PASTOR SINCE 2006 AND HAS BEEN WORKING ON THIS PROJECT SINCE 2009, WHEN SHE WAS WITH "NEW SANCTUARY" IN NEW YORK. OPEN SOURCE REVEALS THE FULL NAME N
239 THOMPSON ST. NEW YORK, NY 10012. IN THE PAST SHE HAS WORKED WITH IMMIGRATION AND CUSTOMS ENFORCEMENT IN NEW YORK AS WELL AS CBP NEW YORK BUT WAS NOT TOO CLEAR
HOME ADDRESS: [redacted] PHONE# [redacted] EMAIL: [redacted] NO DEROGATORY INFORMATION WAS FOUND DURIN
INSPECTION:N BAG EXAM:Y REFERRING OFFICER:TTR REASON FOR REFERRAL:TTR SECONDARY OFFICER:TAMAYO, ALLEN SECONDARY OFFICER ID:EGZFRDQ AGR REFERRAL REASONS:TTR

### I94 Travel

| Name | DOB | Citizenship | Admission NO | Admission Date | Arrival INS Port CD |
|---|---|---|---|---|---|
| NO DATA FOUND | | | | | |

### 6 Month APIS Passenger (Air)

| Passenger | DOB | Carrier | Flight # | Departure Date | Departure Port |
|---|---|---|---|---|---|

**CBP-00050**

CBP-00051

U.S. Customs & Border Protection
U.S. Department of Homeland Security ATS
ATS-L

PORT SAN SIDRO (2504) Logout
USER SARO O IVERI (E G8 G1)
Na ional SD He p Desk (800)827-8729

HOME FIND CREATE SECONDARY Ref-DB ANALYSIS REPORT HELP

A S L Superquery

**PERSON QUERY: DOUSA, KAJI DOB:**[redacted]

**Registrant Data:**

| Name | Birthdate | Address | City | State | Country | License Nbr | Record Last Updated |
|---|---|---|---|---|---|---|---|
| DOUSA, KAJI | [redacted] | | | | | O | |

**Person TECS Records**

| TECS Record ID | Status Code | Primary Action Code | Name | Middle Name | DOB | Entry Date/Time |
|---|---|---|---|---|---|---|
| P3KB6563900C25 | SUS EC , O HER (SO) | NO ON RIMAR (0) | DOUSA, KAJI | R | [redacted] | 12/02/2018 15 05 |

| NCIC Response - Request ID 3977759166 |
|---|
| NCIC RE URNED WI H NO ROWS |

**Last Ten Crossings**

| Name | DOB | Cit | Doc ID | Doc Type | Cross Date | Cross Day | Cross Time | Loc CD | Term | Vehicle | Pkg ID | Dir | Lane Type | DCL | Rfrl | ATS | Status | Results | API | Cmply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOUSA, KAJI ROSA S E MAN | [redacted] | US | [redacted] | | 08/06/19 | UESDA | 14 00 00 | | | | | O | I | N | | | | N | R | |
| DOUSA, KAJI | [redacted] | US | [redacted] | IG | 04/04/19 | HURSDA | 20 28 08 | 25E | SZ64 | | | I | | N | | | Admit | | N | |
| DOUSA, KAJI | [redacted] | US | [redacted] | IG | 01/02/19 | WEDNESDA | 21 47 10 | 25E | SZ64 | | | I | | N | US Customs(C) | | Refe | | N | |
| DOUSA, KAJI ROSA S E MAN | [redacted] | US | [redacted] | | 11/28/18 | WEDNESDA | 22 22 40 | 25E | SZ57 | | | I | | N | | N | Admit | | N | ex |
| DOUSA, KAJI | [redacted] | US | [redacted] | IG | 11/27/18 | UESDA | 21 23 25 | 25E | SZ59 | | | I | | N | | | Admit | | N | |

Click on he magnifying glass next o the package ID to view p ima y images captu ed fo that package ID mages a e only ava lable fo c ossings up to a yea f om cu ent date
C ick here to view c ossing h sto y n a 24 hou o week timel ne
ep esents the pe son ma ked as the D ve of he vehicle within the V C system
C ick here fo V C Status Codes

**18 Months Crossing History Ro lup**

| Loc CD | Location Name | Xing |
|---|---|---|
| 25E | CB -SAN SIDRO WES (2504) | 4 |

Click he e fo the 18 months crossing history

**CCD**

| Name | DOB | Nationality | Birth Place | Passport Book ID | VISA Control Num | Site ID | Foil List | US Visit FIN | Photo |
|---|---|---|---|---|---|---|---|---|---|
| NO DA A OUND | | | | | | | | | |

**EID - Enforcement Integrated Database**

| Activity Date | Activity Type | Activity ID | Event Desc | Subject Data |
|---|---|---|---|---|
| NO DA A OUND | | | | |

**S/A/S**

| Incident Number | Port Code | Topic Line | Name | DOB | Seizure Data | Incident Date |
|---|---|---|---|---|---|---|
| NO DA A OUND | | | | | | |

**IOIL**

| Incident Number | Port Code | Incident Type | Incident Date | Name | DOB | License Plate | License State |
|---|---|---|---|---|---|---|---|
| 20192504002658 | SAN SIDRO (2504) | Othe (O) | 01/03/2019 00 15 00 | DOUSA, KAJI | [redacted] | | |

**Remarks** ON JANUAR 2, 2019 A A ROXIMA E 1847 HOURS, KAJI DOUSA (DOB [redacted]) A IED OR EN R IN O HE US ROM MEXICO VIA HE SAN SIDRO OR O EN R EDES RIAN WES AREA DOUSA RESEN ED HER VA ID G OBA EN R CARD BEARING [redacted], HER NAME, AND IC URE OR EN R IN O HE UNI ED S A ES RIMAR CUS OMS AND BORDER RO EC ION O ICER SA AZAR RECEIVED WO NEGA IVE CUS OMS DEC ARA IONS ROM DOUSA AND SHE S A ED SHE WAS GOING O SAN DIEGO RIMAR CB O SA AZAR QUERIED DOUSA'S NAME IN CB S S EMS AND RECEIVED A COM U ER GENERA ED A ER DOUSA WAS RE ERRED AND ESCOR ED O HE EDES RIAN WES SECONDAR AREA OR UR HER INS EC ION CB O AMA O AND CB O BURNE WERE NO I IED O HE A ER AND RES ONDED AN IN ERVIEW O DOUSA WAS CONDUC ED B CB O BURNE AND CB O AMA O DOUSA MADE HE O OWING S A EMEN S DOUSA ARRIVED IN SAN DIEGO ON SUNDA DECEMBER 30, 2018 AND S EN NEW EAR'S IN OS ANGE ES SHE RAVE ED O IJUANA ON HIS DA E, JANUAR 2, 2019 AND S EN HE DA WI H IMMIGRAN S AS AR O HER AID ORGANIZA ION SHE IS A AS OR OR ARK AVENUE CHRIS IAN CHURCH OCA ED A 1010 ARK AVE (A E 85 H) NEW ORK, NEW ORK 10028 HE MA BE OUND ON ACEBOOK / ARKAVENUECHRIS IAN INS AGRAM AND WI ER @ HE ARK1010 SHE IS NOW GOING O SAN DIEGO AND OMORROW, HURSDA , JANUAR 3, 2019 SHE WI RE URN O IJUANA SHE WI BE RE URNING O NEW ORK ON SA URDA , JANUAR 5, 2019 DOUSA S A ED SHE S EAKS O MIGRAN S WHO WAN O CROSS OVER O HE US HE RIGH WA B RE ARING HEM O SHARE HEIR CREDIB E EAR S OR RU H U SHE HAS BEEN HE ING HE MIGRAN S WHO'S NUMBERS ARE COMING U A HE SHE ERS IN IJUANA, MEXICO WHEN SHE A KS O EO E A HE SHE ER, SHE SEES HEM RUS RA ED AND A A BREAKING OIN SOME O HEM WAN O CROSS HROUGH HE DESER DOUSA DOES NO ENCOURAGE HEM O GO HROUGH HE DESER BECAUSE I IS DANGEROUS DOUSA HAS BEEN A AS OR SINCE 2006 AND HAS BEEN WORKING ON HIS ROJEC SINCE 2009, WHEN SHE WAS WI H NEW SANC UAR IN NEW ORK O EN SOURCE REVEA S HE U NAME NEW SANC UAR COA I ION HEIR WEBSI E IS H //WWW NEWSANC UAR N C ORG/ HE ARE OCA ED A 239 HOM SON S NEW ORK N 10012 IN HE AS SHE HAS WORKED WI H IMMIGRA ION AND CUS OMS EN ORCEMEN IN NEW ORK AS WE AS CB NEW ORK BU WAS NO OO C EAR AS O WHA HER DEA INGS WERE/ARE WI H HEM DOUSA ROVIDED HE O OWING CON AC IN ORMA ION HOME ADDRESS [redacted] HONE[redacted] EMAI [redacted] NO DEROGA OR IN ORMA ION WAS OUND DURING IN ERVIEW DOUSA WAS RE EASED A A ROXIMA E 1930 HOURS

**INS Secondary Referrals – I095**

| Conveyance | Passenger | DOB | Nationality | Date Rfrd | Time Rfrd | Dis CD | Excl Chg | Location | Port CD | Doc ID |
|---|---|---|---|---|---|---|---|---|---|---|
| NO DA A OUND | | | | | | | | | | |

**Secondary Referrals – I025**

| Passenger | DOB | Doc Ctry | Doc ID | Doc Type | Carrier | Flight # | Cross Date | Cross Time | Arrival Airport | Departure Airport | Inspection Results | Violation Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO DA A OUND | | | | | | | | | | | | |

**Secondary Referrals (I004)**

| Plate | Driver | DOB | Gender | Race | CNV | Date Ref d | Referral RSN | Personal Search | POS/NEG | Loc Code | Loc Name | Port | Enf. # | IOIL/SAS # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NP FOOT | KAJI DOUSA | [redacted] | | B | W | 01/02/2019 21 47 | R | N | N | 25E | CB -SAN SIDRO WES | 2504 | | |

**Remarks**
**Insp Type BG** OS /S O EN DOCUMEN N COMMEN O ICER NAME= AMA O, A EN, CREA E D M=2019-01-03 00 13 42 179376 COMMEN =ON JANUAR 2, 2019 A A ROXIMA E 1847 HOURS, KAJI DOUSA (DOB [redacted] A IED OR EN R IN O HE US ROM MEXICO VIA HE SAN SIDRO OR O EN R EDES RIAN WES AREA DOUSA RESEN ED HER VA ID G OBA EN R CARD BEARING [redacted], HER NAME, AND IC URE OR EN R IN O HE UNI ED S A ES RIMAR CUS OMS AND BORDER RO EC ION O ICER SA AZAR RECEIVED WO NEGA IVE CUS OMS DEC ARA IONS ROM DOUSA AND SHE S A ED SHE WAS GOING O SAN DIEGO RIMAR CB O SA AZAR QUERIED DOUSA'S NAME IN CB S S EMS AND RECEIVED A COM U ER GENERA ED A ER DOUSA WAS RE ERRED AND ESCOR ED O HE EDES RIAN WES SECONDAR AREA OR UR HER INS EC ION CB O AMA O AND CB O BURNE WERE NO I IED O HE A ER AND RES ONDED AN IN ERVIEW O DOUSA WAS CONDUC ED B CB O BURNE AND CB O AMA O DOUSA MADE HE O OWING S A EMEN S DOUSA ARRIVED IN SAN DIEGO ON SUNDA DECEMBER 30, 2018 AND S EN NEW EAR'S IN OS ANGE ES SHE RAVE ED O IJUANA ON HIS DA E, JANUAR 2, 2019 AND S EN HE DA WI H IMMIGRAN S AS AR O HER AID ORGANIZA ION SHE IS A AS OR OR ARK AVENUE CHRIS IAN CHURCH OCA ED A 1010 ARK AVE (A E 85 H) NEW ORK, NEW ORK 10028 HE MA BE OUND ON ACEBOOK / ARKAVENUECHRIS IAN INS AGRAM AND WI ER @ HE ARK1010 SHE IS NOW GOING O SAN DIEGO AND OMORROW, HURSDA , JANUAR 3, 2019 SHE WI RE URN O IJUANA SHE WI BE RE URNING O NEW ORK ON SA URDA , JANUAR 5, 2019 DOUSA S A ED SHE S EAKS O MIGRAN S WHO WAN O CROSS OVER O HE US HE RIGH WA B RE ARING HEM O SHARE HEIR CREDIB E EAR S OR RU H U SHE HAS BEEN HE ING HE MIGRAN S WHO'S NUMBERS ARE COMING U A HE SHE ERS IN IJUANA, MEXICO WHEN SHE A KS O EO E A HE SHE ER, SHE SEES HEM RUS RA ED AND A A BREAKING OIN SOME O HEM WAN O CROSS HROUGH HE DESER DOUSA DOES NO ENCOURAGE HEM O GO HROUGH HE DESER BECAUSE I IS DANGEROUS DOUSA HAS BEEN
**Insp Type BG** A AS OR SINCE 2006 AND HAS BEEN WORKING ON HIS ROJEC SINCE 2009, WHEN SHE WAS WI H NEW SANC UAR IN NEW ORK O EN SOURCE REVEA S HE U NAME NEW SANC UAR COA I ION HEIR WEBSI E IS H //WWW NEWSANC UAR N C ORG/ HE ARE OCA ED A 239 HOM SON S NEW ORK, N 10012 IN HE AS SHE HAS WORKED WI H IMMIGRA ION AND CUS OMS EN ORCEMEN IN NEW ORK AS WE AS CB NEW ORK BU WAS NO OO C EAR AS O WHA HER DEA INGS WERE/ARE WI H HEM DOUSA ROVIDED HE O OWING CON AC IN ORMA ION HOME ADDRESS [redacted] HONE[redacted] EMAI [redacted] NO DEROGA OR IN ORMA ION WAS OUND DURING IN ERVIEW DOUSA WAS RE EASED A A ROXIMA E 1930 HOURS X-RA /NII U I IZED OR HIS INS EC ION N BAG EXAM RE ERRING O ICER R REASON OR RE ERRA R SECONDAR O ICER AMA O, A EN SECONDAR O ICER ID BGZ RDQ AGR RE ERRA REASONS R

**I94 Travel**

| Name | DOB | Citizenship | Admission NO | Admission Date | Arrival INS Port CD | Arrival INS Port Name | Passport |
|---|---|---|---|---|---|---|---|
| NO DA A OUND | | | | | | | |

**6 Month APIS Passenger (Air)**

| Passenger | DOB | Carrier | F ight # | Departure Date | Departure Port | Arrival Date | Arrival Port | Photo |
|---|---|---|---|---|---|---|---|---|
| DOUSA, KAJI ROSA SPELLMAN | [redacted] | DE A AIR INES, INC (D ) | 0000494 | 08/06/2019 | New o k J Kennedy Inte national Apt (J K) | 08/06/2019 02 00 00 pm | Nassau Inte nat onal Apt (NAS) |   |

**GES**

| Photo | Passenger ID | First Name | Last Name | DOB | Program | Program Status | Enrollment Effective Date | Enrollment Expiration Date |
|---|---|---|---|---|---|---|---|---|
|  | [redacted] | KAJI | DOUSA | [redacted] | Global Ent y (U ) | App oved (A) | 12/14/2016 | [redacted]2022 |

CBP-00052

Expand C oss ng Histo y top
Download Wo d | Download Excel | Cancel

(b) (7)(E) [redacted]

(b) (6), (b) (7)(C) [redacted]

**Role: Employee**

(b) (6), (b) (7)(C) [redacted]



**SPELLMAN, Kaji Dousa**
**DOB:** [redacted]

(b) (6), (b) (7)(C) [redacted]

U.S. BORDER PATROL INTELLIGENCE DIVISION

[redacted] (b) (7)(E)



**Name:** Kaji Dousa SPELLMAN
**DOB:** [redacted]
**Nationality:** USC
**PPN:** [redacted]
**SSN:** [redacted]
**Telephone Number:** [redacted]
**Address:** [redacted]

**Capabilities:**
- [redacted] (b) (7)(E) Pastor

**Impact Areas:**
- San Diego, California

**TTP/Trends Identified:**
- [redacted] (b) (7)(E)

**Target Discovery:**
- Identified in migrant Caravan [redacted] (b) (7)(E)

**Target Significance:**
- [redacted] (b) (7)(E)

**Target Expectation:**
- [redacted] (b) (7)(E)

## 18 U.S.C. § 2101 -RIOTS

(a) Whoever travels in interstate or foreign commerce or uses any facility of interstate or foreign commerce, including, but not limited to, the mail, telegraph, radio, or television, with intent-

-To incite a riot: or
-To organize, promote, encourage, participate in, or carry on a riot; or
-To commit any act of violence in furtherance of a riot; or
-To aid or abet any person in inciting or participating in or carrying on a riot or committing any act of violence in furtherance of a riot; and who either during the course of any such travel or use of thereafter performs or attempts to perform any other overt act for any purpose specified in subparagraph (A), (B), (C), or (D0 of this paragraph- Shall be fined under this title, or imprisoned not more than five years, or both.

**Intelligence Gaps**

[redacted] (b) (6), (b) (7)(C), (b) (7)(E)

**Collection Requirements**

[redacted] (b) (6), (b) (7)(C), (b) (7)(E)

**Collection**

1. BPA [redacted] (b) (6), (b) (7)(C) onducted research on 01/21/2019.

[redacted] (b) (7)(E)



FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## TECS - Person Query

06/19/2019 12:42 PM EDT

Generated By: [redacted] (b) (6), (b) (7)(C)



TECS RECORD ID: [redacted] (b) (7)(E)

**IMAGE INFORMATION - PART I (0)**

**PERSON SUBJECT QUERY DETAILS INFORMATION**

| Tecs Record ID | Entry Date | Update Date |
|---|---|---|
| [redacted] (b) (7)(E) | 12/02/2018 | 05/13/2019 |

| Record Status | Category |
|---|---|
| [redacted] (b) (7)(E) | [redacted] (b) (7)(E) |

| Query Notification |
|---|
| [redacted] (b) (7)(E) |

| Primary Action | Start Date | Stop Date |
|---|---|---|
| 0 - NOT ON PRIMARY | | |

| Last Name | First Name | Middle Name |
|---|---|---|
| DOUSA | KAJI | R |

**Alias (0)**

| Approval Status | Hispanic Indicator |
|---|---|
| Y - Approved | N - NOT OF HISPANIC OR LATINO ORIGIN |

| Date of Birth (1) | Race (1) | Gender (1) |
|---|---|---|
| 1) [redacted] (40 years old) | 1) B - BLACK OR AFRICAN AMERICAN | 1) FEMALE |

[redacted] (b)(3), (b) (7)(E)

**REMARKS INFORMATION (1)**

| No | Date | Remarks |
|---|---|---|
| 1 | 03/08/2019 | Migrant caravan FY 2019. Information Only. [redacted] (b) (7)(E) |

**PERSONAL DATA INFORMATION**

| Nickname (0) | Hair (0) | Eyes (0) |
|---|---|---|
| | | |

| Height | Weight | Units | Scars/Marks/Tattoos |
|---|---|---|---|
| | | ENGLISH | |

**PERSONAL IDENTIFICATION INFORMATION**

| Citizenship (1) | SSN (0) | Residency Status |
|---|---|---|
| 1) USA - UNITED STATES | | |

**BIRTH PLACE INFORMATION (1)**

| No | Country | State | City |
|---|---|---|---|
| 1 | USA - UNITED STATES | DC - DISTRICT OF COLUMBIA | |

~~For Official Use Only / Law Enforcement Sensitive~~

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query**

06/19/2019 12:42 PM EDT Generated By: (b) (6), (b) (7)(C) 

| | | | | | |
|---|---|---|---|---|---|
| **ALIEN INFORMATION (0)** | | | | | |
| **EXCLUSION INFORMATION (0)** | | | | | |
| **PASSPORT INFORMATION (1)** | | | | | |
| No | Passport Number | Passport Type | Country of Issue | Issue Date | Expiration Date |
| 1 | [redacted] | I - REGULAR - INDIVIDUAL | USA - UNITED STATES | | |
| **ADDRESS INFORMATION (0)** | | | | | |
| **DRIVERS' LICENSE INFORMATION (0)** | | | | | |
| **PHONE INFORMATION (0)** | | | | | |
| **ALTERNATE COMMUNICATION INFORMATION (0)** | | | | | |
| **MISCELLANEOUS INFORMATION (0)** | | | | | |
| **CRIMINAL AFFILIATION INFORMATION (0)** | | | | | |
| **CONTACT INFORMATION** | | | | | |

| Organization | Full Name | Telephone |
|---|---|---|
| CBP FIELD OPS - SAN DIEGO CA | (b) (6), (b) (7)(C) | (b) (6), (b) (7)(C) |

**CASE NUMBER INFORMATION (0)**

**FINGER PRINT INFORMATION**

| No | Left | | Right | |
|---|---|---|---|---|
| | Code | Description | Code | Description |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**SPOUSE INFORMATION (0)**

**WARRANT INFORMATION (0)**

**ATF PROFILE INFORMATION (0)**

**BAGGAGE DECLARATION (CF6059) INFORMATION (0)**

**FINANCIAL INFORMATION (0)**

**EMPLOYMENT INFORMATION (0)**

**PILOT LICENSE INFORMATION (0)**

**IMAGE INFORMATION - PART II (0)**

**DEPARTMENT OF HOMELAND SECURITY**

**CUSTOMS AND BORDER PROTECTION**

**SDC-SAN DIEGO BORDER PATROL SECTOR HQS**

[redacted] **TATION**

---

[redacted]

**Product Title:** [redacted]

**Product ID:** [redacted]

---

(U) **FOR OFFICIAL USE ONLY WARNING:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.

(U) **FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES) WARNING:** This document is FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES). This document may be shared with DHS personnel who have a need to know but any sharing outside of DHS requires the written approval of the author. If approved for dissemination outside of DHS, the report may only be used for intelligence and investigative lead purposes. Any other use is prohibited unless prior written authorization is received from the author. Prior written authorization from CBP Office of Chief Counsel is required before providing this material to the Department of Justice or other authority for purposes of litigation, including disclosure in a civil or criminal case.

**Prepared By:** [redacted]**@cbp.dhs.gov**

**Published Date: 12/03/2018**

## METADATA

| | |
|---|---|
| **Associated Workspace** | [redacted] |
| **Intelligence Collection Requirements:** | |
| **HSEC SINs:** | [redacted] |
| **CBP SINs:** | [redacted] |
| **CBP PIRs:** | - |
| **Other Collection Requirements:** | |
| **Geographical and Operational Environments:** | |
| **GEO AREAs:** | [redacted] |
| **USBP OEs:** | [redacted] |
| **OFO OEs:** | - |
| **Product Categorization:** | |
| **Restrictions:** | Unrestricted |
| [redacted] | |
| [redacted] | |
| **Category/Subcategory:** | [redacted] |
| **Special Operations/Project Code:** | - |
| **Reliability:** | Unknown |
| **Evaluation:** | Probable |
| **Source Type:** | Unknown/Other |
| **Source Description:** | Caravan Member/Worker Statements |

## Report Title

[redacted]

## Date And Time Of Information

11/30/2018 21:00

## Executive Summary

Honduran national admitted to being a member of the Migrant Caravan as well as a volunteer worker. Subject's phone contained information regarding possible caravan coordinators as well as alleged practices being utilized. Information was also gathered that indicated a foreign organization's intent to force a closure of the San Ysidro Port of Entry in San Diego, California on December 1, 2018.

## Narrative

On November 30, 2018 [redacted] Border Patrol Station [redacted] interviewed Honduran national [redacted] admitted to being a part of the Migrant Caravan that arrived in Mexico from Central America. Prior to November 30, 2018, [redacted] was in Tijuana for approximately two weeks. Prior to Tijuana, [redacted] claimed she was travelling with the caravan through various parts of Mexico. [redacted] later admitted to being a volunteer worker for the [redacted]

[redacted] stated that while in Tijuana, she was sitting with other members of the caravan at their camp site when an organizer began addressing the crowd [redacted] tates that the person is a Reverend by the name Kaji S. Dousa. [redacted] stated that Kaji S. Dousa told her and others that were present at the camp site that they should all get married to each other. According to [redacted] Dousa told everyone that if they get married, they will get papers to live in the United States. [redacted] stated that she is currently married to a man in Honduras and that he is currently caring for her children. [redacted] stated that despite being married in Honduras, they forced her to get married. [redacted] stated that the site where the marriages are being performed is called "Clave Caracol" and that marriage certificates are being provided to facilitate their political asylum claim once in the United States.

[redacted] stated that an organizer from the [redacted] provided her with a phone since [redacted] volunteered to help the group. [redacted] stated that her duties as a volunteer were to communicate information through the WhatsApp chat group and to assist in maintaining order within the caravan in order to avoid fighting.

A photo of Rev. Kaji S. Dousa was taken from the internet and shown to [redacted] was unable to identify Rev. Kaji S. Dousa [redacted] stated that a woman fitting the description of Rev. Kaji S. Dousa provided her with a red business card, with Dousa's name on it above the title "Senior Minister, Park Avenue Christian Church". The business card also has an address of 1010 Park Avenue, New York City, NY 10028.

[redacted] gave verbal and written consent for Agents to search her cell phone. [redacted] tated the app WhatsApp was loaded on the phone when she received it, and there were multiple group chats already created as well. One group was created under the name [redacted]

(b) (7)(E) [redacted]

(b) (6), (b) (7)(C), (b) (7)(E) [redacted]




## INFORMATION GAPS

- [redacted]

## REPORTING NOTICE

Border Patrol Agent [redacted] @CBP.DHS.GOV)
Border Patrol Agent [redacted] @CBP.DHS.GOV)

[redacted] order Patrol Station
[redacted]

**Prepared By:** [redacted] **@CBP.DHS.GOV**
[redacted] **@CBP.DHS.GOV**

**DEPARTMENT OF HOMELAND SECURITY**

**CUSTOMS AND BORDER PROTECTION**

**SDC-SAN DIEGO BORDER PATROL SECTOR HQS**

**SDC-SAN DIEGO SECTOR**

---

[redacted] (b) (7)(E)

**Product Title** [redacted] (b) (7)(E)

**Product ID** [redacted] (b) (7)(E)

---

(U) **FOR OFFICIAL USE ONLY WARNING:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.

(U) **FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES) WARNING:** This document is FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES). This document may be shared with DHS personnel who have a need to know but any sharing outside of DHS requires the written approval of the author. If approved for dissemination outside of DHS, the report may only be used for intelligence and investigative lead purposes. Any other use is prohibited unless prior written authorization is received from the author. Prior written authorization from CBP Office of Chief Counsel is required before providing this material to the Department of Justice or other authority for purposes of litigation, including disclosure in a civil or criminal case.

(U) **SENSITIVE SECURITY INFORMATION WARNING:** This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know", as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil

penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

(U) **US PERSON INFORMATION WARNING:** This product contains U.S. person information that has been deemed necessary for the intended recipient to understand, assess, or act on the information provided. It has been highlighted in this document with the label USPER and should be handled in accordance with the recipient's intelligence oversight/information handling procedures. U.S. person information must be protected in accordance with all relevant laws and policies of the receiving entity.

**Prepared By:** [redacted]**@CBP.DHS.GOV**

**Published Date: 01/14/2019**

## METADATA

| | |
|---|---|
| **Associated Workspace** | [redacted] |
| **Intelligence Collection Requirements:** | |
| **HSEC SINs:** | [redacted] |
| **CBP SINs:** | [redacted] |
| **CBP PIRs:** | [redacted] |
| **Other Collection Requirements:** | |
| **Geographical and Operational Environments:** | |
| **GEO AREAs:** | [redacted] |
| **USBP OEs:** | [redacted] |
| **OFO OEs:** | - |
| **Product Categorization:** | |
| **Restrictions:** | Unrestricted |
| [redacted] | |
| [redacted] | |
| **Category/Subcategory:** | [redacted] |
| **Special Operations/Project Code:** | - |
| **Reliability:** | Highly Reliable |
| **Evaluation:** | Highly Probable |
| **Source Type:** | Non-Confidential Foreign Source |
| **Source Description:** | ASID Interviews, Document Analysis, Open Source |

## Report Title

[redacted]

## Date And Time Of Information

From: 11/12/2018 00:00 To: 11/12/2018 00:00

## Executive Summary

[redacted] Border Patrol [redacted] was able to identify several subjects involved in performing marriages in Tijuana, Mexico (MX) as a tactic to assist members of the migrant caravan with their asylum claims. On December 17, 2018, [redacted] discovered a marriage certificate linking a [redacted] and reverend with performing a marriage for two Guatemalan Nationals. Further analysis linked the reverend to another open border activist/attorney named [redacted] who works with the migrant caravan, and initiates active protests at the Otay Mesa Port of Entry (OTM POE) [redacted] is linked to another pastor involved in marrying migrant caravan members that was previously identified by the [redacted]

## Narrative

**Narrative:**
On December 17, 2018 [redacted] Border Patrol Agents apprehended a Guatemala National family unit comprised of [redacted] and three children near the United States/Mexico International Boundary fence south of an area commonly known [redacted] for illegally entering the United States (U.S.). [redacted] transported all aliens to the [redacted] Border Patrol Station for further processing [redacted]

During the search of their personal belongings by [redacted] a marriage certificate was found showing [redacted] were recently married on December 03, 2018 in Tijuana, MX. The certificate has a simple generic overlay with no distinct markings other than an official notary stamp from the [redacted] The registered notary public is a subject named [redacted] The reverend who performed the ceremony is a subject named [redacted] from the [redacted] located in [redacted]

[redacted] conducted a more extensive analysis on the subjects connected to the marriage certificate with the following results.

**Notary:**

[redacted]

**Social Media:** **2014**
**Name:** [redacted]
**DOB:** [redacted]
**Association:** [redacted]
**COC:** USC
**POB:** [redacted]
**US PP:** [redacted] **DOI:** 04/20/2010 **DOE:** 04/19/2020
**US PP Address** [redacted]
**Occupation:** [redacted] **Employer:** [redacted]
**Address:** [redacted]
**Phone** [redacted]

**Criminal History:**
None at the time of this report.

- In the last 18 months [redacted] has crossed the international border six times with three times through both the [redacted]

[redacted]

**Social Media**
**Name** [redacted]
**DOB** [redacted]

**Association:** [redacted]
**COC:** USC
**POB:** [redacted]
**US PP:** [redacted] **DOI:** 04/11/**2018** **DOE:** 04/10/2028
**US PP Address:** [redacted]
**Occupation** [redacted] **Employer** [redacted]
**Phone:** [redacted]

**Criminal History:**
None at the time of this report.

- In the last 18 months [redacted] has crossed the international border six times with four times through both the [redacted]
- On 05/17/2018 [redacted] crossed the international border through the [redacted] Arizona Plate: [redacted]
    - R/O: [redacted]
        - Address: [redacted]
    - Vehicle has numerous associated travelers and frequently crosses the international border.

**Social Media searched revealed the following information.**

[redacted]

 [redacted]

[redacted]

Additional Social Media shows [redacted] was possibly part of a [redacted] were stopped by Mexican authorites. The organizer was named [redacted] who is the organizer of [redacted] nd a [redacted] defender in Alabama.

**Associate:**

[redacted]

**CAL PHOTO: 09/22/2015 Employer Photo:** [redacted]
**Name** [redacted]
**DOB**
**Association: Refugee Program Director for** [redacted]
**COC:** USC
**POB:** New York, NY
**CA DL:** [redacted] **DOI:** 09/22/2015
**CA DL Address:** [redacted]
**US PP:** [redacted] **DOI:** 03/31/2014
**US PP Address:** [redacted]
**Occupation** [redacted] **Employer:** [redacted]

**Other information:**
**Sentri Pass ID:** [redacted]**tatus:** Approved
**Phone** [redacted]
**Prior Occupation** [redacted] **Employer** [redacted]

**Criminal History:**
None at the time of this report.

- In the last 18 months [redacted] has crossed the international border [redacted]
    - She is associated with approximately [redacted]
        - She is the R/O of a [redacted]

[redacted]

 [redacted] (b) (7)(E)

[redacted] (b) (6), (b) (7)(C)

**Profile Page** [redacted] (b) (6), (b) (7)(C)

[redacted] (b) (7)(E)

[redacted] (b) (6), (b) (7)(C)

[redacted] (b) (6), (b) (7)(C)

[redacted] (b) (7)(E)

[redacted] (b) (6), (b) (7)(C)

[redacted] (b) (6), (b) (7)(C)

On November 27, 2018, [redacted] (b) (6), (b) (7)(C), (b) (7)(E) She linked Kaji DOUSA and DOUSA was in the photograph. DOUSA was previously indentified by [redacted] (b) (7)(E) s another pastor performing marriage cermonies in Tijuana, MX [redacted] (b) (7)(E) for more informaiton).

[redacted] (b) (7)(E)

[redacted] (b) (6), (b) (7)(C)

**Associate:**






**CAL PHOTO: 09/09/2013** **FB Profile:**

**Name:** Kaji Rosa DOUSA Spellman
**DOB:** [redacted]
**Association: Pastor for Park Avenue Christian Church/Coordinator for the Migrant Caravan**
**CA DL:** [redacted] **DOI:** 09/09/2013
**CA DL Address:** [redacted]
**US PP:** [redacted] **DOI:** 05/06/2015
**US PP Address:** [redacted]

**Criminal History** [redacted]

On November 30, 2018, an illegal alien named [redacted] as interviewed regarding her role in the migrant caravan. [redacted] stated that while in Tijuana, she was sitting with other members of the caravan at their campsite when an organizer began addressing the crowd. [redacted] states was Reverend Kaji S. DOUSA. [redacted] stated that DOUSA told her and others that were present at the migrant campsite that they should all get married to each other. According to [redacted] DOUSA told everyone that if they get married, they would get papers to live in the United States.

**Conclusion**
The Migrant Caravan is a common cause for numerous open border, humanitarian, and other groups with the goal to challenge U.S. immigration laws. [redacted] works for one of these groups named [redacted] According to their website, this organization assists deportees, migrants, and refugees in Tijuana, MX. They attempt to use mechanisms such as the [redacted] to allow aliens to gain legal status in the U.S. [redacted] has documented travel to Guatemala and the southern Mexico Border in order to assist migrants with their goal of entering the U.S. [redacted] is a common connection between both DOUSA [redacted] who have married an unknown number of migrants with a promise it will help their asylum claims.

Further investigation into the regulations pertaining to the violations of notary law of the [redacted] shows possible violations and/or criminal activity [redacted] possibly violated the prohibition of a notary public to offer legal advice on immigration or other legal matters, unless she is authorized or licensed to practice law within the [redacted] or accredited pursuant to 8 C.F.R 292.2 to practice immigration law [redacted]

## Information Gaps

[redacted]

## Reporting Notice

Respectfully,

[redacted]
Border Patrol Agent-(Intel)
[redacted]

[redacted] SIT
Office: [redacted]
Cell: [redacted]
[redacted] cbp.dhs.gov

**Prepared By:** [redacted] **@CBP.DHS.GOV**

(b) (7)(E)

# Entities

## Persons (4)

| Person 1 - DOUSA SPELLMAN, Kaji | | | | |
|---|---|---|---|---|
| NO PHOTO | Gender: | Female | Marital Status: | - |
| | Height: | - | Weight (lbs): | - |
| | Eye Color: | - | Hair Color: | - |
| | Race: | Black Or African American | | |
| | Hispanic: | Not of Hispanic or Latino Origin | | |
| | Immigration Status: | United States Citizen | | |

| Person 1 - DOUSA SPELLMAN, Kaji - DOBs | |
|---|---|
| **DOB** | **Source** |
| [redacted] | - |

| Person 1 - DOUSA SPELLMAN, Kaji - Citizenships | |
|---|---|
| **Citizenship** | **Source** |
| USA | - |

| Person 1 - DOUSA SPELLMAN, Kaji - Places of Birth | | | | |
|---|---|---|---|---|
| | **City** | **State** | **Country** | **Source** |
| 1 | - | - | USA | - |

| Person 2 - HORST, Alicia | | | | |
|---|---|---|---|---|
| NO PHOTO | Gender: | Female | Marital Status: | - |
| | Height: | - | Weight (lbs): | - |
| | Eye Color: | - | Hair Color: | - |
| | Race: | White | | |
| | Hispanic: | Unknown | | |
| | Immigration Status: | United States Citizen | | |

| Person 2 [redacted] (b) (6), (b) (7)(C) DOBs | |
|---|---|
| **DOB** | **Source** |
| [redacted] (b) (6), (b) (7)(C) | - |

| Person 2 [redacted] (b) (6), (b) (7)(C) Citizenships | |
|---|---|
| **Citizenship** | **Source** |
| USA | - |

| Person 2 - [redacted] (b) (6), (b) (7)(C) Places of Birth | | | | |
|---|---|---|---|---|
| | **City** | **State** | **Country** | **Source** |
| 1 | - | - | USA | - |

| Person 2 [redacted] (b) (6), (b) (7)(C) Monikers | | |
|---|---|---|
| 1 | **Moniker:** | [redacted] (b) (6), (b) (7)(C) |
| | **Source of Data:** | - |
| | **Remark:** | - |

| Person 3 [redacted] (b) (6), (b) (7)(C) | | | | |
|---|---|---|---|---|
| NO PHOTO | **Gender:** | Female | **Marital Status:** | - |
| | **Height:** | - | **Weight (lbs):** | - |
| | **Eye Color:** | - | **Hair Color:** | - |
| | **Race:** | White | | |
| | **Hispanic:** | Not of Hispanic or Latino Origin | | |
| | **Immigration Status:** | United States Citizen | | |

| Person 3 - [redacted] (b) (6), (b) (7)(C) DOBs | |
|---|---|
| **DOB** | **Source** |
| [redacted] (b) (6), (b) (7)(C) | - |

| Person 3 - [redacted] (b) (6), (b) (7)(C) Citizenships | |
|---|---|
| **Citizenship** | **Source** |
| USA | - |

(b) (7)(E)

**Person 3 - (b) (6), (b) (7)(C) Places of Birth**

| | City | State | Country | Source |
|---|---|---|---|---|
| 1 | - | - | USA | - |

**Person 4 (b) (6), (b) (7)(C)**

| | | | | |
|---|---|---|---|---|
| NO PHOTO | **Gender:** | Female | **Marital Status:** | - |
| | **Height:** | - | **Weight (lbs):** | - |
| | **Eye Color:** | - | **Hair Color:** | - |
| | **Race:** | White | | |
| | **Hispanic:** | Hispanic or Latino Origin | | |
| | **Immigration Status:** | United States Citizen | | |

**Person 4 (b) (6), (b) (7)(C) - DOBs**

| DOB | Source |
|---|---|
| (b) (6), (b) (7)(C) | - |

**Person 4 (b) (6), (b) (7)(C) Citizenships**

| Citizenship | Source |
|---|---|
| USA | - |

**Person 4 (b) (6), (b) (7)(C) Places of Birth**

| | City | State | Country | Source |
|---|---|---|---|---|
| 1 | - | - | USA | - |

**DEPARTMENT OF HOMELAND SECURITY**

**CUSTOMS AND BORDER PROTECTION**

**SAN DIEGO FIELD OFFICE**

**SYS-SAN YSIDRO, CA - POE**

---

# FIELD ENCOUNTER

**Product Title:** [redacted] (b) (7)(E)

**Product ID:** [redacted] (b) (7)(E)

---

(U) **FOR OFFICIAL USE ONLY WARNING:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.

**Prepared By:** [redacted] (b) (6), (b) (7)(C) **cbp.dhs.gov**

**Published Date: 01/04/2019**

## METADATA

| | |
|---|---|
| **Associated Workspace** | [redacted] (b) (7)(E) |
| **Intelligence Collection Requirements:** | |
| **HSEC SINs:** | [redacted] (b) (7)(E) |
| **CBP SINs:** | |
| **CBP PIRs:** | |
| **Other Collection Requirements:** | |
| **Geographical and Operational Environments:** | |
| **GEO AREAs:** | [redacted] (b) (7)(E) |
| **USBP OEs:** | |
| **OFO OEs:** | |

| Product Categorization: | |
|---|---|
| Restrictions: | Unrestricted |
| [redacted] | |
| Category/Subcategory: | [redacted] |
| Special Operations/Project Code: | [redacted] |
| Reliability: | Unknown |
| Evaluation: | Unknown |
| Source Type: | Unknown/Other |
| Source Description: | Agent Field Encounter |

## Report Title

[redacted] KAJI DOUSA

## Date And Time Of Information

01/02/2019 00:00

## Executive Summary

On January 2, 2019 at approximately 1847 hours, Kaji DOUSA (DOB [redacted]) applied for entry into the US from Mexico via the San Ysidro Port of Entry Pedestrian West area. DOUSA presented her valid Global Entry card bearing [redacted] her name, and picture for entry into the United States. Primary Customs and Border Protection Officer [redacted] received two negative customs declarations from DOUSA and she stated she was going to San Diego. Primary CBPO [redacted] Queried DOUSA'S name in CBP systems and received [redacted] DOUSA was referred and escorted to the Pedestrian West secondary area for further inspection. CBPO [redacted] and CBPO [redacted] were [redacted]
An interview of DOUSA was conducted by CBPO [redacted] and CBPO [redacted] DOUSA made the following statements:

## Narrative

DOUSA arrived in San Diego on Sunday December 30, 2018 and spent New Year's in Los Angeles. She traveled to Tijuana on this date, January 2, 2019 and spent the day with immigrants as part of her "Aid Organization." She is a Pastor for Park Avenue Christian Church located at 1010 Park Ave. (At E. 85th) New York, New York 10028. They may be found on Facebook: /parkavenuechristian. Instagram and Twitter: @ThePark1010. She is now going to San Diego and tomorrow, Thursday, January 3, 2019 she will return to Tijuana. She will be returning to New York on Saturday, January 5, 2019.

DOUSA stated she speaks to migrants who want to cross over to the US "the right way" by "preparing them" to share their credible fear story truthfully. She has been helping the migrants who's numbers are coming up at the shelters in Tijuana, Mexico. When she talks to people at the shelter, she sees them frustrated and "at a breaking point." Some of them want to cross through the desert. DOUSA does not encourage them to go through the desert because it is dangerous.

DOUSA has been a pastor since 2006 and has been working on this project since 2009, when she was with "New Sanctuary" in New York. Open source reveals the full name New Sanctuary Coalition. Their website is http://www.newsanctuarynyc.org/ . They are located at 239 Thompson St. New York, NY 10012. In the past she has worked with Immigration and Customs Enforcement in New York as well as CBP New York but was not too clear as to what her dealings were/are with them.

DOUSA provided the following contact information: Home address: [redacted]
Phone# [redacted]. Email: [redacted]

DOUSA was released at approximately 1930 hours.

## Reporting Notice

CBPO [redacted]
Office of Field Operations
Customs and Border Protection
[redacted]

[redacted]
[redacted]@cbp.dhs.gov

This product was prepared by U.S. Customs and Border Protection, [redacted] Comments and queries may be directed to the [redacted]@cbp.dhs.gov or [redacted]

**Prepared By:** [redacted] **@CBP.DHS.GOV**

(b) (7)(E)

## ENTITIES

## PERSONS (1)

**Person 1 - DOUSA SPELLMAN, Kaji**



| | | | |
|---|---|---|---|
| **Gender:** | Female | **Marital Status:** | - |
| **Height:** | - | **Weight (lbs):** | - |
| **Eye Color:** | - | **Hair Color:** | - |
| **Race:** | Black Or African American | | |
| **Hispanic:** | Not of Hispanic or Latino Origin | | |
| **Immigration Status:** | United States Citizen | | |

**Person 1 - DOUSA SPELLMAN, Kaji - SSNs**

| SSN | Source |
|---|---|
| [redacted] | CBP SYSTEMS |

**Person 1 - DOUSA SPELLMAN, Kaji - DOBs**

| DOB | Source |
|---|---|
| [redacted] | - |
| [redacted] | Passport |

**Person 1 - DOUSA SPELLMAN, Kaji - Citizenships**

| Citizenship | Source |
|---|---|
| USA | - |

**Person 1 - DOUSA SPELLMAN, Kaji - Places of Birth**

| | City | State | Country | Source |
|---|---|---|---|---|
| 1 | - | - | USA | - |
| 2 | WASHINGTON DC | DC | USA | CBP SYSTEMS |
| 3 | - | DC | USA | Passport |

**Person 1 - DOUSA SPELLMAN, Kaji - Aliases**

| | | | | |
|---|---|---|---|---|
| 1 | **Alias:** | DOUSA, Kaji Rosa Spellman | **DOB:** | - |

UNCLASSIFIED//FOUO

(b) (7)(E) [redacted]

| | | | | |
|---|---|---|---|---|
| | **Citizenship:** | - | **SSN:** | - |
| | **Source:** | CBP SYSTEMS | | |
| 2 | **Alias:** | SPELLMAN, Kaji Rosa | **DOB:** | - |
| | **Citizenship:** | - | **SSN:** | - |
| | **Source:** | Driver's License | | |
| 3 | **Alias:** | DOUSA, Kaji Rosa Spellman | **DOB:** | [redacted] |
| | **Citizenship:** | - | **SSN:** | - |
| | **Source:** | Passport | | |

**Person 1 - DOUSA SPELLMAN, Kaji - Phone Numbers**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | **Phone Number:** | (212) 288-3246 | **Extension:** | - | **Type:** | OTHER |
| | **Description:** | PARK AVENUE CHRISTIAN CHURCH | | | | |
| | **Source of Data:** | CBP INTERVIEW | | | | |
| 2 | **Phone Number:** | [redacted] | **Extension:** | - | **Type:** | CELL |
| | **Description:** | - | | | | |
| | **Source of Data:** | CBP INTERVIEW | | | | |

**Person 1 - DOUSA SPELLMAN, Kaji - Email**

| | Email Address | Description | Source of Data |
|---|---|---|---|
| 1 | [redacted] | - | CBP INTERVIEW |
| 2 | [redacted] | - | CBP SYSTEMS |

**Person 1 - DOUSA SPELLMAN, Kaji - Locations/Addresses**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | **Address:** | 1010 PARK AVE (AT E 85TH) | | | | |
| | **City:** | NEW YORK | **State/Province:** | NEW YORK | **Postal Code:** | 10028 |
| | **Country:** | USA | **Type:** | Religious Institution | | |
| | **Latitude:** | - | **Longitude:** | - | | |
| | **Description:** | PARK AVENUE CHRISTIAN CHURCH. DOUSA GIVES SERMON HERE | | | | |
| | **Source of Data:** | CBP INTERVIEW | | | | |
| 2 | **Address:** | [redacted] | | | | |
| | **City:** | NEW YORK | **State/Province:** | NEW YORK | **Postal Code:** | 10128 |

| | | | | |
|---|---|---|---|---|
| | **Country:** | USA | **Type:** | Home |
| | **Latitude:** | - | **Longitude:** | - |
| | **Description:** | HOME ADDRESS | | |
| | **Source of Data:** | CBP INTERVIEW | | |

| **Person 1 - DOUSA SPELLMAN, Kaji- Driver's Licenses** | | | | |
|---|---|---|---|---|
| 1 | **Name:** | SPELLMAN, Kaji Rosa | | |
| | **Driver's License #:** | [redacted] | **Status:** | - |
| | **Issue Date:** | --- | **Expiration Date:** | --- |
| | **State of Issue:** | DISTRICT OF COLUMBIA | **Country of Issue:** | USA |
| | **Source of Data:** | CBP SYSTEMS | | |

| **Person 1 - DOUSA SPELLMAN, Kaji - Passports** | | | | | | |
|---|---|---|---|---|---|---|
| 1 | **Name:** | DOUSA, Kaji Rosa Spellman | | | **Gender:** | Female |
| | **State of Birth:** | DISTRICT OF COLUMBIA | **Country of Birth:** | USA | | |
| | **Passport #:** | [redacted] | | | **Passport DOB:** | [redacted] |
| | **Booklet #:** | - | | | **Status:** | Valid |
| | **Issuing Country:** | USA | **Issuing Post:** | - | **Issue Date:** | 05/06/2015 |
| | **Passport Type:** | Regular | **Document Type:** | PASSPORT | **Exp. Date:** | 05/05/2025 |
| | **VISA Waiver Permanent Program:** | No | **Alien Resident Card:** | No | | |
| | **Source of Data:** | CBP SYSTEMS | | | | |

| **Person 1 - DOUSA SPELLMAN, Kaji - Remarks** | | | | |
|---|---|---|---|---|
| 1 | **Author:** | (b) (6), (b) (7)(C) | **Date:** | 01/03/2019 |
| | **Remark:** | Imported from Person: (b) (7)(E) | | |