Oscar Ramallo (Bar No. 241487)
oscar.ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorney for Plaintiff*
*Kaji Dousa*

[Additional counsel listed on following pages]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>                    Plaintiff,<br><br>       v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; AND PETER FLORES, Director of Field Operations for CBP, San Diego,<br><br>                    Defendants. | Case No. 19-cv-01255 (LAB)<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO SEAL DOCUMENTS AND ACCEPT SUBSTITUTE COPIES FOR FILING** |

Plaintiff Kaji Dousa respectfully moves the Court to seal two documents previously filed in this Court and to accept substitute copies for filing. In support of this motion, Plaintiff states as follows:

1. On December 20, 2019, Plaintiff filed her reply brief in support of her motion for a preliminary injunction and in opposition to Defendants' motions to dismiss and to strike. *See* Dkt. 55.

2. As attachments to her brief, Plaintiff included two declarations dated October 11, 2019 and December 5, 2019, each with accompanying exhibits. *See* Dkts. 55-2, 55-3, 55-4, 55-5, 55-6, 55-7, 55-8, 55-9, 55-10, 55-11. Plaintiff also attached true and correct copies of redacted documents produced by Defendants in discovery on November 1, 2019. *See* Dkts. 55-12, 55-13.

3. All filings were redacted to prevent the disclosure of personal identifying information. In particular, all documents containing an individual's social security number and/or date of birth were redacted to reveal only (1) the last four digits of the social security number and (2) the year of the individual's birth. *See* Fed. R. Civ. P. 5.2(a).

4. Plaintiff's attorneys have since learned of additional confidentiality concerns that counsel against disclosing any portion of Plaintiff's social security number or date of birth. Plaintiff therefore respectfully requests that the Court seal the following two filings in order to remove that information from the public record:

    a. Exhibit D to October 11 Declaration of Kaji Dousa (Dkt. 55-5)

    b. Exhibit to Declaration of William C. Perdue (Dkt. 55-13)

5. Plaintiff's attorneys have prepared substitute copies of these filings, which redact Plaintiff's social security number and date of birth in full. The substitute copies are attached as exhibits to this motion.

1        6. Other than new redactions covering the last four digits of Plaintiff's social security number and the year of all dates of birth that appear in the documents, the substitute copies are identical to the versions Plaintiff previously filed.

      7. The substitute copies are also consistent with Defendants' filings. Defendants' most recent filing includes several of the same discovery documents that Plaintiff attached as exhibits to her brief. *See* Dkt. 59-1 (TOE001-0015). The versions of these documents filed by Defendants redact Plaintiff's social security number and date of birth in full.

      7. Accordingly, Plaintiff respectfully requests that the Court order the two filings identified above (Dkts. 55-5 and 55-13) to be placed under seal. Plaintiff further requests that the Court accept for public filing the substitute copies attached as exhibits to this motion.

      8. Counsel for Defendants has indicated that Defendants do not oppose this motion.

Dated: January 24, 2020

Respectfully submitted,

By: /s/ Oscar Ramallo

ARNOLD & PORTER KAYE SCHOLER LLP

   Oscar Ramallo
     oscar.ramallo@arnoldporter.com
   R. Stanton Jones (*pro hac vice*)
     stanton.jones@arnoldporter.com
   William C. Perdue (*pro hac vice*)
     william.perdue@arnoldporter.com
   Ada Añon (*pro hac vice*)
     ada.anon@arnoldporter.com
   Christian D. Sheehan (*pro hac vice*)
     christian.sheehan@arnoldporter.com
   Leah J. Harrell (*pro hac vice*)
     leah.harrell@arnoldporter.com

PROTECT DEMOCRACY PROJECT, INC.

   Stephanie Llanes (*pro hac vice*)
     stephanie.llanes@protectdemocracy.org
   Anne Tindall (*pro hac vice*)
     anne.tindall@protectdemocracy.org
   Genevieve Nadeau (*pro hac vice*)
     genevieve.nadeau@protectdemocracy.org
   Ben Berwick (*pro hac vice*)
     ben.berwick@protectdemocracy.org

*Attorneys for Plaintiff Kaji Dousa*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 24, 2020, I electronically filed the foregoing with the Court by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                        Respectfully,

                        ARNOLD & PORTER KAYE SCHOLER LLP

                        */s/ Oscar Ramallo*
                        Oscar Ramallo
                        oscar.ramallo@arnoldporter.com