ROBERT S. BREWER, JR.
United States Attorney
ERNEST CORDERO, JR
Assistant U. S. Attorney
California Bar No. 131865
E-mail: ernest.cordero@usdoj.gov
MICHAEL A. GARABED
Assistant U.S. Attorney
California Bar No. 223511
E-mail: michael.garabed@usdoj.gov
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7478/7703
Facsimile: (619) 546-7751

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; and PETER FLORES, Director of Field Operations for CBP, San Diego,<br><br>    Defendants. | Case No.: 19-cv-1255-LAB (KSC)<br><br>**RESPONSE TO ORDER RE: FURTHER BRIEFING ON MOTION TO SEAL [DKT. NO. 70]**<br><br>[FILED PER COURT ORDER, DKT. NO. 70] |

On June 29, 2020, the Court issued an order requiring U.S. Customs and Border Protection ("CBP") to respond to various questions related to the pending Motion to Seal. *See* Dkt. No. 70. CBP responds through the Supplemental Declaration of Chief Patrol Agent Aaron Heitke attached as an exhibit and filed with the Court.

1

| | | |
|---|---|---|
| 1 | DATED: July 11, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | ROBERT S. BREWER, JR.<br>United States Attorney |
| 4 | | |
| 5 | | *s/ Ernest Cordero, Jr.*<br>ERNEST CORDERO, JR. |
| 6 | | Assistant United States Attorney<br>MICHAEL A. GARABED |
| 7 | | Assistant United States Attorney |