RANDY S. GROSSMAN
Acting United States Attorney
ERNEST CORDERO, JR.
Assistant U.S. Attorney
California Bar No. 131865
E-mail: ernest.cordero@usdoj.gov
MICHAEL A. GARABED
Assistant United States Attorney
California State Bar No. 223511
E-mail: michael.garabed@usdoj.gov
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Phone: (619) 546-7474/7703
Facsimile: (619) 546-7751

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>            Plaintiff,<br><br>       vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>            Defendants. | Case No.: 19cv1255-TWR (KSC)<br><br>**JOINT MOTION TO EXTEND DOCUMENT PRODUCTION DEADLINE** |

      In its Amended Scheduling Order (ECF NO. 93), the Court set a deadline of April 16, 2021 for the Federal Defendants to complete production of all documents and electronically stored information (ESI) in response to all of plaintiff's documents requests. To date, agency attorneys have completed their review of all responsive documents. The vast majority will have been produced to Plaintiff by the current deadline of April 16, 2021.

      However, CBP agency counsel experienced technical problems with approximately 150 documents that also contained additional associated family members. The documents could not be produced because the problems prevented their review. The documents were sent to LTSC for resolution of the technical issues. Most issues were resolved. Those

documents have been returned and reviewed by CBP. They now are being sent to LTSC for final processing. Due to these technical issues, CBP will not be able to produce the documents, as well as the associated family members, until April 23 – one week after the current deadline.

For the foregoing reasons, the parties request the Court to extend the production deadline by one week to April 23, 2021.

DATED:  April 14, 2021                    Respectfully submitted,

                                          RANDY S. GROSSMAN
                                          Acting United States Attorney

                                          /s/ Ernest Cordero, Jr.
                                          ERNEST CORDERO, JR.
                                          Assistant U.S. Attorney
                                          Attorneys for Federal Defendants

                                          ARNOLD & PORTER KAYE
                                          SCHOLER LLP

                                          /s/ William C. Purdue
                                          WILLIAM C. PURDUE
                                          Attorneys for Plaintiff

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from William C. Purdue to affix his electronic signature to this document.

DATED:  April 14, 2021                    Respectfully submitted,

                                          RANDY S. GROSSMAN
                                          Acting United States Attorney

                                          /s/ Ernest Cordero, Jr.
                                          ERNEST CORDERO, JR.
                                          Attorneys for Federal Defendants