Oscar Ramallo (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorney for Plaintiff*
*Kaji Dousa*

[Additional counsel listed on signature page.]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; AND PETER FLORES, Director of Field Operations for CBP, San Diego,<br><br>　　　　　Defendants. | Case No. 19-cv-01255<br><br>**PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Hearing Date: April 6, 2021<br>Time: 1:30 p.m.<br>Judge: Hon. Todd W. Robinson |

Pursuant to Federal Rules of Civil Procedure 26 and 37 and the Court's inherent authority, Plaintiff Kaji Dousa respectfully moves for an order imposing sanctions on Defendants for violating Magistrate Judge Crawford's order regarding expedited discovery (Dkt. 42), for submitting a false or at best misleading sworn declaration to the Court, and for failing to correct the record upon learning that the declaration likely misled the Court.

Counsel for Plaintiff has met and conferred with counsel for Defendants in compliance with this Court's rules, and the parties were not able to resolve the issue without involving the Court.

Dated: December 8, 2021

Respectfully submitted,

By: /s/ Oscar Ramallo

ARNOLD & PORTER KAYE SCHOLER LLP

Oscar Ramallo
  oscar.ramallo@arnoldporter.com
R. Stanton Jones (*pro hac vice*)
  stanton.jones@arnoldporter.com
William C. Perdue (*pro hac vice*)
  william.perdue@arnoldporter.com
Janine M. Lopez (*pro hac vice*)
  janine.lopez@arnoldporter.com
Ada Añon (*pro hac vice*)
  ada.anon@arnoldporter.com
Christian D. Sheehan (*pro hac vice*)
  christian.sheehan@arnoldporter.com
Leah J. Harrell (*pro hac vice*)
  leah.harrell@arnoldporter.com

|  |  |
|---|---|
| 1 | PROTECT DEMOCRACY PROJECT, INC. |
| 2 | Christine Kwon |
| 3 | christine.kwon@protectdemocracy.org |
|  | Stephanie Llanes (*pro hac vice*) |
| 4 | stephanie.llanes@protectdemocracy.org |
| 5 | Anne Tindall (*pro hac vice*) |
|  | anne.tindall@protectdemocracy.org |
| 6 | Genevieve Nadeau (*pro hac vice*) |
| 7 | genevieve.nadeau@protectdemocracy.org |
|  | Ben Berwick (*pro hac vice*) |
| 8 | ben.berwick@protectdemocracy.org |
| 9 |  |
| 10 | *Attorneys for Plaintiff Kaji Dousa* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I electronically filed the foregoing with the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully,

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ Oscar Ramallo*
Oscar Ramallo
oscar.ramallo@arnoldporter.com