MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DOUSA VS US Department of Homeland Security et al

Case Number: 19CV1255-TWR-KSC EXHIBIT LIST Bench Trial

☒ Plaintiff ☒ Defendant ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 5 | 8/30/2022 | 8/30/2022 | [CBP00003532] 1.10.2019: Email from J. Rodriguez re: Caravan Organizers |
| 9 | 8/31/2022 | 8/31/2022 | [CBP 0000747-49] 02.28.2019 Email from H. Dominguez re: NBC Inquiry - Op Secure Line Gathers Intel on U.S. Citizens |
| 14 | 8/31/2022 | 8/31/2022 | [ICE_0000128-3 1] US Customs and Border Protection LFC Region IX EOCPhotos of Individuals |
| 27 | 8/30/2022 | 8/30/2022 | [CBP00003533-42] 2019.01.09 "San Diego Sector Foreign Operations Branch Migrant Caravan FY-2019 Suspected Organizers, Coordinators, Instigators, and Media" |
| 29 | 8/30/2022 | 8/30/2022 | [CBP00004816-17] 12.03.2018 Email from M. Haro re: SENTRI poss Caravan organizer |
| 30 | 8/31/2022 | 8/31/2022 | [DHS_0023102-06] 12.03.2018 DHS - Custom and Border Protection- Field Encounter Report [Possible Migrant Caravan Intel] |
| 32 | 8/30/2022 | 8/30/2022 | [CBP-0000829-831] 12.06.2018 Email from M. Haro re: SENTRI poss Caravan organizer |
| 33 | 8/30/2022 | 8/30/2022 | [CBP 0012265-66] 12.14.2018 Email from S. Oliveri re: Dousa Kanji Info/Marriage Fraud Certificate |
| 38 | 8/30/2022 | 8/30/2022 | [CBP 0000826-27] 12.06.2018 Email from N. Gonzales re: SENTRI poss caravan organizer |
| 39 | 8/30/2022 | 8/30/2022 | [CBP 0012085-89] 12.03.18 Email from M. Haro re: Region IX EOC Organizers line up |
| 40 | 8/30/2022 | 8/30/2022 | [CBP 0012130-42] 12.05.2018 Email from M. Haro re: Target profiles |
| 41 | 8/30/2022 | 8/30/2022 | [CBP 0013548] 12.10.2018 Email from S. Oliveri re: Solicitud |
| 42 | 8/30/2022 | 8/30/2022 | [CBP 0012223-24] 12.11.2018 Email from S. Oliveri re: Solicitud |
| 43 | 8/31/2022 | 8/31/2022 | [CBP 0012225-26] 12.13.2018 Email from M. Haro re: Solicitud |
| 44 | 8/30/2022 | 8/30/2022 | [CBP 0012263-64] 12.13.2018 Email from M. Haro re: Dousa Kanji [sic] Info/Marriage Fraud Certificate |
| 48 | 8/30/2022 | 8/30/2022 | [CBP 0012806] 01.08.2019 Email from M. Haro re: SENTRIs |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DOUSA VS US Department of Homeland Security et al

Case Number: 19CV1255-TWR-KSC EXHIBIT LIST Bench Trial

☒ Plaintiff ☒ Defendant ☐ Court

| | | | |
|---|---|---|---|
| 51 | 8/30/2022 | 8/30/2022 | [CBP-00001-53][FOIA-00001-34] Packet of documents (including "Al Otro Lado" documents) |
| 64 | 8/31/2022 | 8/31/2022 | [ICE_0000126-27] 12.03.2018 Email from E. Torregrosa re: Region IX EOC - Caravan organizers lineup |
| 73 | 8/31/2022 | 8/31/2022 | [CBP 00000122-138] 01.14.2019 DHS - Custom and Border Protection- Field Encounter Report [Migrant Caravan – Possible Marriage Fraud] |
| 78 | 8/31/2022 | 8/31/2022 | [CBP00013125] 1.4.2019 email from M. Haro to TTRT |
| 79 | 8/31/2022 | 8/31/2022 | [CBP 0000845] 12.28.2018 email from S. Assad re: SM/OS & Financials on Fraud Marriage Certificate Group |
| 105 | 8/31/2022 | 8/31/2022 | [CBP 0011872] 01.17.19 email from J. Castillo re: Caravan Workup 2018-2019 |
| 109 | 8/31/2022 | 8/31/2022 | [CBP_0012331] 12.18.18 email from M. Haro re: FW: Target profiles |
| 110 | 8/31/2022 | 8/31/2022 | [CBP 0012384] 12.20.18 email from M. Haro re: caravan profiles - as of 12/20 |
| 111 | 8/31/2022 | 8/31/2022 | [CBP 0012385-453] spreadsheet re: leaders and organizers, instigators, anarchist, pro-caravan, and anti-caravan |
| 119 | 8/31/2022 | 8/31/2022 | [CBP 0010572] 01.10.19 email from M. Haro re: FW: Caravan Organizers |
| 121 | 8/31/2022 | 8/31/2022 | [CBP 00002] document entitled "San Diego Sector Intel Unit" |
| 122 | 8/31/2022 | 8/31/2022 | [CBP 00003-04] TECS - Person Query |
| 125 | 8/31/2022 | 8/31/2022 | [CBP 00027-34] Field Encounter - Migrant Caravan 2019/Kaji Dousa |
| 126 | 8/30/2022 | 8/30/2022 | [CBP 00035-44] San Diego Sector: Foreign Operations Branch: Migrant Caravan FY-2019: Suspected Organizers, Coordinators, Instigators, and Media |
| 301 | 8/31/2022 | 8/31/2022 | [CBP 0013092] U.S. Customs and Border Protection LFC Region IX EOC Intelligence Report - Dousa |
| 302 | 8/31/2022 | 8/31/2022 | [CBP 0013079-80] 12.1.2018 Email from M. Haro re: Op Migrant Caravan - TTRT Support |
| 303 | 8/31/2022 | 8/31/2022 | [CBP00003532] 1.10.2019: Email from J. Rodriguez re: Caravan Organizers |
| 305 | 8/31/2022 | 8/31/2022 | [CBP 0000738-40] 12.03.2018 Email from R. Del Villar re: Caravan INTEL from ASID |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DOUSA VS US Department of Homeland Security et al

Case Number: 19CV1255-TWR-KSC EXHIBIT LIST Bench Trial

☒ Plaintiff ☒ Defendant ☐ Court

| | | | |
|---|---|---|---|
| 309 | 8/31/2022 | 8/31/2022 | [CBP-0000829-831] 12.06.2018 Email from M. Haro re: SENTRl poss Caravan organizer |
| 311 | 8/31/2022 | 8/31/2022 | [CBP 0012820-21] 01.08.2019 Email from M. Haro re: Info |
| 314 | 8/31/2022 | 8/31/2022 | [CBP 0012265-66] 12.14.2018 Email from S. Oliveri re: Dousa<br>Kanji [sic] Info/Marriage Fraud Certificate |
| 315 | 8/30/2022 | 8/30/2022 | CBP00003962] 01.08.2019 Email from M. Haro re: SENTRIs [CBP00003963-72] "SDC-FOB Migrant Caravan FY-2019 Suspected Organizers, Coordinators, Instigators, and Media Presentation (Color)" |
| 316 | 8/31/2022 | 8/31/2022 | [CBP 0012806] 01.08.2019 Email from M. Haro re: SENTRIs |
| 317 | 8/31/2022 | 8/31/2022 | [CBP 0000771] 03.08.2019 Email from H. Dominguez re: Instigators and Organizers |
| 325 | 8/31/2022 | 8/31/2022 | [CBP 0001896-1901] 12.03.2018 Email from SDC BOC re: Migrant Interview Analysis |
| 327 | 8/29/2022 | 8/29/2022 | [CBP-00092] 11.28.2018 Certificate of Marriage between Elvis Dominguez Moreno and Herminia Elizabeth Morales |
| 328 | 8/31/2022 | 8/31/2022 | [CBP 0013234-37] 12.26.2018 Email from T. Cochran re: Virginia "Marriage" Certificate |
| 329 | 8/31/2022 | 8/31/2022 | [CBP 0012499] 12.03.2018 Certificate of Marriage between Dora<br>Urrea Amanda Bejarano and Wilmer Pinto Natzul Romero |
| 330 | 8/31/2022 | 8/31/2022 | [CBP 0010883-90] 12.20.2018 Report of Investigation - Possible<br>Marriage Fraud - Migrant Caravan |
| 332 | 8/31/2022 | 8/31/2022 | [CBP 0012801] 1.6.2019 CBP email |
| 333 | 8/29/2022 | 8/30/2022 | Max Rivlin-Nadler, NYC Faith Leaders Administer Aid (and Wedding Vows) to Sanctuary Caravan in Tijuana, Gothamist (Nov. 28, 2018), https :// gothamist.com/news/nyc-faithleaders-administer-aid-andweddingvows-to-sanctuary-caravan-in-tiiuana. |
| 338 | 8/29/2022 | 8/30/2022 | Case Document 55-2 04.23.2016 letter to K. Dousa re: Global Entry |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DOUSA VS US Department of Homeland Security et al

Case Number: 19CV1255-TWR-KSC EXHIBIT LIST Bench Trial

☒ Plaintiff ☒ Defendant ☐ Court

| | | | |
|---|---|---|---|
| 339 | 8/29/2022 | 8/30/2022 | Case Document 55-3 6.22.2016 email to K. Dousa confirming appointment for SENTRI/Global Entry Trusted Traveler program in San Ysidro, CA |
| 340 | 8/29/2022 | 8/30/2022 | Case Document 55-4 Welcome to the Trusted Traveler Programs letter |
| 343 | 8/30/2022 | 8/30/2022 | Case Document 55-7 03.07.2019 NBC.com article "PHOTOS: Leaked Documents Show Government Tracking Journalists, Immigration Advocates" |
| 346 | 8/29/2022 | 8/30/2022 | Case Document 55-10 11.26.2018 email chain between K. Dousa and N. Ramos re: migrant wedding ceremonies |
| 347 | 8/29/2022 | 8/30/2022 | Case Document 55-11 Clergy Caravan Accompaniment Notes |
| 348 | 8/31/2022 | 8/31/2022 | [CBP 0013072-13073] Email from J. Morales re: FIR |
| 349 | 8/31/2022 | 8/31/2022 | [CBP 0012539] Email from "donotreply@cbp.dhs.gov" re: PED<br>Primary HIT: [REDACTED] |
| 350 | 8/31/2022 | 8/31/2022 | [CBP 0012542] Email from "csis-donotreply@cbp.dhs.gov" re: NEG INSPC RSLT [REDACTED] |
| 351 | 8/31/2022 | 8/31/2022 (Cover pg and pg 23 only) | [CBP 0000783-822] Emergency Operations Center - Region IX<br>Update |
| 529 | 8/30/2022 | 8/30/2022 | [CBP 0014207 - 0014297] Consolidated<br>Trusted Traveler Program Handbook |
| 545 | 8/30/2022 | 8/30/2022 | [DOUSA00022 -00024] 9.29.2017 Email re Meeting with ICE Director and Agenda |
| 546 | 8/30/2022 | 8/30/2022 | [DOUSA00029] 10.5.2017 Thomas Email re Follow Up to AILA Meeting |
| 547 | 8/30/2022 | 8/30/2022 | [DOUSA00055 - 00060] 1.17.2018 New Sanctuary Coalition Board Meeting Minutes |
| 549 | 8/30/2022 | 8/30/2022 | [DOUSA00104 - 00106] 1.30.2018 Dousa Email to Commissioner Mostofi |
| 550 | 8/30/2022 | 8/30/2022 | [DOUSA00132 - 00140] Jericho Walk Flyer |
| 551 | 8/30/2022 | 8/30/2022 | [DOUSA00143 - 00144] 2.8.2018 New Sanctuary Coalition Board Meeting Minutes |
| 552 | 8/30/2022 | 8/30/2022 | [DOUSA00147 - 00148] 3.10.2018 Dousa Email re Talking Points for Joy Reid Show |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DOUSA VS US Department of Homeland Security et al

Case Number: 19CV1255-TWR-KSC EXHIBIT LIST Bench Trial

☒ Plaintiff ☒ Defendant ☐ Court

| | | | |
|---|---|---|---|
| 553 | 8/30/2022 | 8/30/2022 | [DOUSA00149- 00150] 3.11.2018 Curry Email re Segment Elements |
| 555 | 8/30/2022 | 8/30/2022 | [DOUSA00280 - 00281] 11.15.2018 Dousa Email re Visit to San Diego |
| 559 | 8/30/2022 | 8/30/2022 | [DOUSA00472 - 00473] 11.23.2018 Email re Solidarity with Caravan |
| 566 | 8/30/2022 | 8/30/2022 | [DOUSA00900] Dousa Email re Quick Post |
| 567 | 8/30/2022 | 8/30/2022 | [DOUSA01341] 11.3.2019 Breyer Email re ICNY Dec 18 Newsletter |
| 569 | 8/30/2022 | 8/30/2022 | [DOUSA01390 -01392] 10.30.2019 Email re Married by you |
| 572 | 8/30/2022 | 8/30/2022 | ECF 25-1 Declaration of Kaji Dousa |
| 580 | 8/30/2022 | 8/30/2022 | Dousa- - Interdiction Notes |
| 582 | 8/31/2022 | 8/31/2022 | Ex 582 1.4.2019 Haro re Dousa |
| 583 | 8/30/2022 | 8/30/2022 | Ex 5 83 Dousa crossings |
| 584 | 8/30/2022 | 8/30/2022 | Complaint |
| 585 | 8/30/2022 | 8/30/2022 | [CBP-00005 - 00009] Morales FIR |
| 586 | 8/30/2022 | 8/30/2022 | ATS Query |