Oscar Ramallo (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199


*Attorney for Plaintiff*

*Kaji Douša*


[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUŠA,<br><br>                    Plaintiff,<br><br>          v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; AND PETER FLORES, Director of Field Operations for CBP, San Diego,<br><br>                    Defendants. | Case No. 19-cv-01255-TWR<br><br>**JOINT REDACTED EXHIBITS**<br><br>Judge: Hon. Todd W. Robinson |

US 172768111v1

The parties hereby submit the attached, redacted exhibits.

| A | PX 0005 |
|---|---------|
| B | PX 0009 |
| C | PX 0014 |
| D | PX 0027 |
| E | PX 0029 |
| F | PX 0030 |
| G | PX 0032 |
| H | PX 0033 |
| I | PX 0039 |
| J | PX 0040 |
| K | PX 0041 |
| L | PX 0042 |
| M | PX 0043 |
| N | PX 0044 |
| O | PX 0048 |
| P | PX 0051 |
| Q | PX 0064 |
| R | PX 0073 |
| S | PX 0078 |
| T | PX 0079 |
| U | PX 0105 |
| V | PX 0109 |
| W | PX 0110 |
| X | PX 0111 |
| Y | PX 0119 |
| Z | PX 0121 |
| AA | PX 0122 |
| AB | PX 0125 |
| AC | PX 0126 |
| AD | JX 301 |
| AE | JX 302 |
| AF | JX 303 |
| AG | JX 305 |
| AH | JX 309 |
| AI | JX 311 |

1

US 172768111v1

| AJ | JX 314 |
| AK | JX 315 |
| AL | JX 316 |
| AM | JX 317 |
| AN | JX 325 |
| AO | JX 327 |
| AP | JX 328 |
| AQ | JX 329 |
| AR | JX 330 |
| AS | JX 332 |
| AT | JX 333 |
| AU | JX 338 |
| AV | JX 339 |
| AW | JX 340 |
| AX | JX 343 |
| AY | JX 346 |
| AZ | JX 347 |
| BA | JX 348 |
| BB | JX 349 |
| BC | JX 350 |
| BD | JX 351 |
| BE | DX 546 |
| BF | DX 580 |
| BG | DX 582 |
| BH | DX 583 |
| BI | DX 584 |
| BJ | DX 585 |
| BK | DX 586 |

JOINT REDACTED EXHIBITS

1  Dated: October 28, 2022

Respectfully submitted,

2  By:  */s/ Oscar Ramallo*

3  ARNOLD & PORTER KAYE SCHOLER LLP

4     Oscar Ramallo
   oscar.ramallo@arnoldporter.com

5     R. Stanton Jones (*pro hac vice*)
    stanton.jones@arnoldporter.com

6     William C. Perdue (*pro hac vice*)

7      william.perdue@arnoldporter.com

8     Ada Añon (*pro hac vice*)
    ada.anon@arnoldporter.com

9     Christian D. Sheehan (*pro hac vice*)

10     christian.sheehan@arnoldporter.com
   Leah J. Harrell (*pro hac vice*)

11     leah.harrell@arnoldporter.com

12    Rachel A. Carpman (*pro hac vice*)
    rachel.carpman@arnoldporter.com

13

14 PROTECT DEMOCRACY PROJECT, INC.
   Christine Kwon

15     christine.kwon@protectdemocracy.org
   Stephanie Llanes (*pro hac vice*)

16     stephanie.llanes@protectdemocracy.org

17    Anne Tindall (*pro hac vice*)
    anne.tindall@protectdemocracy.org

18    Genevieve Nadeau (*pro hac vice*)

19     genevieve.nadeau@protectdemocracy.org
   Ben Berwick (*pro hac vice*)

20     ben.berwick@protectdemocracy.org

21

22 *Attorneys for Plaintiff Kaji Douša*

23

24

25

26

27

28

3

JOINT REDACTED EXHIBITS

US 172768111v1

1  Dated: October 28, 2022

   Respectfully submitted,

2  RANDY S. GROSSMAN
   United States Attorney

3

4  By:  */s/ Ernest Cordero, Jr.*

5  ERNEST CORDERO, JR.
   Assistant United States Attorney
6  MICHAEL A. GARABED
   Assistant United States Attorney

7

8  *Attorneys for Federal Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US 172768111v1

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Ernest Cordero, Jr., attorneys for Federal Defendants, and I have obtained authorization to Affix his electronic signature to this document.

DATED:        October 28, 2022        Respectfully submitted,

By: */s/ Oscar Ramallo*

ARNOLD & PORTER KAYE SCHOLER LLP

US 172768111v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I electronically filed the foregoing with the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully,


ARNOLD & PORTER KAYE SCHOLER LLP


*/s/ Oscar Ramallo*

Oscar Ramallo

oscar.ramallo@arnoldporter.com

6

JOINT REDACTED EXHIBITS

US 172768111v1