# EXHIBIT A

| | |
|---|---|
| From: | RODRIGUEZ, JUAN L [E-mail per ECF No. 49] |
| Sent: | 1/10/2019 7:54:09 AM |
| To: | HARO, MIGUEL A [E-mail per ECF No. 49]; PII/E-mail per ECF No. 49 [E-mail per ECF No. 49]; DOMINGUEZ, HALDO E [E-mail per ECF No. 49/PII] [E-mail per ECF No. 49] |
| CC: | LES/E-mail per ECF No. 49; PII; PII/E-mail per ECF No. 49; PII/E-mail per ECF No. 49 [E-mail per ECF No. 49]; OLIVERI, SARO |
| Subject: | Caravan Organizers |
| Attachments: | Caravan Organizers 1.9.2019.pdf; Caravan Organizers 1.9.2019.pptx |
| Flag: | Follow up |

Good Evening,

Please see attached document containing 67 identified Caravan Organizers. This was compiled with information available [LEP]

I am sure there are subjects who are still missing, but this is what we were able to compile.

Feel free to send out to whomever you like.


**Juan Rodriguez**
(A) Special Operations Supervisor
Foreign Operations Branch
LES
San Diego Sector
U.S. Border Patrol
24hr Cell: Phone per ECF No. 49



**Plaintiff's Exhibit 5**