# EXHIBIT B

**DOMINGUEZ, HALDO E**

**From:** DOMINGUEZ, HALDO E
**Sent:** Thursday, February 28, 2019 9:12 PM
**To:** DEL-VILLAR, ROBERTO
**Cc:** RODRIGUEZ, JUAN L; PII
**Subject:** Re: NBC INQUIRY - Op Secure Line Gathers Intel on U.S. Citizens

T4 sir!

On Feb 28, 2019, at 2:56 PM, DEL-VILLAR, ROBERTO < E-mail redaction > wrote:

> The Chief is asking LES to help him articulate LES .
>
> Example:
>
> # LES
>
> Haldo,
>
> Can you please take the lead. We are going to need something sooner than later. Let's shoot for Monday COB.
> Please coordinate with LES so we are not duplicating efforts.
>
> Thanks,
>
> Roberto
>
> **From:** PII < E-mail redaction >
> **Sent:** Wednesday, February 27, 2019 4:16 PM
> **To:** DEL-VILLAR, ROBERTO < E-mail redaction >
> **Subject:** FW: NBC INQUIRY - Op Secure Line Gathers Intel on U.S. Citizens
>
> FYSA
>
> **From:** PII
> **Sent:** Wednesday, February 27, 2019 3:51 PM
> **To:** SCOTT, RODNEY S < E-mail redaction >;PII< E-mail redaction >;PII< E-mail redaction >; PII< E-mail redaction >;PII< E-mail redaction >
> **Subject:** FW: NBC INQUIRY - Op Secure Line Gathers Intel on U.S. Citizens
>
> All-
>
> See below and attached. CBP OPA is aware.
>
> PII

Plaintiff's Exhibit 9

Could you please refer the ⎯⎯ LES ⎯⎯ ?

PII

---

**From:** Jones, Thomas (NBCUniversal) <E-mail per ECF No. 49>
**Sent:** Wednesday, February 27, 2019 4:08 PM
**To:** PII < E-mail redaction >; PII < E-mail redaction >; PII < E-mail redaction >; E-mail redaction ; PII (FBI) < E-mail redaction > ( E-mail redaction ) < E-mail redaction >; E-mail redaction < E-mail redaction >
**Subject:** NBC INQUIRY - Op Secure Line Gathers Intel on U.S. Citizens

Good afternoon,
I am sending this request for comment to several agencies as the story we are preparing to report involves all that are included on this email.

We are preparing a story about a portion of the initiative "Operation Secure Line," which was run out of the San Diego Sector Foreign Operations Branch. The portion of the initiative that we are looking into has to do with the gathering of intelligence on individuals that were labelled as "Suspected Organizers, Coordinators, Instigators and Media" tied to the Migrant Caravan in FY-2019. This included American citizens as well as those who originated out of the country.

Our information is based off of interviews with sources from within your agencies, as well as documentation and screenshots provided to us anonymously that details the level of information gathered on these targeted individuals. Attached are two screenshots showing the kinds of information we obtained (I've redacted the individual DOBs for privacy protection.) The individuals targeted for intelligence gathering included journalists, media/photographers, activists/organizers, and at least one attorney who were either reporting on the caravan, assisting members of the caravan or were considered a caravan organizer, based on their social media account affiliations.

According to a prepared dossier that we've obtained a copy of, information gathered on a U.S. attorney included personal details (full name, DOB, known address, country of commencement, height, weight) as well as the car they drive, their next of kin, their employment history, travel history and photos/information pulled from the individual's social media account, specifically Facebook. From the information we've gathered, intelligence was gathered on at least three dozen individuals and we've been told dossiers were created on all of the individuals targeted in this effort. According to a source we spoke with from within your agency, dossiers also included information that was gleaned from secondary inspections of these individuals as they crossed the border, including information from attorney client files and/or the person's mobile phone.

The sources say the agencies involved with this initiative in "Operation Secure Line" include Customs and Border Protection, Office of Field Operations, Immigration and Customs Enforcement, Homeland Security Investigations, U.S. Border Patrol, the Federal Bureau of Investigations, and OMEGA, Border Patrol's Border Violence Response Unit.

We would like to interview someone from one of your agencies about this. If an interview is not permitted, then we would like a statement providing confirmation of the information above, answers to the following questions, and any additional information you feel necessary to include relating to this portion of the operation.

1. Which agency directed "Operation Secure Line," where did the Operation originate?
2. Who gave orders/directive to initiate "Operation Secure Line" and what was the overall

purpose of this initiative?
3. According to Title IXX, which outlines Border Search Authority, agents have the right to search anyone crossing the border but only if they are searching for specific "merchandise." This does not include attorney-client files or mobile phones of those who are not suspected of a crime. Sources say under "Operation Secure Line," agents were searching these kinds of items. What is your agency's response to this?
4. Did "Operation Secure Line" violate the first amendment rights of a free press and/or attorney-client privileges?
5. What legal footing does this portion of "Operation Secure Line" stand on in relation to screening journalists and attorneys?
6. Given that sources say there are only a few dozen individuals on this list, how did you select or choose to flag these individuals?
7. How often is this database, that sources say is shared in a SharePoint between the involved agencies, updated to reflect the most recent information?

Our deadline for answers to these questions is **Friday, March 1 by 5pm PST.** Please let me know if you have any questions.

**Tom Jones**
**Executive Investigative Producer**
*NBC 7 Investigates and NBC 7 Responds*

PII

<image003.jpg>


<Page from OpSecureLine Docs.JPG>

<Cover Page to Database.JPG>