# EXHIBIT D



# San Diego Sector
# Foreign Operations Branch

Migrant Caravan FY-2019
Suspected Organizers, Coordinators, Instigators, and Media

**Plaintiff's Exhibit 27**

01/09/2019

Confidential - Subject to Protective Order (LES/PII)　　　　CBP00003533

# PII/LES



PII/LES · PII/LES · PII/LES · PII/LES

PII/LES
COC: US

COC: US

COC: US

PII/LES

**LEGEND**
- ☐ USC
- ☐ MEX
- ☐ OTM
- ✖ ARRESTED
- ✖ VISA/SENTRI CANCELED
- ✖ INTERVIEWED

**UNCLASSIFIED / FOR OFFICIAL USE ONLY**

# PII/LES



**Kaji Dousa SPELLMAN**
**DOB:** PII
**COC:** US
**Role:** Associate
**Alert Placed:** Yes
**Disposition:** SENTRI Revoked

PII/LES

PII/LES

COC: US

PII/LES

PII/LES

PII/LES

COC: US

PII/LES

PII/LES

PII/LES

COC: US

PII/LES



**LEGEND**
☐ USC
☐ MEX
☐ OTM
✖ ARRESTED
✖ VISA/SENTRI CANCELED
✖ INTERVIEWED

**UNCLASSIFIED / FOR OFFICIAL USE ONLY**

Confidential - Subject to Protective Order (LES/PII)    CBP00003535











Confidential - Subject to Protective Order (LES/PII)   CBP00003540



Confidential - Subject to Protective Order (LES/PII)　　　　　CBP00003541

PII/LES



PII/LES

PII/LES

PII/LES

COC: US

PII/LES



PII/LES

COC: US

**LEGEND**
- ☐ USC
- ☐ MEX
- ☐ OTM
- ✖ ARRESTED
- ✖ VISA/SENTRI CANCELED
- ✖ INTERVIEWED

**UNCLASSIFIED / FOR OFFICIAL USE ONLY**

Confidential - Subject to Protective Order (LES/PII)                                                                                                                              CBP00003542