# EXHIBIT E

| | |
|---|---|
| **From:** | HARO, MIGUEL A [E-mail per ECF No. 49 E-mail per ECF No. 49 ] |
| **Sent:** | 12/3/2018 3:08:19 PM |
| **To:** | GONZALES, NICOLAS JR [E-mail per ECF No. 49  ]; PII [E-mail per ECF No. 49  ] |
| **CC:** | OLIVERI, SARO [E-mail per ECF No. 49] |
| **Subject:** | RE: SENTRI poss caravan organizer |
| **Attachments:** | Dousa buisiness card.jpg |

Gents,

Border Patrol showed various pictures of Kaji S. Dousa from the internet, as well as the website of the Park Avenue Christian Church. [LEP] was not able to identify Dousa, but she did describe a woman fitting the description of Dousa. Attached is a picture of the business card [LEP] was provided with and had in her possession.

Here's an article regarding Dousa and the 'Sanctuary Caravan'. You can see a woman who resembles her in the picture from the article.

http://gothamist.com/2018/11/28/sanctuary_caravan_tijuana_refugee.php

**From:** GONZALES, NICOLAS JR
**Sent:** Monday, December 03, 2018 7:03 AM
**To:** HARO, MIGUEL A <PII/E-mail per ECF No. 49 >
**Cc:** OLIVERI, SARO <E-mail per ECF No. 49>
**Subject:** RE: SENTRI poss caravan organizer

Haro,

Please, let us know once you confirm this information.

Thanks.

Nico

**From:** HARO, MIGUEL A <E-mail per ECF No. 49>
**Sent:** Sunday, December 2, 2018 12:17 PM
**To:** GONZALES, NICOLAS JR <E-mail per ECF No. 49 >; PII <PII/E-mail per ECF No. 49 >
**Cc:** OLIVERI, SARO <E-mail per ECF No. 49 >
**Subject:** SENTRI poss caravan organizer

Gents,

Good afternoon, see attached FIR. I'm waiting to get confirmation from Border Patrol on the image they showed the detainee from the caravan. But, based on the unique name I placed a lookout on the subject and found out she was enrolled in SENTRI. We would like to have her interviewed to see if she is helping coordinate the caravan in Tijuana, but her continued enrollment I'll leave up to your discretion. Once I get confirmation I will follow up, let me know if you have any questions.

Confidential - Subject to Protective Order (LES/PII)

Plaintiff's Exhibit 29

CBP00004816



Kaji Rosa Spellman DOUSA
DOB: PII
Portpass #: PII
TECS ID: [ LEP ]

Miguel Haro
LFC Region IX EOC - Intel
Phone per ECF No. 49

Confidential - Subject to Protective Order (LES/PII)                                    CBP00004817