# EXHIBIT F

UNCLASSIFIED//FOUO/LES



# DEPARTMENT OF HOMELAND SECURITY

## CUSTOMS AND BORDER PROTECTION

### SDC-SAN DIEGO BORDER PATROL SECTOR HQS

### IMB-IMPERIAL BEACH STATION

---

## FIELD INFORMATION REPORT

**Product Title:** POSSIBLE MIGRANT CARAVAN INTEL

**Product ID:** LEP

---

(U) **FOR OFFICIAL USE ONLY WARNING:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.

(U) **FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES) WARNING:** This document is FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES). This document may be shared with DHS personnel who have a need to know but any sharing outside of DHS requires the written approval of the author. If approved for dissemination outside of DHS, the report may only be used for intelligence and investigative lead purposes. Any other use is prohibited unless prior written authorization is received from the author. Prior written authorization from CBP Office of Chief Counsel is required before providing this material to the Department of Justice or other authority for purposes of litigation, including disclosure in a civil or criminal case.

**Prepared By:** MORALES, Joshua, Secure (e): E-mail per ECF No. 49

**Published Date:** 12/03/2018

UNCLASSIFIED//FOUO/LES

Confidential - Counsel Only

Plaintiff's Exhibit 30

DHS_0023102

UNCLASSIFIED//FOUO/LES                                                                              LEP

LEP - Law Enforcement

## METADATA

| | |
|---|---|
| Associated Workspace | LEP |
| **Intelligence Collection Requirements:** | |
| HSEC SINs: | LEP |
| CBP SINs: | |
| CBP PIRs: | - |
| Other Collection Requirements: | |
| **Geographical and Operational Environments:** | |
| GEO AREAs: | CONUS: SOUTHWEST: CALIFORNIA |
| USBP OEs: | USBP-OE-1: Land Border |
| OFO OEs: | - |
| **Product Categorization:** | |
| Restrictions: | Unrestricted |
| Alerts: | No |
| BOLO: | No |
| Category/Subcategory: | INTELLIGENCE / BORDER COORDINATION ACTIVITY & RELATED INFORMATION<br>INTELLIGENCE / ORGANIZED CRIMINAL ACTIVITIES/INTERNAL CONSPIRACIES |
| Special Operations/Project Code: | - |
| Reliability: | Unknown |
| Evaluation: | Probable |
| Source Type: | LEP |
| Source Description: | LEP |

UNCLASSIFIED//FOUO/LES                              12/03/2018                    Page 2 of 5

Confidential - Counsel Only                                        DHS_0023103

UNCLASSIFIED//FOUO/LES                                                                                      LEP

# REPORT TITLE

POSSIBLE MIGRANT CARAVAN INTEL

# DATE AND TIME OF INFORMATION

11/30/2018 21:00

# EXECUTIVE SUMMARY

Honduran national admitted to being a member of the Migrant Caravan as well as a volunteer worker. Subject's phone contained information regarding possible caravan coordinators as well as alleged practices being utilized. Information was also gathered that indicated a foreign organization's intent to force a closure of the San Ysidro Port of Entry in San Diego, California on December 1, 2018.

# NARRATIVE

On November 30, 2018 Imperial Beach Border Patrol Station Strike Team Agents interviewed Honduran national PII/Migrant 1/LES                                    , e3 event #         LEP         ). Migrant 1 admitted to being a part of the Migrant Caravan that arrived in Mexico from Central America. Prior to November 30, 2018, Migrant 1 was in Tijuana for approximately two weeks. Prior to Tijuana, Migrant 1 claimed she was travelling with the caravan through various parts of Mexico. Migrant 1 later admitted to being a volunteer worker for the Park Avenue Christian Church.

Migrant 1 stated that while in Tijuana, she was sitting with other members of the caravan at their camp site when an organizer began addressing the crowd. Migrant 1 states that the person is a Reverend by the name Kaji S. Dousa. Migrant 1 stated that Kaji S. Dousa told her and others that were present at the camp site that they should all get married to each other. According to Migrant 1, Dousa told everyone that if they get married, they will get papers to live in the United States. Migrant 1 stated that she is currently married to a man in Honduras and that he is currently caring for her children. Migrant 1 stated that despite being married in Honduras, they forced her to get married. Migrant 1 stated that the site where the marriages are being performed is called "Clave Caracol" and that marriage certificates are being provided to facilitate their political asylum claim once in the United States.

Migrant 1 stated that an organizer from the Park Avenue Christian Church provided her with a phone since Migrant 1 volunteered to help the group. Migrant 1 stated that her duties as a volunteer were to communicate information through the LES                 and to assist in maintaining order within the caravan in order to avoid fighting.

A photo of Rev. Kaji S. Dousa was taken from the internet and shown to Migrant 1             was unable to identify Rev. Kaji S. Dousa. Migrant 1   stated that a woman fitting the description of Rev. Kaji S. Dousa provided her with a red business card, with Dousa's name on it above the title "Senior Minister, Park Avenue Christian Church". The business card also has an address of 1010 Park Avenue, New York City, NY 10028.

Migrant 1 gave verbal and written consent for Agents to search her cell phone. Migrant 1 stated the app LES was loaded on the phone when she received it, and there were multiple group chats already created as well. One group was created under the name "LES". The "LES" conversation string is for the migrant caravan to share information regarding locations, events, people involved and pictures among other things.

Confidential - Counsel Only                                                      DHS_0023104

UNCLASSIFIED//FOUO/LES                                                                                    LEP

One of the messages in the "LES" conversation is from a contact named "LES/PII" (Phone#: LES/PII). This text message stated that a group named LES is organizing a protest at the San Ysidro Port of Entry to be held on Saturday December 1, 2018. The message states that the intent of the protest is to shut down the San Ysidro Port of Entry. In this group chat, it was also stated that the organizers of LES go by the names of "LES/PII". According to the messages, this group is intending to gather just outside of the Benito Juarez Sport Complex Center. The group chat also contains a recorded voice message that states that LES intends to initiate a violent confrontation with caravan members in order to gather media attention on the date of the protest.

Migrant 1 was questioned as to who initiated the caravan, and she stated that a man named 'PII' was the man that started the caravan in Honduras. It is the opinion of the interviewing Agents that she is referencing PII PII DOB: PII LES/PII LEP regarding his involvement in the migrant caravan.

There were two other groups in Migrant 1' phone on LES. One conversation is named 'LES' and another conversation named 'LES'. Both were created by an individual named 'PII/LES' (Phone#: PII/LES). According to the texts, PII/LES works for an organization named " LES " and also works for the website LES. Under these two conversation threads, PII/LES informs these two chat group's participants of the current affairs of the caravan.

The following subjects are the ones designated as LES administrators on the LES

## LES/PII

The LES administrator on the LES and LES is listed as LES/PII

Searches were performed on the phone contact "PII/LES" from the LES application. The phone number is linked to a subject named LES/PII LES/PII has LEP including LEP regarding his involvement in the migrant caravan. Migrant 1 was shown a passport photo of LES/PII and she confirmed that she has seen him while in Mexico City. Migrant 1 stated that PII/LES was coordinating and delegating tasks to members of the migrant caravan when she saw him in Mexico City.

Confidential - Counsel Only                                                                DHS_0023105

UNCLASSIFIED//FOUO/LES                                                          LEP



## INFORMATION GAPS

LEP

## REPORTING NOTICE

Border Patrol Agent Fabian Lopez ( E-mail per ECF No. 49
Border Patrol Agent Joshua Morales

LES



Prepared By: MORALES, Joshua, Secure (e): E-mail per ECF No. 49
LOPEZ, FABIAN, Secure (e): E-mail per ECF No. 49

Confidential - Counsel Only                                               DHS_0023106