# EXHIBIT H

**From:** OLIVERI, SARO
**Sent:** Friday, December 14, 2018 11:22 AM
**To:** HARO, MIGUEL A
**Subject:** RE: DOUSA KANJI IINFO/MARRIAGE FRAUD CERTIFICATE

We revoked her.

Saro Oliveri, Branch Chief
Otay Mesa Enrollment center
San Diego Liaison Unit
Customs and Border Protection
(m) Phone per ECF No. 49

---

**From:** HARO, MIGUEL A <E-mail per ECF No. 49>
**Sent:** Thursday, December 13, 2018 7:15 PM
**To:** OLIVERI, SARO <E-mail per ECF No. 49>
**Subject:** RE: DOUSA KANJI IINFO/MARRIAGE FRAUD CERTIFICATE

Saro,

I can't find Nicos email because this LES sucks. Can you forward to Nico? Maybe see what you and him think of this for this TTP participant.

-------- Original message --------
From: "LOPEZ, FABIAN" <E-mail per ECF No. 49>
Date: 12/13/18 18:11 (GMT-08:00)
To: "HARO, MIGUEL A" <E-mail per ECF No. 49>, "MORALES, JOSHUA Q" <E-mail per ECF No. 49>
Cc: "COCHRAN, TERI" <E-mail per ECF No. 49>
Subject: DOUSA KANJI IINFO/MARRIAGE FRAUD CERTIFICATE

Gents,

Today, I interviewed subject Migrant 4 ( LEP ) and provided me with a fraudulent marriage certificate. The certificate displays Kanji Dousa's name as one of the pastors present. Subject, was shown a photo line-up and positively identified Dousa. Subject, stated that Dousa was present at the Church in Tijuana, Baja California while they were getting married. I will attached the marriage certificate and photo line-up we currently have. BTW, the certificate shows another pastors name.

Thanks,
**Fabian Lopez**
**Border Patrol Agent**
**Imperial Beach Station Strike Team**
**San Diego Sector**
Phone per ECF No. 49

**Plaintiff's Exhibit 33**

Confidential - Counsel Only       CBP_0012265

**From:** HARO, MIGUEL A <E-mail per ECF No. 49>
**Sent:** Sunday, December 2, 2018 11:41 AM
**To:** MORALES, JOSHUA Q <E-mail per ECF No. 49 >; LOPEZ, FABIAN <E-mail per ECF No. 49>
**Cc:** COCHRAN, TERI <E-mail per ECF No. 49 >
**Subject:** RE: FIR

Gents,

Good morning, I was reading your FIR and you guys did a nice job.

I may have found Kanji Dousa and I was wondering if you still had the image you showed to Migrant 1 Migrant 1/PII )? I would also like to confirm that Migrant 1 positively identified her in the photograph you showed.

Thanks

R/
Miguel Haro
Supervisory Customs Border Protection Officer
LFC Region IX EOC – Intelligence

---

**From:** COCHRAN, TERI
**Sent:** Sunday, December 02, 2018 11:18 AM
**To:** PII/E-mail per ECF No. 49 ; HARO, MIGUEL A <E-mail per ECF No. 49 >
**Cc:** PII/E-mail per ECF No. 49
**Subject:** FIR

Caravan related apprehension. Some good information was given by subject. FIR is still in a draft format for now therefore please do not disseminate until it is published in LES I will create a slide for this.

V/r,

Teri Cochran
Border Patrol Agent – Intelligence
San Diego Sector Intelligence Unit
EOC-LFC Region IX

Confidential - Counsel Only          CBP_0012266