# EXHIBIT I

**HARO, MIGUEL A**

---

**From:** HARO, MIGUEL A
**Sent:** Monday, December 3, 2018 6:39 PM
**To:** PII ; OLIVERI, SARO; PII
**Subject:** Update
**Attachments:** Region IX EOC - Organizers line up (final).pdf

Team,

Just an FYI, the EOC intel group is LES            some of these coordinators and instigators for LES LES         . We sent out a line up to Area Commands but I'm including it here. So far this what we know about the coordinators. We already referred in PII/LES       one of the main coordinators and we ended getting good information. He was non-too-happy though. But, this is one thing we are currently working.

Thanks,

Miguel Haro
LFC Region IX EOC - Intel

**Plaintiff's Exhibit 39**

Unclassified//For Official Use Only/ Law Enforcement Sensitive
U.S. Customs and Border Protection
LFC Region IX EOC

# PII

| #1 | #2 | #3 | #4 |

# PII

| #5 | #6 | #7 | #8 |

# PII

| #9 | #10 | #11 | #12 |

Unclassified//For Official Use Only/ Law Enforcement Sensitive
U.S. Customs and Border Protection
LFC Region IX EOC

PII

| #13 | #14 | #15 | #16 |

PII



| #17 | #18 | #19 | #20 |

PII

| #21 | #22 | #23 | #24 |

Unclassified//For Official Use Only/ Law Enforcement Sensitive
U.S. Customs and Border Protection
LFC Region IX EOC



| #25 | #26 | #27 | #28 |



| #29 | #30 | #31 | #32 |

Unclassified//For Official Use Only/ Law Enforcement Sensitive
U.S. Customs and Border Protection
LFC Region IX EOC

| 1. PII | 2. PII PII | 3. LES | 4. PII |
|---|---|---|---|
| 5. PII | 6. LES | 7. PII | 8. PII |
| 9. PII | 10. PII | 11. LES | 12. Unknown (organizer) |
| 13. PII PII | 14. PII | 15. PII | 16. LES |
| 17. PII PII | 18. PII PII | 19. LES | 20. Kaji Dousa |
| 21. PII | 22. PII PII | 23. LES | 24. PII PII |
| 25. PII PII | 26. PII PII | 27. PII PII | 28. PII |
| 29. LES | 30. PII | 31. PII PII | 32. PII PII |