# EXHIBIT J

**HARO, MIGUEL A**

| | |
|---|---|
| From: | HARO, MIGUEL A |
| Sent: | Wednesday, December 5, 2018 10:04 AM |
| To: | PII ; OLIVERI, SARO |
| Subject: | FW: LES |
| Attachments: | PII .doc; PII .doc; PII , PII .doc; PII .doc; PII PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII , PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; .doc; PII .doc; PII .doc; .doc; PII .doc; PII .doc; PII .doc |

Gents,

Here are the target packages for LES. This is our current list of caravan organizers/instigators. There may be a few duplicates from the last list we sent but this is everyone.

Miguel

---

From: PII
Sent: Wednesday, December 05, 2018 4:56 AM
To: HARO, MIGUEL A <E-mail per ECF No. 49 >
Subject: Target profiles

Good morning!

Attached are the 24 target profiles we created.

PII
Great Lakes Field Intelligence Group
Detroit Border Security Division
U.S. Customs and Border Protection
Desk: email and phone
Secure Email: email and phone

**Plaintiff's Exhibit 40**



# U.S. Customs and Border Protection

# LFC Region IX
# EOC Intelligence

| Date: 12/04/2018 | Case #: ICC Caravan | Group: | Prepared by: PII |
|---|---|---|---|
| Name: (LAST, First, Middle) Kaji Rosa Spellman DOUSA | | Alias(es) Kahl Rosa Spellman | |
| Residential Address: PII | | | Home Phone: PII |
| Other Address: PII | | | Other Phone: PII |
| Work Address: 1010 Park Avenue, 85th Street, New York City, New York, 10028 | | | Work Phone: (212) 288-3246 |

| Sex | Race | DOB-Age | Social Security Number | U.S | Weight | Hair Color | Eye Color | Place of Birth |
|---|---|---|---|---|---|---|---|---|
| F | B | PII | PII | | | Brown | Brown | United States |
| State-DL/ID | | | | DHS FIN | | A # | | Citizenship/Nationality United States |
| Identifying Characteristics (Scars, Marks, Tattoos, etc.) | | | | Other Documents: US Passport #: PII | | | | Immigration Status USC |
| Registered Firearms: | | | | | | | | |

| Vehicle Year | Make | Model/Color | State-License Plate | Registered owner |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Spouse or Next of Kin/DOB:** PII

**CII Number/FBI Number:** N/A

**Employer:** Park Avenue Christian Church

**Email:** PII

**6 Month Border Crossing History:**

11/28/2018 through SYS Ped West

11/27/2018 through SYS Ped West

**ADDITIONAL INFORMATION-NOTES:**

LEP