# EXHIBIT K

| | |
|---|---|
| From: | OLIVERI, SARO <E-mail per ECF No. 49> |
| To: | PII/LES/E-mail per ECF No. 49.gob.mx) |
| CC: | PII |
| Sent: | 12/10/2018 10:22:50 AM |
| Subject: | Solicitud |

Saludos PII ,

CBP ha identificado a los siguientes individuos como parte de los organizadores/instigadores de la caravana migrante que se encuentra actualmente en Tijuana. La mayoría de estas personas son ciudadanos de los Estados Unidos y existe una gran posibilidad de que no tengan la documentación adecuada para estar en México. CBP desea entrevistarlos a todos y respetuosamente solicita al INM que les niegue la entrada a México. Si se encuentra, por favor devuélvalos a los Estados Unidos para que CBP pueda proceder con la entrevista.

Su atención y asistencia es muy apreciada.

| | Nombre | Fecha de Nac | Nacionalidad | Nacido |
|---|---|---|---|---|
| 1 | PII | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | Kaji Rosa Spellman DOUSA | PII | US | US |
| 10 | PII | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Saro Oliveri

**Plaintiff's Exhibit 41**

Confidential - Counsel Only                    CBP_0013548