# EXHIBIT L

**From:** OLIVERI, SARO
**Sent:** Tuesday, December 11, 2018 10:58 AM
**To:** HARO, MIGUEL A
**Subject:** FW: Solicitud

---

From: OLIVERI, SARO
Sent: Monday, December 10, 2018 10:23 AM
To: PII [LEP] <[LEP]>
Cc: PII [LEP] <[LEP]>; PII <[LEP]>; PII [LEP] <[LEP]>; PII <[LEP]>
PII/E-mail per ECF No. 49
Subject: Solicitud

Saludos PII ,

CBP ha identificado a los siguientes individuos como parte de los organizadores/instigadores de la caravana migrante que se encuentra actualmente en Tijuana. La mayoría de estas personas son ciudadanos de los Estados Unidos y existe una gran posibilidad de que no tengan la documentación adecuada para estar en México. CBP desea entrevistarlos a todos y respetuosamente solicita al INM que les niegue la entrada a México. Si se encuentra, por favor devuélvalos a los Estados Unidos para que CBP pueda proceder con la entrevista.

Su atención y asistencia es muy apreciada.

| # | Nombre | Fecha de Nac | Nacionalidad | Nacido |
|---|---|---|---|---|
| 1 | PII | | | |
| 2 | PII | | | |
| 3 | PII | | | |
| 4 | PII | | | |
| 5 | PII | | | |
| 6 | PII | | | |
| 7 | PII | | | |
| 8 | PII | | | |
| 9 | Kaji Rosa Spellman DOUSA | PII | US | US |
| 10 | PII | | | |
| 11 | PII | | | |
| 12 | PII | | | |
| 13 | PII | | | |
| 14 | PII | | | |
| 15 | PII | | | |
| 16 | PII | | | |
| 17 | PII | | | |
| 18 | PII | | | |
| 19 | PII | | | |

1

Confidential
Plaintiff's Exhibit 42
CBP_0012223

| 20 | PII |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Saro Oliveri

2