# EXHIBIT M

**From:** HARO, MIGUEL A
**Sent:** Tuesday, December 11, 2018 11:17 AM
**To:** PII
**Subject:** FW: Solicitud

Here is the list.

---

**From:** OLIVERI, SARO
**Sent:** Tuesday, December 11, 2018 7:58 AM
**To:** HARO, MIGUEL A <LEP>
**Subject:** FW: Solicitud

---

**From:** OLIVERI, SARO
**Sent:** Monday, December 10, 2018 10:23 AM
**To:** PII <LEP> <LEP>
**Cc:** PII <LEP> <LEP>; PII <LEP>; PII (LEP) <LEP> <LEP> >; PII
**Subject:** Solicitud

Saludos PII ,

CBP ha identificado a los siguientes individuos como parte de los organizadores/instigadores de la caravana migrante que se encuentra actualmente en Tijuana. La mayoría de estas personas son ciudadanos de los Estados Unidos y existe una gran posibilidad de que no tengan la documentación adecuada para estar en México. CBP desea entrevistarlos a todos y respetuosamente solicita al INM que les niegue la entrada a México. Si se encuentra, por favor devuélvalos a los Estados Unidos para que CBP pueda proceder con la entrevista.

Su atención y asistencia es muy apreciada.

| | Nombre | Fecha de Nac | Nacionalidad | Nacido |
|---|---|---|---|---|
| 1 | PII | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | Kaji Rosa Spellman DOUSA | PII | US | US |
| 10 | PII | | | |
| 11 | | | | |
| 12 | | | | |

1

Confidential

**Plaintiff's Exhibit 43**

CBP 0012225



Saro Oliveri

Confidential    CBP_0012226