# EXHIBIT O

**HARO, MIGUEL A**

---

**From:** HARO, MIGUEL A
**Sent:** Tuesday, January 8, 2019 10:45 AM
**To:** RODRIGUEZ, JUAN L; PII
**Cc:** PII/E-mail per ECF No. 49
**Subject:** RE: Info



Kaji Dousa SPELLMAN
DOB: PII
COC: US
Role: N/A
Alert Placed: No
Disposition: N/A

She has Global Entry
It was put on hold pending interview.
She was interviewed by TTRT and she has a $^{LES}$. She was marrying the migrants and she is associated to possible marriage fraud with a VA notary that is down in Mex too. I believe Agent Trueblood did an FE on the marriage fraud. I'll look for it and forward.

---

**From:** RODRIGUEZ, JUAN L
**Sent:** Tuesday, January 08, 2019 7:39 AM
**To:** PII <phone and email>
**Cc:** HARO, MIGUEL A <phone and email>; PII <phone and email>; PII/E-mail per ECF No. 49
PII
PII/E-mail per ECF No. 49>
**Subject:** Re: Info

Copy, this is what we have so far, see attached.

Keep remembering of more by the minute. I know Saro mentioned of a few SENTRIs that were pulled, do you know which ones? Are the subjects on here?

**Plaintiff's Exhibit 48**