Oscar Ramallo (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorney for Plaintiff*

*Kaji Douša*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUŠA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; AND PETER FLORES, Director of Field Operations for CBP, San Diego,<br><br>Defendants. | Case No. 19-cv-01255-TWR<br><br>**JOINT REDACTED EXHIBITS**<br><br>Judge: Hon. Todd W. Robinson |

1  The parties hereby submit the attached, redacted exhibits.

| | |
|---|---|
| A | PX 0005 |
| B | PX 0009 |
| C | PX 0014 |
| D | PX 0027 |
| E | PX 0029 |
| F | PX 0030 |
| G | PX 0032 |
| H | PX 0033 |
| I | PX 0039 |
| J | PX 0040 |
| K | PX 0041 |
| L | PX 0042 |
| M | PX 0043 |
| N | PX 0044 |
| O | PX 0048 |
| P | PX 0051 |
| Q | PX 0064 |
| R | PX 0073 |
| S | PX 0078 |
| T | PX 0079 |
| U | PX 0105 |
| V | PX 0109 |
| W | PX 0110 |
| X | PX 0111 |
| Y | PX 0119 |
| Z | PX 0121 |
| AA | PX 0122 |
| AB | PX 0125 |
| AC | PX 0126 |
| AD | JX 301 |
| AE | JX 302 |
| AF | JX 303 |
| AG | JX 305 |
| AH | JX 309 |
| AI | JX 311 |

1
JOINT REDACTED EXHIBITS

| | |
|---|---|
| AJ | JX 314 |
| AK | JX 315 |
| AL | JX 316 |
| AM | JX 317 |
| AN | JX 325 |
| AO | JX 327 |
| AP | JX 328 |
| AQ | JX 329 |
| AR | JX 330 |
| AS | JX 332 |
| AT | JX 333 |
| AU | JX 338 |
| AV | JX 339 |
| AW | JX 340 |
| AX | JX 343 |
| AY | JX 346 |
| AZ | JX 347 |
| BA | JX 348 |
| BB | JX 349 |
| BC | JX 350 |
| BD | JX 351 |
| BE | DX 546 |
| BF | DX 580 |
| BG | DX 582 |
| BH | DX 583 |
| BI | DX 584 |
| BJ | DX 585 |
| BK | DX 586 |

| | | |
|---|---|---|
| 1 | Dated: October 28, 2022 | Respectfully submitted, |
| 2 | | By: */s/ Oscar Ramallo* |
| 3 | | ARNOLD & PORTER KAYE SCHOLER LLP |
| | | Oscar Ramallo |
| 4 | | oscar.ramallo@arnoldporter.com |
| 5 | | R. Stanton Jones (*pro hac vice*) |
| | | stanton.jones@arnoldporter.com |
| 6 | | William C. Perdue (*pro hac vice*) |
| 7 | | william.perdue@arnoldporter.com |
| | | Ada Añon (*pro hac vice*) |
| 8 | | ada.anon@arnoldporter.com |
| 9 | | Christian D. Sheehan (*pro hac vice*) |
| 10 | | christian.sheehan@arnoldporter.com |
| | | Leah J. Harrell (*pro hac vice*) |
| 11 | | leah.harrell@arnoldporter.com |
| 12 | | Rachel A. Carpman (*pro hac vice*) |
| | | rachel.carpman@arnoldporter.com |
| 13 | | |
| 14 | | PROTECT DEMOCRACY PROJECT, INC. |
| | | Christine Kwon |
| 15 | | christine.kwon@protectdemocracy.org |
| 16 | | Stephanie Llanes (*pro hac vice*) |
| | | stephanie.llanes@protectdemocracy.org |
| 17 | | Anne Tindall (*pro hac vice*) |
| 18 | | anne.tindall@protectdemocracy.org |
| | | Genevieve Nadeau (*pro hac vice*) |
| 19 | | genevieve.nadeau@protectdemocracy.org |
| 20 | | Ben Berwick (*pro hac vice*) |
| | | ben.berwick@protectdemocracy.org |
| 21 | | |
| 22 | | *Attorneys for Plaintiff Kaji Douša* |

3
JOINT REDACTED EXHIBITS

US 172768111v1

| | | |
|---|---|---|
| 1 | Dated: October 28, 2022 | Respectfully submitted, |
| 2 | | RANDY S. GROSSMAN |
| 3 | | United States Attorney |
| 4 | | By: */s/ Ernest Cordero, Jr.* |
| 5 | | ERNEST CORDERO, JR.<br>Assistant United States Attorney |
| 6 | | MICHAEL A. GARABED<br>Assistant United States Attorney |
| 7 | | |
| 8 | | *Attorneys for Federal Defendants* |

4
JOINT REDACTED EXHIBITS

US 172768111v1

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Ernest Cordero, Jr., attorneys for Federal Defendants, and I have obtained authorization to Affix his electronic signature to this document.

DATED:   October 28, 2022

Respectfully submitted,

By: */s/ Oscar Ramallo*

ARNOLD & PORTER KAYE SCHOLER LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I electronically filed the foregoing with the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        Respectfully,

        ARNOLD & PORTER KAYE SCHOLER LLP

        */s/ Oscar Ramallo*

        Oscar Ramallo

        oscar.ramallo@arnoldporter.com