# EXHIBIT AD



# U.S. Customs and Border Protection

# LFC Region IX EOC Intelligence

| Date: 12/04/2018 | Case #: ICC Caravan | Group: | Prepared by: PII |
|---|---|---|---|
| Name: (LAST, First, Middle) Kaji Rosa Spellman DOUSA | | Alias(es) Kahi Rosa Spellman | |

| Residential Address: PII | | Home Phone: PII |
|---|---|---|
| | | Other Phone: PII |
| Work Address: 1010 Park Avenue, 85th Street, New York City, New York, 10028 | | Work Phone: (212) 288-3246 |

| Sex | Race | DOB-Age | Social Security Number | U.S | Weight | Hair Color | Eye Color | Place of Birth |
|---|---|---|---|---|---|---|---|---|
| F | B | | PII | | | Brown | Brown | United States |

| State-DL/ID | | DHS FIN | A # | Citizenship/Nationality United States |
|---|---|---|---|---|

| Identifying Characteristics (Scars, Marks, Tattoos, etc.) | Other Documents: US Passport #: PII | Immigration Status USC |
|---|---|---|

Registered Firearms:

| Vehicle Year | Make | Model/Color | State-License Plate | Registered owner |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| Spouse or Next of Kin/DOB: PII | CII Number/FBI Number: N/A |
|---|---|
| Employer: Park Avenue Christian Church | Email: PII |

**6 Month Border Crossing History:**

11/28/2018 through SYS Ped West

11/27/2018 through SYS Ped West

**ADDITIONAL INFORMATION-NOTES:**

LEP - codes

http://gothamist.com/2018/11/28/sanctuary_caravan_tijuana_refugee.php

JX-301