# EXHIBIT AE



**From:** HARO, MIGUEL A
**Sent:** Thursday, December 6, 2018 9:12 AM
**To:** PII ; BURNETT, JEREMY; PII CBPO Interviewer PII PII
**Cc:**
**Subject:** RE: Op Migrant Caravan - LES
**Attachments:** PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; DOUSA, Kaji Rosa Spellman.doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc; PII .doc

Team,

See attached targeting packages.

R/
Miguel Haro
LFC Region IX EOC – Intel
LEP - ECF No. 49

JX-302



**From:** PII
**Sent:** Saturday, December 01, 2018 3:39 PM
**To:** PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; BURNETT, JEREMY < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; CLINE, CHRISTOPHER D < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; TAMAYO, ALLEN < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII

1

LEP - Law Enforcement

Cc: PII < LEP - ECF No. 49 >; PII
PII < LEP - ECF No. 49 >; PII
< LEP - ECF No. 49 >; PII
PII < LEP - ECF No. 49 >; HARO, MIGUEL A < LEP - ECF No. 49 >; PII
PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII
PII < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII
< LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >; PII
E < LEP - ECF No. 49 >; PII < LEP - ECF No. 49 >

**Subject:** Op Migrant Caravan - LES

Team,

The Intel section for the Emergency Operations Center (EOC) dealing with the Migrant Caravan will be inputting LES on known or suspected "instigators" from the caravan. The LES the person be referred to LES. On the LES there will be a mention of "Migrant Caravan FY2019".

Currently, the team is working on LES we will be sending you and a series of questions to incorporate into your interview. If you encounter one of these LES, please contact the EOC at LEP - ECF No. 49 for guidance. If during your interview you feel you may need someone to respond or you have additional concerns/questions, call the EOC; we have an Intel person assigned 24/7.

Please document these interviews the same way we document our LES work, via LES Ensure that on the LES you include in the Title "Migrant Caravan FY2019" Additionally, if possible, LES and any other information you develop, I would ask that LES LES.

Give me a call if you have any questions or concerns.

R/
PII

Confidential - Counsel Only    CBP_0013080