# EXHIBIT AG

DEL-VILLAR, ROBERTO

| | |
|---|---|
| From: | DEL-VILLAR, ROBERTO |
| Sent: | Monday, December 3, 2018 3:33 PM |
| To: | RODRIGUEZ, JUAN L |
| Subject: | Fwd: Caravan INTEL from ASID |

Sent from my iPhone

Begin forwarded message:

> From: "DEL-VILLAR, ROBERTO" <Redacted per Court Order, ECF No. 49>
> Date: December 3, 2018 at 12:02:45 PM PST
> To: " PII " <Redacted per Court Order, ECF No. 49>
> Subject: Re: Caravan INTEL from ASID

We need to start with some serious    LES    .

# LES

Etc
Sent from my iPhone

On Dec 3, 2018, at 11:52 AM,    PII    <Redacted per Court Order, ECF No. 49> wrote:

What the?

PII
Division Chief – Law Enforcement Operations
U.S. Border Patrol | San Diego, CA
Redacted per Court Order, ECF No. 49

*"Leadership isn't about position, it's about behavior"*

---

From: ALLEN, CRAIG B <Redacted per Court Order, ECF No. 49>
Sent: Monday, December 3, 2018 11:02 AM
To: LES <Redacted per Court Order, ECF No. 49>
Cc: PII <Redacted per Court Order, ECF No. 49>
Subject: FW: Caravan INTEL from ASID

FYI

We just forward the interesting ones.

---

From: PII <Redacted per Court Order, ECF No. 49>
Sent: Monday, December 3, 2018 10:11 AM
To: PII <Redacted per Court Order, ECF No. 49>; ALLEN, CRAIG B <Redacted per Court Order, ECF No. 49>; LOPEZ1, SERGIO <Redacted per Court Order, ECF No. 49>
Cc: DOMINGUEZ, HALDO E <Redacted per Court Order, ECF No. 49>
Subject: FW: Caravan INTEL from ASID

From IMB LES EOS.

JX-305

IMB LES looking into a church/religious group from NY called Park Avenue Christian Church that may have assisted in coordinating movement of caravan group. Possible association to PII Rev. Kaji S. Dousa was pushing for subjects at the camp site to marry each out to facilitate their political asylum case once in the U.S. Subject LEP - source mentioned below, is currently married to a man in Honduras but stated they forced her to get married at the camp.

FIR attached.

PII
Intelligence Operations Supervisor
Station Intelligence Teams
San Diego Sector Intelligence Unit
MOBILE Redacted per Court Order, ECF No. 49
DESK: ( Redacted per Court Order, ECF No. 49 )

WARNING: This message contains information intended only for the addressee named above. If you believe you have received this email in error, please notify the sender immediately.

---

**From:** PII  Redacted per Court Order, ECF No. 49
**Sent:** Friday, November 30, 2018 9:03 PM
**To:** PII  Redacted per Court Order, ECF No. 49
**Cc:**
**Subject:** Fwd: Caravan INTEL from ASID

Sent from my iPhone

Begin forwarded message:

> **From:** " PII " Redacted per Court Order, ECF No. 49
> **Date:** November 30, 2018 at 7:03:13 PM PST
> **To:** " PII " Redacted per Court Order, ECF No. 49 , " PII " Redacted per Court Order, ECF No. 49
> **Cc:** " PII " Redacted per Court Order, ECF No. 49 "MORALES, JOSHUA Q" Redacted per Court Order, ECF No. 49 , "LOPEZ, FABIAN" Redacted per Court Order, ECF No. 49 , PII Redacted per Court Order, ECF No. 49 , LES Redacted per Court Order, ECF No. 49
> **Subject:** Caravan INTEL from ASID
>
> FYSA-
>
> IMB LES is developing some INTEL to include a possible NY nexus and a church/religious group that is assisting in coordinating at least some of the movement from the caravan. Agents Morales & Lopez are interviewing and will provide an FIR for LEP - source
>
> LEP
>
> LEP - source claims that a phone, pre-loaded with phone #s, was provided to her by the religious group in TJ.

Group ADMIN- PII possible coordinator

Details to follow in FIR

Also social media app on phone states a protest is scheduled tomorrow at the border tomorrow. NFI.
Group is called BAMN

Respectfully,

PII
Supervisory Border Patrol Agent
**U.S. Border Patrol** – Imperial Beach Station/ INTEL

PII

Redacted per Court Order, ECF No. 49

<image001.jpg>

<image002.png>

LEP