# EXHIBIT AH

| | |
|---|---|
| **From:** | HARO, MIGUEL A |
| **Sent:** | Thursday, December 6, 2018 10:54 AM |
| **To:** | GONZALES, NICOLAS JR |
| **Cc:** | OLIVERI, SARO;                    PII |
| **Subject:** | RE: SENTRI poss caravan organizer |

10-4. Thank you.

---

**From:** GONZALES, NICOLAS JR
**Sent:** Thursday, December 06, 2018 7:53 AM
**To:** HARO, MIGUEL A [ LEP ]>
**Cc:** OLIVERI, SARO <[ LEP ];     PII     <[ LEP ]>;
PII     <[ LEP ]>
**Subject:** RE: SENTRI poss caravan organizer

Good morning Miguel,

An        LES        yesterday. Today I suspended her Global access as well. I am going to wait until you guys interview her so I can add more information in her account.

Take care brother. Saludame a tu hermano.


Nico

---

**From:** HARO, MIGUEL A <[ LEP ]>
**Sent:** Wednesday, December 5, 2018 7:13 AM
**To:** GONZALES, NICOLAS JR <[ LEP ]>
**Subject:** RE: SENTRI poss caravan organizer

Nico,

Good morning, I'm updating the targeting package for Kaji Dousa. Has any decision been made about her membership in the TTP?  Or are we in holding pattern until she is interviewed by TTRT?

---

**From:** HARO, MIGUEL A
**Sent:** Monday, December 03, 2018 7:08 AM
**To:** GONZALES, NICOLAS JR <[ LEP ]>;     PII
<[ LEP ]>
**Cc:** OLIVERI, SARO <[ LEP ]>
**Subject:** RE: SENTRI poss caravan organizer

**JX-309**

Gents,

Border Patrol showed various pictures of Kaji S. Dousa from the internet, as well as the website of the Park Avenue Christian Church. [ LEP ] was not able to identify Dousa, but she did describe a woman fitting the

1

Confidential

description of Dousa. Attached is a picture of the business card ⌐LEP⌐ was provided with and had in her possession.

Here's an article regarding Dousa and the 'Sanctuary Caravan'. You can see a woman who resembles her in the picture from the article.

http://gothamist.com/2018/11/28/sanctuary_caravan_tijuana_refugee.php

---

**From:** GONZALES, NICOLAS JR
**Sent:** Monday, December 03, 2018 7:03 AM
**To:** HARO, MIGUEL A ⌐LEP⌐ >;              PII          ⌐ LEP ⌐>
**Cc:** OLIVERI, SARO ⌐LEP⌐ >
**Subject:** RE: SENTRI poss caravan organizer

Haro,

Please, let us know once you confirm this information.

Thanks.


Nico

---

**From:** HARO, MIGUEL A ⌐ LEP ⌐>
**Sent:** Sunday, December 2, 2018 12:17 PM
**To:** GONZALES, NICOLAS JR ⌐ LEP ⌐>;         PII
⌐ LEP ⌐>
**Cc:** OLIVERI, SARO ⌐ LEP ⌐>
**Subject:** SENTRI poss caravan organizer

Gents,

Good afternoon, see attached FIR. I'm waiting to get confirmation from Border Patrol on the image they showed the detainee from the caravan. But, based on the unique name I placed a lookout on the subject and found out she was enrolled in SENTRI. We would like to have her interviewed to see if she is helping coordinate the caravan in Tijuana, but her continued enrollment I'll leave up to your discretion. Once I get confirmation I will follow up, let me know if you have any questions.



Kaji Rosa Spellman DOUSA
DOB:     PII
Portpass #:     PII

2

TECS ID: LEP

Miguel Haro
LFC Region IX EOC - Intel
LEP - ECF No. 49

Confidential

CBP 0000831