# EXHIBIT AI

**HARO, MIGUEL A**

**From:** HARO, MIGUEL A
**Sent:** Tuesday, January 8, 2019 11:01 AM
**To:** RODRIGUEZ, JUAN L
**Subject:** RE: Info

Yeah, the enrollment center wasn't 100% convinced. So they were waiting on the interview. I'll check GES (Global Enrollment System) and see what they did with her. I'll let you know.

---

**From:** RODRIGUEZ, JUAN L
**Sent:** Tuesday, January 08, 2019 7:59 AM
**To:** HARO, MIGUEL A < email address/ phone number >
**Subject:** Re: Info

Ah! 😊

So she still has her Global Card?

**Juan Rodriguez**
(A) Special Operations Supervisor
Foreign Operations Branch
LES
San Diego Sector
U.S. Border Patrol
24hr Cell: email address/ phone number

Sent from my iPhone

On Jan 8, 2019, at 7:58 AM, HARO, MIGUEL A < email address/ phone number > wrote:

> TECS Hit....lol sorry for the OFO jargon.
>
> ---
>
> **From:** RODRIGUEZ, JUAN L
> **Sent:** Tuesday, January 08, 2019 7:56 AM
> **To:** HARO, MIGUEL A email address/ phone number
> **Subject:** Re: Info
>
> Whats LES? Lol
>
> Ok yeah I remember, I talked to Trueblood and saw his FIR.

JX-311

**Juan Rodriguez**
(A) Special Operations Supervisor
Foreign Operations Branch
LES
San Diego Sector
U.S. Border Patrol
24hr Cell: email address/ phone number

Sent from my iPhone

On Jan 8, 2019, at 7:45 AM, HARO, MIGUEL A email address/ phone number wrote:

<image001.png>

She has Global Entry
It was put on hold pending interview.
She was interviewed by TTRT and she has LES. She was marrying the migrants and she is associated to possible marriage fraud with a VA notary that is down in Mex too. I believe Agent Trueblood did an FE on the marriage fraud. I'll look for it and forward.

---

From: RODRIGUEZ, JUAN L
Sent: Tuesday, January 08, 2019 7:39 AM
To: PII < email address/ phone number >;  PII
Cc: HARO, MIGUEL
email address/ phone number
PII/E-mail per ECF No. 49
Subject: Re: Info

Copy, this is what we have so far, see attached.

Keep remembering of more by the minute. I know Saro mentioned of a few SENTRIs that were pulled, do you know which ones? Are the subjects on here?