# EXHIBIT AK

| | |
|---|---|
| From: | HARO, MIGUEL A [ E-mail per ECF No. 49 E-mail per ECF No. 49 ] |
| Sent: | 1/8/2019 3:46:13 PM |
| To: | PII/E-mail per ECF No. 49 |
| Subject: | FW: Info |
| Attachments: | attachment 1.pdf; ATT00001.htm |

**From:** RODRIGUEZ, JUAN L
**Sent:** Tuesday, January 08, 2019 7:39 AM
**To:** PII/E-mail per ECF No. 49 >
**Cc:** HARO, MIGUEL A < E-mail per ECF No. 49/PII ;
E-mail per ECF No. 49/PII
E-mail per ECF No. 49 >
**Subject:** Re: Info

Copy, this is what we have so far, see attached.

Keep remembering of more by the minute. I know Saro mentioned of a few SENTRIs that were pulled, do you know which ones? Are the subjects on here?

JX-315

Confidential - Subject to Protective Order (LES/PII)                    CBP00003962

# SDC-FOB

Migrant Caravan FY-2019

Suspected Organizers, Coordinators, Instigators, and Media

Confidential - Subject to Protective Order (LES/PII)

CBP00003963

PII/LES   PII/LES   PII/LES

PII/LES
COC: US
PII/LES

PII/LES   PII/LES

PII/LES   PII/LES
COC: US   COC: US
PII/LES   PII/LES

Confidential - Subject to Protective Order (LES/PII)   CBP00003964



Confidential - Subject to Protective Order (LES/PII)    CBP00003965



Confidential - Subject to Protective Order (LES/PII)    CBP00003966



Confidential - Subject to Protective Order (LES/PII)

CBP00003967





PII/LES
COC: US



PII/LES
COC: US

PII/LES
COC: US

PII/LES
COC: US

PII/LES



PII/LES
COC: US

PII/LES



PII/LES
COC: US



**Kaji Dousa SPELLMAN**
DOB:      PII
COC: US
Role: N/A
Alert Placed: No
Disposition: N/A

PII/LES
COC: US

PII/LES

Confidential - Subject to Protective Order (LES/PII)                                                                                   CBP00003969



PII/LES

PII/LES

PII/LES

PII/LES

PII/LES

PII/LES

PII/LES

PII/LES

PII/LES



PII/LES

PII/LES

Confidential - Subject to Protective Order (LES/PII)

CBP00003970



# PII/LES

Confidential - Subject to Protective Order (LES/PII)

CBP00003972