# EXHIBIT AL

**HARO, MIGUEL A**

---

| | |
|---|---|
| From: | HARO, MIGUEL A |
| Sent: | Tuesday, January 8, 2019 10:45 AM |
| To: | RODRIGUEZ, JUAN L; PII |
| Cc: | PII |
| Subject: | RE: Info |



**Kaji Dousa SPELLMAN**
DOB: PII
COC: US
Role: N/A
Alert Placed: No
Disposition: N/A

She has Global Entry
It was put on hold pending interview.
She was interviewed by TTRT and she has a $^{LES}$. She was marrying the migrants and she is associated to possible marriage fraud with a VA notary that is down in Mex too. I believe Agent Trueblood did an FE on the marriage fraud. I'll look for it and forward.

---

From: RODRIGUEZ, JUAN L
Sent: Tuesday, January 08, 2019 7:39 AM
To: PII < phone and email />
Cc: HARO, MIGUEL A < E-mail per ECF No. 49 >; PII < phone and email >
PII < phone and email >; E-mail per ECF No. 49/PII
E-mail per ECF No. 49>
Subject: Re: Info

Copy, this is what we have so far, see attached.

Keep remembering of more by the minute. I know Saro mentioned of a few SENTRIs that were pulled, do you know which ones? Are the subjects on here?

JX-316