# EXHIBIT AM

**DOMINGUEZ, HALDO E**

| | |
|---|---|
| **From:** | DOMINGUEZ, HALDO E |
| **Sent:** | Friday, March 8, 2019 12:12 AM |
| **To:** | PII |
| **Subject:** | FW: Instigators and Organizers |
| **Attachments:** | FOB MgrntCrvn Suspect List.pptx |

**From:** URQUIDEZ, BENJAMIN < LEP >
**Sent:** Tuesday, January 8, 2019 7:26 AM
**To:** RODRIGUEZ, JUAN L < LEP >
**Cc:** LES/E-mail per ECF No. 49          >
**Subject:** Instigators and Organizers

Good morning, here is the PPT requested.

JX-317

Confidential          CBP_0000771