RANDY S. GROSSMAN
United States Attorney
ERNEST CORDERO, JR
Assistant U. S. Attorney
California Bar No. 131865
E-mail: ernest.cordero@usdoj.gov
MICHAEL A. GARABED
Assistant U.S. Attorney
California Bar No. 223511
E-mail: michael.garabed@usdoj.gov
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7478/7703
Facsimile: (619) 546-7751

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); KEVIN K. MCALEENAN, Acting Secretary of DHS; MATTHEW T. ALBENCE, Acting Director of ICE; MARK A. MORGAN, Acting Commissioner of CBP; and PETER FLORES, Director of Field Operations for CBP, San Diego,<br><br>　　　　　Defendants. | Case No.: 19-cv-1255-TWR (KSC)<br><br>**NOTICE OF COMPLIANCE WITH COURT ORDER**<br><br>Honorable Todd W. Robinson |

1  Please take notice that the Federal Defendants have complied with the Court's
2  order dated March 21, 2023 (ECF No. 155) by sending a written communication to the
3  appropriate Mexican immigration authorities, a copy of which is attached as Exhibit A.
4  Please take further notice that the copy of the December 10, 2018 e-mail that was sent to
5  the appropriate Mexican immigration authorities was not redacted, but the names of
6  individuals other than Plaintiff have been redated from the copy of the December 10,
7  2018 e-mail that is included in Exhibit A.

DATED: April 4, 2023

Respectfully submitted,
RANDY S. GROSSMAN
United States Attorney
*s/ Michael Garabed*
ERNEST CORDERO, JR.
Assistant United States Attorney
MICHAEL A. GARABED
Assistant United States Attorney