PII

| | |
|---|---|
| **From:** | PII |
| **Sent:** | Tuesday, April 4, 2023 12:02 PM |
| **To:** | PII/E-mail per ECF No. @inami.gob.mx |
| **Cc:** | PII |
| **Subject:** | Comisionado del Instituto Nacional de Migración, PII |
| **Attachments:** | CBP_0013548.pdf; Dousa Order - Excerpts.pdf |

| **Tracking:** | Recipient | Delivery | Read |
|---|---|---|---|
| | PII/E-mail per ECF @inami.gob.mx PII | Delivered: 4/4/2023 12:02 PM | Read: 4/4/2023 12:02 PM |

Dear Comisionado,

I am forwarding the below communication on behalf of Deputy Executive Director PII.

_____

Dear Comisionado del Instituto Nacional de Migración,     PII

On March 21, 2023, a United States District Court ordered CBP to "fully and immediately rescind[] and revoke[]" a request made by a CBP employee in a December 10, 2018 e-mail from Saro Oliveri to PII ( PII @inami.gob.mx) concerning Kaji Rosa Spellman Dousa and other individuals. For your reference, a copy of the e-mail and the relevant portion of the Court's Order is attached.

Accordingly, I write to fully and immediately rescind and revoke the attached e-mail and the request it communicated. Specifically, I rescind and revoke the e-mail's request with respect to Kaji Rosa Spellman Dousa and all other individuals identified in the e-mail. Pursuant to the Court's Order, the e-mail should be considered completely withdrawn.

Please ensure that this message is communicated to the appropriate officials in your office. Please contact me if you have any questions or require any additional information.

_____

Estimado Comisionado del Instituto Nacional de Migración,    PII

El 21 de marzo de 2023, un Tribunal de un Distrito Federal de los Estados Unidos ordenó a CBP que "rescindiera y revocara" de manera total e inmediata una solicitud realizada por un empleado de CBP mediante correo electrónico con fecha del 10 de diciembre de 2018, de Saro Oliveri a     PII
PII/E-mail per ECF No. @inami.gob.mx) acerca de Kaji Rosa Spellman Dousa y otras personas. Para su referencia, se adjunta una copia del correo electrónico y la parte pertinente a la Orden del Tribunal.

En consecuencia, escribo para rescindir y revocar total e inmediatamente el correo electrónico adjunto y la solicitud comunicada. Específicamente, rescindo y revoco la solicitud del correo electrónico con respecto a Kaji Rosa Spellman Dousa y todas las demás personas identificadas en correo electrónico. De conformidad con la Orden del Tribunal, el correo electrónico y la solicitud implícita, debe considerarse completamente retirado.

Asegúrese de que este mensaje se comunique a los funcionarios correspondientes de su oficina. Por favor, póngase en contacto conmigo si tiene alguna pregunta o necesita cualquier información adicional.


Gracias,\
    PII
Deputy Executive Director
Office of Field Operations
U.S. Customs and Border Protection

Gracias,

    PII
(I) CBP Attaché / Agregado de Aduanas Y Protección Fronteriza
U.S. Embassy   PII/LES   / Embajada de los Estados Unidos República de Mexico
U.S. Cell  PII/Phone per ECF No. 49
CBP email – PII/E-mail per ECF No. 49
State Email – PII/E-mail per ECF No. 49



**CONFIDENTIALITY NOTICE:  This e-mail, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Parts of this document may contain sensitive security information that is controlled under the provisions of 49 CFR 1520. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.**

**\*\*\* IMPORTANT \*\*\***
*Warning: This information was provided by CBP and may contain information from another agency.   Any disclosure of this information,  outside of CBP,  may constitute a violation of the Third Agency Rule.  Releasing this information, to any entity, is strictly prohibited.*

| | | |
|---|---|---|
| **From:** | OLIVERI, SARO < | E-mail per ECF No. 49 |
| **To:** | PII/LES/E-mail per ECF No. 49 gob.mx) | |
| **CC:** | | PII |
| **Sent:** | 12/10/2018 10:22:50 AM | |
| **Subject:** | Solicitud | |

Saludos  PII ,

CBP ha identificado a los siguientes individuos como parte de los organizadores/instigadores de la caravana migrante que se encuentra actualmente en Tijuana. La mayoría de estas personas son ciudadanos de los Estados Unidos y existe una gran posibilidad de que no tengan la documentación adecuada para estar en México. CBP desea entrevistarlos a todos y respetuosamente solicita al INM que les niegue la entrada a México. Si se encuentra, por favor devuélvalos a los Estados Unidos para que CBP pueda proceder con la entrevista.

Su atención y asistencia es muy apreciada.

| | Nombre | Fecha de Nac | Nacionalidad | Nacido |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | PII | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | Kaji Rosa Spellman DOUSA | PII | US | US |
| 10 | | | | |
| 11 | | | | |
| 12 | | PII | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Saro Oliveri

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. IMMIGRATION AND ENFORCEMENT ("ICE"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); ALEJANDRO MAYORKAS, Secretary of DHS; TAE D. JOHNSON, Acting Director of ICE; CHRIS MAGNUS, Commissioner of CBP; and SIDNEY AKI, Director of Field Operations for CBP, San Diego,[1]<br><br>  Defendants. | Case No.: 19-CV-1255 TWR (KSC))<br><br>**STATEMENT OF FINDINGS OF FACTS AND CONCLUSIONS OF LAW FOLLOWING BENCH TRIAL**<br><br>(ECF Nos. 137–39) |

Plaintiff Pastor Kaji Dousa initiated this action by filing her operative Complaint for Declaratory and Injunctive Relief on July 8, 2019, alleging four causes of action for

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of DHS Alejandro Mayorkas is automatically substituted for Kevin K. McAleenan, Acting Director of ICE Tae D. Johnson for Matthew T. Albence, Acting Commissioner of CBP Troy A. Miller for Mark A. Morgan, and Director of Field Operations for CBP, San Diego ("DFO") Sidney Aki for Peter Flores.

1

the United States in a proceeding for review of an agency action, unless the court finds 'that the position of the United States was substantially justified or that special circumstances make an award unjust.'" *Costa v. Comm'r of Soc. Sec. Admin.*, 690 F.3d 1132, 1135 (9th Cir. 2012) (quoting 28 U.S.C. § 2412(d)(1)(A)).

26. Here, the Court finds that the CBP violated Dousa's First Amendment rights when Oliveri emailed the Mexican government on December 10, 2018. *See supra* Sections II–IV. Dousa is therefore entitled to at least some of her reasonable costs and attorneys' fees. What proportion of her costs and attorneys' fees Dousa is entitled to recover depends on the resolution of two questions: "First, did the plaintiff fail to prevail on claims that were unrelated to the claims on which he succeeded? Second, did the plaintiff achieve a level of success that makes the hours reasonably expended a satisfactory basis for making a fee award?" *See Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983). The Court therefore defers ruling on the amount of Dousa's award of reasonable costs and attorneys' fees pending the receipt of additional briefing from the Parties, as discussed below.

## CONCLUSION AND RULING

27. Ultimately, the Court concludes that Dousa has established that the CBP unlawfully retaliated against her for her protected First Amendment activity, violated her Free Exercise right to minister to migrants in Mexico, and violated the RFRA when Oliveri emailed Mexican authorities on December 10, 2018, that "there exist[ed] a great possibility that [she] d[id] not have adequate documentation to be in Mexico" and that she should be "den[ied] . . . entry to Mexico" and "sen[t] . . . back to the United States."

28. Accordingly, <u>within fourteen (14) days</u> of the date on which this Order is electronically docketed, Defendants **SHALL COMMUNICATE** in writing to appropriate Mexican immigration authorities that their request in Oliveri's December 10, 2018 email is fully and immediately rescinded and revoked as to Dousa. Defendants **SHALL SUBMIT** a copy of such communication to the Court.

29. Pursuant to the EAJA, the Court **AWARDS** Dousa her reasonable costs and attorneys' fees as the prevailing party in this case. Dousa **MAY FILE** a properly supported

43

19-CV-1255 TWR (KSC)

motion regarding her reasonable costs and attorneys' fees, including whether the fee award should be reduced given Dousa's partial success, on or before April 24, 2023. Should Dousa file a motion under the EAJA, Defendants **SHALL FILE** their opposition on or before May 15, 2023, and Dousa **MAY FILE** an optional reply, if any, on or before May 29, 2023. Upon completion of the briefing, the Court will take the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). If the Court later determines that oral argument is necessary, it will set a hearing date.

**IT IS SO ORDERED.**

Dated: March 21, 2023

_____
Honorable Todd W. Robinson
United States District Judge

PII

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | [PII/E-mail per ECF No.] @inami.gob.mx |
| **Sent:** | Tuesday, April 4, 2023 12:02 PM |
| **Subject:** | Relayed: Comisionado del Instituto Nacional de Migración, PII |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

PII   @inami.gob.mx [PII/E-mail per ECF No. 4] (@inami.gob.mx)

Subject: Comisionado del Instituto Nacional de Migración,     PII

1

PII

| | |
|---|---|
| **From:** | PII <PII/E-mail per ECF No. 49 @inami.gob.mx> |
| **Sent:** | Tuesday, April 4, 2023 12:17 PM |
| **To:** | PII |
| **Subject:** | Read: Comisionado del Instituto Nacional de Migración, PII |
| **Attachments:** | Read: Comisionado del Instituto Nacional de Migración, PII |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

"De conformidad con el artículo 98 de la Ley Federal de Transparencia y Acceso a la Información Pública (LFTAIP), la información contenida en este mensaje electrónico o anexa al mismo es susceptible de considerarse como reservada o confidencial, por lo que usar, sustraer, divulgar, ocultar, alterar, mutilar, destruir o inutilizar, total o parcialmente, sin causa legítima, la información que se encuentre bajo su custodia como servidor público o a la cual tengan acceso o conocimiento con motivo de su empleo, cargo o comisión conforme a las facultades correspondientes puede estar sujeto a sanciones conforme a lo previsto en el Capítulo II del Título Sexto de la LFTAIP, así como del orden civil o penal que procedan conforme a lo previsto en los artículos 210, 211, 211 BIS, 211 bis 1, 211 bis 7, 214 fracción IV del Código Penal Federal y demás relativos y aplicables de la legislación federal. No se omite señalar que la información de este mensaje electrónico así como la contenida en los documentos que se adjuntan pueden ser objeto de solicitudes de acceso a la información."

Instituto Nacional de Migración.
<https://         http pathway LES/PII

PI

1