UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>                      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS");<br>U.S. IMMIGRATION AND ENFORCEMENT ("ICE");<br>U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); ALEJANDRO MAYORKAS, Secretary of DHS; TAE D. JOHNSON, Acting Director of ICE; CHRIS MAGNUS, Commissioner of CBP; and SIDNEY AKI, Director of Field Operations for CBP, San Diego,<br><br>                      Defendants. | Case No.: 19-CV-1255 TWR (KSC))<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE BRIEFING SCHEDULE ON MOTIONS REGARDING REASONABLE COSTS AND ATTORNEYS' FEES**<br><br>(ECF No. 157) |

      Presently before the Court is the Joint Motion to Continue Briefing Schedule on Motions Regarding Reasonable Costs and Attorneys' Fees ("Joint Mot.," ECF No. 157) filed by Plaintiff Pastor Kaji Dousa and Defendants U.S. Department of Homeland Security ("DHS"); U.S. Immigration and Enforcement ("ICE"); U.S. Customs and Border Protection ("CBP"); Alejandro Mayorkas, Secretary of DHS; Tae D. Johnson, Acting Director of ICE; Chris Magnus, Commissioner of CBP; and Sidney Aki, Director of Field

Operations for CBP, San Diego. In its March 21, 2023 Statement of Findings of Facts and Conclusions of Law Following Bench Trial ("Stmt. of Decision" or "SoD," ECF No. 155), the Court awarded Plaintiff "her reasonable costs and attorneys' fees as the prevailing party in this case" pursuant to the Equal Access to Justice Act ("EAJA"), 38 U.S.C. § 2412, and set the following briefing schedule:

> Dousa **MAY FILE** a properly supported motion regarding her reasonable costs and attorneys' fees, including whether the fee award should be reduced given Dousa's partial success, on or before April 24, 2023. Should Dousa file a motion under the EAJA, Defendants **SHALL FILE** their opposition on or before May 15, 2023, and Dousa **MAY FILE** an optional reply, if any, on or before May 29, 2023. Upon completion of the briefing, the Court will take the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). If the Court later determines that oral argument is necessary, it will set a hearing date.

(*See* SoD at 43–44.) Through their Joint Motion, Plaintiff seeks a three-week extension of her filing deadline, and Defendants seek a one-week extension of their response deadline. (*See* Joint Mot. at 1.)

Good cause appearing, the Court **GRANTS** the Joint Motion. As agreed among the Parties, the Court **AMENDS** the briefing schedule set in its Statement of Decision as follows: Plaintiff **MAY FILE** her motion for reasonable costs and attorneys' fees on or before May 15, 2023; Defendants **SHALL FILE** any opposition on or before June 12, 2023; and Plaintiff **MAY FILE** an optional reply, if any, on or before June 26, 2023.

**IT IS SO ORDERED.**

Dated: April 20, 2023

_____
Honorable Todd W. Robinson
United States District Judge