UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAJI DOUSA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS");<br>U.S. IMMIGRATION AND ENFORCEMENT ("ICE");<br>U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); ALEJANDRO MAYORKAS, Secretary of DHS;<br>TAE D. JOHNSON, Acting Director of ICE; CHRIS MAGNUS, Commissioner of CBP; and SIDNEY AKI, Director of Field Operations for CBP, San Diego,<br><br>　　　　　　　　　Defendants. | Case No.: 19-CV-1255 TWR (KSC))<br><br>**ORDER (1) GRANTING JOINT MOTION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 2412, AND (2) DENYING AS MOOT PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 2412**<br><br>(ECF Nos. 159, 163) |

　　　Presently before the Court are Plaintiff Kaji Dousa's Motion for Award of Attorneys' Fees Pursuant to 28 U.S.C. § 2412 ("Pl.'s Mot.," ECF No. 159) and the Joint Motion and Stipulation re: Award of Attorneys' Fees and Expenses Pursuant to 28 U.S.C. § 2412 ("Joint Mot.," ECF No. 163) filed by Plaintiff and Defendant U.S. Customs and Border Protection ("CBP"). Good cause appearing, the Court **GRANTS** the Joint Motion

and **DENIES AS MOOT** Plaintiff's Motion.  As agreed between the Parties, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), the Court **AWARDS** Plaintiff attorneys' fees in the amount of $358,218.20 and expenses in the amount of $72,988.05, as against CBP only, subject to any offset allowed under the United States Department of the Treasury's Offset Program.  Pursuant to the Parties' stipulation, upon CBP's payment of these amounts, all Defendants—including the Department of Homeland Security and Immigration and Customs Enforcement—shall be released of any obligation or liability to compensate Plaintiff for her costs, expenses, and legal fees incurred in this action.

**IT IS SO ORDERED.**

Dated:  July 7, 2023

_____
Honorable Todd W. Robinson
United States District Judge